Michael V. Infuso, Esq., Nevada Bar No. 7388
Keith W. Barlow, Esq., Nevada Bar No. 12689
Sean B. Kirby, Esq., Nevada Bar No. 14224
**GREENE INFUSO, LLP**
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146
Telephone: (702) 570-6000
Facsimile: (702) 463-8401
E-mail: minfuso@greeneinfusolaw.com
kbarlow@greeneinfusolaw.com
skirby@greeneinfusolaw.com
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| INTERIOR ELECTRIC INCORPORATED NEVADA, a domestic corporation,<br><br>Plaintiff,<br><br>v.<br><br>T.W.C. CONSTRUCTION, INC., a Nevada corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation; MATTHEW RYBA, an individual; GUSTAVO BAQUERIZO, an individual; CLIFFORD ANDERSON, an individual; POWER UP ELECTRIC COMPANY, a Nevada limited liability company; PROLOGIS, L.P., a Delaware limited partnership; AML PROPERTIES, INC., a Nevada corporation; AML DEVELOPMENT 3, LLC, a Nevada limited liability corporation; LAPOUR PARTNERS, INC., a Nevada Corporation; DON FISHER, an individual; PHILCOR T.V. & ELECTRONIC LEASING, INC., a Nevada corporation, dba NEDCO; QED, INC., a Nevada corporation; TURTLE & HUGHES, Inc., a New Jersey corporation; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:18-CV-01118-JAD-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF DEFENDANTS T.W.C. CONSTRUCTION, INC., TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, MATTHEW RYBA, AML PROPERTIES, INC., AML DEVELOPMENT 3, LLC, LAPOUR PARTNERS, INC., GUSTAVO BAQUERIZO AND PHILCOR T.V. & ELECTRONIC LEASING, INC. DBA NEDCO'S DEADLINE TO ANSWER COMPLAINT**<br><br>**(First Request)** |

1

**GREENE INFUSO, LLP**
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146
(702) 570-6000

Defendants T.W.C. Construction, Inc. (TWC), Travelers Casualty and Surety Company of America, Matthew Ryba, AML Properties, Inc., AML Development 3, LLC, and LaPour Partners, Inc. (referred to collectively hereafter as "Defendants"), by and through their counsel of record, the law firm Greene Infuso, LLP; Defendant Gustavo Baquerizo ("Baquerizo"); by and through his counsel of record, the law firm of Robert L. Langford & Associates; PhilCor T.V. & Electronic Leasing, Inc. dba NEDCO ("PhilCor"), by and through its counsel of record, the law firm of Holley Driggs Walch Fine Wray Puzey & Thompson and Plaintiff Interior Electric Incorporated Nevada ("Interior Electric" or "Plaintiff"), by and through its counsel of record, the law firms of Marquis Aurbach Coffing and the Law Offices of Philip A. Kantor, P.C., hereby stipulate and agree as follows:

WHEREAS, Defendants' deadline to respond Interior Electric's Complaint was currently due on July 24, 2018;

WHEREAS Defendant Baquerizo's deadline to respond to Interior Electric's Complaint is currently due on July 26, 2018;

WHEREAS Defendant PhilCor's deadline to respond to Interior Electric's Complaint was currently due on July 19, 2018;

WHEREAS, Interior Electric has agreed to give Defendants and Defendant Baquerizo and PhilCor up through and including August 17, 2018 in which to respond to its Complaint.

WHEREAS, there are no other deadlines that are affected by this stipulation and proposed order that are presently known to the parties; and

WHEREAS, this stipulation is not entered into for any improper purpose or to delay.

\\\
\\\
\\\
\\\
\\\
\\\

2

**GREENE INFUSO, LLP**
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146
(702) 570-6000

1  THEREFORE, Defendants, Baquerizo, PhilCor and Interior Electric hereby stipulate and agree that Defendants, Baquerizo and PhilCor have up through and including August 17, 2018 in which to respond to Interior Electric's Complaint.

DATED this __ day of July, 2018.　　　　DATED this __ day of July, 2018.

**GREENE INFUSO, LLP**　　　　　　　　**MARQUIS AURBACH COFFING**

/s/ Sean B. Kirby　　　　　　　　　　　/s/ Cody S. Mounteer
Michael V. Infuso, Esq.,　　　　　　　　Cody S. Mounteer, Esq.,
Nevada Bar No. 7388　　　　　　　　　Nevada Bar No. 11220
Keith W. Barlow, Esq.,　　　　　　　　　Chad F. Clement, Esq.
Nevada Bar No. 12689　　　　　　　　　Nevada Bar No. 12192
Sean B. Kirby, Esq.,　　　　　　　　　　Kathleen A. Wilde, Esq.
Nevada Bar No. 14224　　　　　　　　　Nevada Bar No. 12522
3030 South Jones Boulevard, Suite 101　　10001 Park Run Drive
Las Vegas, Nevada 89146　　　　　　　Las Vegas, Nevada 89145
*Attorneys for T.W.C. Construction, Inc., Travelers Casualty and Surety Company of America, Matthew Ryba, AML Properties, Inc., AML Development 3, LLC, and LaPour Partners, Inc.*

**LAW OFFICES OF PHILIP A. KANTOR, P.C.**

Philip A. Kantor, Esq.
Nevada Bar No. 6701
1781 Village Center Circle, Suite 120
Las Vegas, Nevada 89134

**ROBERT L. LANGFORD & ASSOCIATES**

*Attorneys for Interior Electric*

/s/ Robert L. Langford
Robert L. Langford, Esq.
Nevada Bar No. 3988
616 S. 8th Street
Las Vegas, Nevada 89101
*Attorneys for Gustavo Baquerizo*

HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON

/s/ Brian W. Boschee
Brian W. Boschee, Esq.
Nevada Bar No. 7612
400 S. 4th Street, 3rd Floor
Las Vegas, Nevada 89101
*Attorneys for PhilCor T.V. & Electronic Leasing Inc. dba NEDCO*

**IT IS SO ORDERED:**

DATED: 7-31-2018

_____
UNITED STATES MAGISTRATE JUDGE

3