Aaron Shipley, Esq.
Nevada Bar No. 8258
**MCDONALD CARANO LLP**
2300 West Sahara Avenue Suite 1200
Las Vegas, NV 89102
Telephone: (702) 873-4100
Facsimile: (702) 873-9966
E-mail: ashipley@mcdonaldcarano.com

Attorney for Defendant Prologis, L.P.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| INTERIOR ELECTRIC INCORPORATED NEVADA, a domestic corporation,<br><br>Plaintiff,<br><br>v.<br><br>T.W.C. CONSTRUCTION, INC., a Nevada corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation; MATTHEW RYBA, an individual; GUSTAVO BAQUERIZO, an individual; CLIFFORD ANDERSON, an individual; POWER UP ELECTRIC COMPANY, a Nevada limited liability company; PROLOGIS, L.P., a Delaware limited partnership; AML PROPERTIES, INC., a Nevada corporation; AML DEVELOPMENT 3, LLC, a Nevada limited liability corporation; LAPOUR PARTNERS, INC., a Nevada Corporation; DON FISHER, an individual; PHILCOR T.V. & ELECTRONIC LEASING, INC., a Nevada corporation, dba NEDCO; QED, INC., a Nevada corporation; TURTLE & HUGHES, Inc., a New Jersey corporation; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:18-CV-01118<br><br>**STIPULATION AND ORDER FOR EXTENSION OF DEFENDANT PROLOGIS, L.P.'s DEADLINE TO ANSWER COMPLAINT**<br><br>**(First Request)** |

Defendant Prologis, L.P. ("Defendant"), by and through its counsel of record, the law firm of McDonald Carano LLP and Plaintiff Interior Electric Incorporated Nevada ("Interior Electric"

or "Plaintiff"), by and through its counsel of record, the law firms of Marquis Aurbach Coffing and the Law Offices of Philip A. Kantor, P.C., hereby stipulate and agree as follows:

WHEREAS, Defendant's deadline to respond to Interior Electric's Complaint was due on July 24, 2018;

WHEREAS, Interior Electric has agreed to give Prologis, L.P. up through and including August 17, 2018 in which to respond to its Complaint.

WHEREAS, there are no other deadlines that are affected by this stipulation and proposed order that are presently known to the parties; and

WHEREAS, this stipulation is not entered into for any improper purpose or to delay.

THEREFORE, Prologis, L.P. and Interior Electric hereby stipulate and agree that Defendant has up through and including August 17, 2018 in which to respond to Interior Electric's Complaint.

DATED this 9th day of August, 2018.

**MCDONALD CARANO LLP**

/s/ Aaron D. Shipley
Aaron D. Shipley, Esq.,
Nevada Bar No. 8258
2300 West Sahara Avenue Suite 1200
Las Vegas, NV 89102
*Attorney for Prologis, L.P.*

DATED this 9th day of August, 2018.

**MARQUIS AURBACH COFFING**

/s/ Chad F. Clement
Cody S. Mounteer, Esq.,
Nevada Bar No. 11220
Chad F. Clement, Esq.
Nevada Bar No. 12192
Kathleen A. Wilde, Esq.
Nevada Bar No. 12522
10001 Park Run Drive
Las Vegas, Nevada 89145

## ORDER

**IT IS SO ORDERED.**

DATED this 10th day of August, 2018.

_____
United States Magistrate Judge