Lance Coburn, Esq. (Bar No. 6604)
PROCOPIO, CORY, HARGREAVES &
   SAVITCH LLP
3960 Howard Hughes Pkwy, Suite 500
Las Vegas, NV 89169
Telephone: 702.216.2684
Facsimile: 619.788.5500
Email: lance.coburn@procopio.com

*Attorney for Defendant Turtle & Hughes, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| INTERIOR ELECTRIC INCORPORATED NEVADA, a domestic corporation,<br><br>Plaintiff,<br><br>v.<br><br>T.W.C. CONSTRUCTION, INC., a Nevada corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation; MATTHEW RYBA, an individual; GUSTAVO BAQUERIZO, an individual; CLIFFORD ANDERSON, an individual; POWER UP ELECTRIC COMPANY, a Nevada limited liability company; PROLOGIS, L.P., a Delaware limited partnership; AML PROPERTIES, INC., a Nevada corporation; AML DEVELOPMENT 3, LLC, a Nevada limited liability corporation; LAPOUR PARTNERS, INC., a Nevada Corporation; DON FISHER, an individual; PHILCOR T.V. & ELECTRONIC LEASING, INC., a Nevada corporation, dba NEDCO; QED, INC., a Nevada corporation; TURTLE & HUGHES, Inc., a New Jersey corporation; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:18-CV-01118<br><br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TURTLE & HUGHES TO RESPOND TO COMPLAINT<br><br>(First Request) |

STIPULATION AND ORDER FOR EXTENSION - 1
CASE NO. 2:18-CV-01118

DOCS 999999-904084/3378230.2

Defendant Turtle & Hughes, Inc. ("T&H"), by and through their counsel of record, the law firm of Procopio, Cory Hargreaves & Savitch, LLP, and Plaintiff Interior Electric Incorporated Nevada ("Interior Electric" or "Plaintiff"), by and through its counsel of record, the law firm of Marquis Aurbach Coffing and the Law Offices of Philip A. Kantor, P.C., hereby stipulate and agree as follows:

WHEREAS, Interior Electric filed the instant action on or about June 22, 2018 against T&H and other defendants;

WHEREAS, T&H's initial deadline to respond to Interior Electric's Complaint was purportedly August 3, 2018;

WHEREAS, the parties submit this stipulation to confirm that Interior Electric's agreement that the deadline for T&H to respond to the Complaint is extended up through and including August 17, 2018;

WHEREAS, the submission of this stipulation is not intended and shall not be considered to be a general appearance or consent by T&H to waive any of its rights or defenses to challenge or otherwise respond to the Complaint, including but not limited to contesting personal jurisdiction, and the parties hereto specifically agree that T&H shall be permitted to challenge the Complaint on any available grounds under Federal Rule of Civil Procedure 12 or otherwise, including on jurisdictional grounds;

WHEREAS, there are no other deadlines that are affected by this stipulation and proposed order that are presently known to the parties; and

WHEREAS, this stipulation is not entered into for any improper purpose or to delay.

THEREFORE, T&H and Interior Electric each hereby stipulate and agree that T&H has up through and including August 17, 2018 in which to respond to Interior Electric's Complaint, including on any available grounds under Federal Rule of Civil Procedure 12 or otherwise, including on jurisdictional grounds.

/

/

/

STIPULATION AND ORDER FOR EXTENSION - 2
CASE NO. 2:18-CV-01118

DOCS 999999-904084/3378230.2

| | |
|---|---|
| DATED this 7th day of August, 2018.<br><br>**PROCOPIO, CORY, HARGREAVES & SAVITCH LLP**<br><br>*[signature]*<br><br>Lance Coburn, Esq.<br>Nevada Bar No. 6604<br><br>*Attorneys for Turtle & Hughes, Inc.* | DATED this 7th 9th day of August, 2018.<br><br>**MARQUIS AURBACH COFFING**<br><br>*[signature]*<br><br>Cody S. Mounteer, Esq.,<br>Nevada Bar No. 11220<br>Chad F. Clement, Esq.<br>Nevada Bar No. 12192<br>Kathleen A. Wilde, Esq.<br>Nevada Bar No. 12522<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br><br>**LAW OFFICES OF PHILIP A. KANTOR, P.C.**<br><br>Philip A. Kantor, Esq.<br>Nevada Bar No. 6701<br>1781 Village Center Circle, Suite 120<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Interior Electric* |

**IT IS SO ORDERED**: Defendant Turtle & Hughes, Inc. shall have up through and including August 17, 2018 in which to respond to Interior Electric Incorporated Nevada's Complaint, including on any available grounds under Federal Rule of Civil Procedure 12 or otherwise, including on jurisdictional grounds.

Dated the __10th__ day of August, 2018.

*[signature]*

UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

STIPULATION AND ORDER FOR EXTENSION - 3
CASE NO. 2:18-CV-01118

DOCS 999999-904084/3378230.2