1   Michael V. Infuso, Esq., Nevada Bar No. 7388
    Keith W. Barlow, Esq., Nevada Bar No. 12689
2   Sean B. Kirby, Esq., Nevada Bar No. 14224
    **GREENE INFUSO, LLP**
3   3030 South Jones Boulevard, Suite 101
    Las Vegas, Nevada 89146
4   Telephone: (702) 570-6000
    Facsimile:  (702) 463-8401
5   E-mail: minfuso@greeneinfusolaw.com
    kbarlow@greeneinfusolaw.com
6   skirby@greeneinfusolaw.com
    Attorneys for Defendants
7

8                **UNITED STATES DISTRICT COURT**

9                     **DISTRICT OF NEVADA**

10

11  INTERIOR ELECTRIC INCORPORATED          Case No. 2:18-CV-01118
    NEVADA, a domestic corporation,
12
                            Plaintiff,
13
    v.
14
    T.W.C. CONSTRUCTION, INC., a Nevada     **STIPULATION AND ORDER FOR**
15  corporation; TRAVELERS CASUALTY         **EXTENSION OF DEFENDANTS T.W.C.**
    AND    SURETY    COMPANY    OF          **CONSTRUCTION, INC., TRAVELERS**
16  AMERICA, a Connecticut corporation;     **CASUALTY AND SURETY COMPANY**
    MATTHEW    RYBA,    an   individual;    **OF AMERICA, MATTHEW RYBA,**
17  GUSTAVO BAQUERIZO, an individual;       **AML PROPERTIES, INC.,**
    CLIFFORD ANDERSON, an individual;       **AML DEVELOPMENT 3, LLC,**
18  POWER UP ELECTRIC COMPANY, a            **LAPOUR PARTNERS, INC., GUSTAVO**
    Nevada    limited    liability company;  **BAQUERIZO AND PHILCOR T.V. &**
19  PROLOGIS, L.P., a Delaware limited      **ELECTRONIC LEASING, INC. DBA**
    partnership; AML PROPERTIES, INC., a    **NEDCO'S DEADLINE TO ANSWER**
20  Nevada       corporation;       AML    **COMPLAINT**
    DEVELOPMENT 3, LLC, a Nevada
21  limited liability corporation; LAPOUR         **(Second Request)**
    PARTNERS, INC., a Nevada Corporation;
22  DON FISHER, an individual; PHILCOR
    T.V. & ELECTRONIC LEASING, INC., a
23  Nevada corporation, dba NEDCO; QED,
    INC., a Nevada corporation; TURTLE &
24  HUGHES, Inc., a New Jersey corporation;
    DOES    I-X,    inclusive;    and   ROE
25  CORPORATIONS I-X, inclusive,

26                          Defendants.

27

28
                            1

**GREENE INFUSO, LLP**
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146
(702) 570-6000

Defendants T.W.C. Construction, Inc. (TWC), Travelers Casualty and Surety Company of America, Matthew Ryba, AML Properties, Inc., AML Development 3, LLC, and LaPour Partners, Inc. (referred to collectively hereafter as "Defendants"), by and through their counsel of record, the law firm Greene Infuso, LLP; Defendant Gustavo Baquerizo ("Baquerizo") by and through his counsel of record, the law firm of Robert L. Langford & Associates; Defendant PhilCor T.V. & Electronic Leasing, Inc. dba NEDCO ("PhilCor"), by and through its counsel of record, the law firm of Holley Driggs Walch Fine Wray Puzey & Thompson, Defendant Prologis, L.P. ("Prologis") by and through its counsel of record, the law firm of McDonald Carano, LLP, Defendant Turtle & Hughes, Inc. ("T&H") by and through its counsel of record, the law firm of Procopio, Cory, Hargreaves & Savitch LLP, and Plaintiff Interior Electric Incorporated Nevada ("Interior Electric" or "Plaintiff"), by and through its counsel of record, the law firms of Marquis Aurbach Coffing and the Law Offices of Philip A. Kantor, P.C., hereby stipulate and agree as follows:

WHEREAS, Defendants', Defendant Baquerizo's, Defendant PhilCor's, Defendant Prologis', and Defendant T&H's deadline to respond Interior Electric's Complaint was currently due on August 17, 2018;

WHEREAS, Interior Electric has agreed to give Defendants, Defendant Baquerizo, Defendant PhilCor, Defendant Prologis, and Defendant T&H up through and including August 31, 2018 in which to respond to its Complaint;

WHEREAS, all parties agree that this is the last and final extension;

WHEREAS, all parties agree in good faith to participate in the Fed. R. Civ. P. 26(f) conference and not use the instant stipulation to delay or refuse to participate;

WHEREAS, there are no other deadlines affected by this stipulation and proposed order presently known to the parties; and

WHEREAS, this stipulation is not entered into for any improper purpose or to delay.

\ \ \

\ \ \

\ \ \

2

THEREFORE, the parties hereby stipulate and agree that Defendants, Baquerizo, PhilCor, Prologis, and T&H have up through and including August 31, 2018 in which to respond to Interior Electric's Complaint.

DATED this 17th day of August, 2018.

**GREENE INFUSO, LLP**

 /s/ Keith W. Barlow
Michael V. Infuso, Esq.,
Nevada Bar No. 7388
Keith W. Barlow, Esq.,
Nevada Bar No. 12689
Sean B. Kirby, Esq.,
Nevada Bar No. 14224
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146

*Attorneys for T.W.C. Construction, Inc., Travelers Casualty and Surety Company of America, Matthew Ryba, AML Properties, Inc., AML Development 3, LLC, and LaPour Partners, Inc.*

DATED this 17th day of August, 2018.

**MARQUIS AURBACH COFFING**

 /s/ Cody S. Mounteer
Cody S. Mounteer, Esq.,
Nevada Bar No. 11220
Chad F. Clement, Esq.
Nevada Bar No. 12192
Kathleen A. Wilde, Esq.
Nevada Bar No. 12522
10001 Park Run Drive
Las Vegas, Nevada 89145

**LAW OFFICES OF PHILIP A. KANTOR, P.C.**

Philip A. Kantor, Esq.
Nevada Bar No. 6701
1781 Village Center Circle, Suite 120
Las Vegas, Nevada 89134

*Attorneys for Interior Electric*

\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \

**ROBERT L. LANGFORD & ASSOCIATES**

/s/ Robert L. Langford
Robert L. Langford, Esq.
Nevada Bar No. 3988
616 S. 8th Street
Las Vegas, Nevada 89101

*Attorneys for Gustavo Baquerizo*

**PROCOPIO, CORY, HARGREAVES & SAVITCH LLP**

/s/ Lance Coburn
Lance Coburn, Esq.
Nevada Bar No. 6604
3960 Howard Hughes Pkwy, Ste 500
Las Vegas, Nevada 89169

*Attorneys for Turtle & Hughes, Inc.*

**HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON**

/s/ Brian W. Boschee
Brian W. Boschee, Esq.
Nevada Bar No. 7612
400 S. 4th Street, 3rd Floor
Las Vegas, Nevada 89101

*Attorneys for PhilCor T.V. & Electronic Leasing Inc. dba NEDCO*

**MCDONALD CARANO LLP**

/s/ Aaron D. Shipley
Aaron D. Shipley, Esq.
Nevada Bar No. 8258
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102

*Attorneys for Prologis, L.P.*

## IT IS SO ORDERED:

8-20-2018
DATED: _____

_____
UNITED STATES MAGISTRATE JUDGE

**GREENE INFUSO, LLP**
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146
(702) 570-6000