**Marquis Aurbach Coffing**
Cody S. Mounteer, Esq.
Nevada Bar No. 11220
Chad F. Clement, Esq.
Nevada Bar No. 12192
Kathleen A. Wilde, Esq.
Nevada Bar No. 12522
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
cmounteer@maclaw.com
cclement@maclaw.com
kwilde@maclaw.com

**Law Offices of Philip A. Kantor, P.C.**
Philip A. Kantor, Esq.
Nevada Bar No. 6701
1781 Village Center Circle, Suite 120
Las Vegas, Nevada 89134
Telephone: (702) 255-1300
Facsimile: (702) 256-6331
prsak@aya.yale.edu

*Attorneys for Interior Electric*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| INTERIOR ELECTRIC INCORPORATED NEVADA, a domestic corporation,<br><br>Plaintiff,<br><br>vs.<br><br>T.W.C. CONSTRUCTION, INC., a Nevada corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation; MATTHEW RYBA, an individual; GUSTAVO BAQUERIZO, an individual; CLIFFORD ANDERSON, an individual; POWER UP ELECTRIC COMPANY, a Nevada corporation, dba POWER ON ELECTRIC COMPANY; BAMM ELECTRIC LLC, a Nevada limited liability company; PROLOGIS, L.P., a Delaware limited partnership; AML PROPERTIES, INC., a Nevada corporation; AML DEVELOPMENT 3, | Case Number: 2-18-cv-01118-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTIONS TO DISMISS AND JOINDERS**<br><br>**(FIRST REQUEST)** |

| | |
|---|---|
| 1 | LLC; a Nevada limited liability corporation; LAPOUR PARTNERS, INC., a Nevada corporation; DON FISHER, an individual; PHILCOR T.V. & ELECTRONIC LEASING, INC., a Nevada corporation, dba NEDCO; QED, INC., a Nevada corporation; TURTLE & HUGHES, Inc., a New Jersey corporation; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive, |
| | Defendants. |

Plaintiff Interior Electric Incorporated Nevada ("Interior Electric"), through the law firm of Marquis Aurbach Coffing and the Law Offices of Philip A. Kantor, P.C., Defendants TWC Construction, Inc., Travelers Casualty and Surety Company of America, Matthew Ryba, AML Properties, Inc., AML Development 3, LLC, LaPour Partners, Inc., and Don Fisher, through the law firm of Green Infuso, LLP, Defendant Turtle & Hughes, Inc., through the law firm of Procopio, Cory, Hargreaves & Savitch, LLP, and Defendant Prologis, L.P., through the law firm of McDonald Carano LLP, hereby stipulate and agree as follows:

1. On August 30, 2018, Defendant Turtle & Hughes, Inc., filed a motion to dismiss [ECF No. 50];

2. On August 31, 2018, Defendants TWC Construction, Inc., Travelers Casualty and Surety Company of America, Matthew Ryba, AML Properties, Inc., AML Development 3, LLC, LaPour Partners, Inc., and Don Fisher, filed a motion to dismiss [ECF No. 55];

3. On August 31, 2018, Defendant Prologis, L.P., filed a joinder [ECF No. 56] to the motion to dismiss [ECF No. 55], separately setting forth dismissal arguments;

4. On September 7, 2018, Defendant Turtle & Hughes, Inc., filed a joinder [ECF No. 63] to the motion to dismiss [ECF No. 55];

5. This is the first stipulation for an extension of time to respond to the motions to dismiss [ECF Nos. 50 and 55] and the joinders thereto [ECF Nos. 56 and 63];

6. The requested extension is needed for the following reasons: (a) during the opposition period, Interior Electric's counsel had separate pre-planned vacations, the costs for

MAC:14814-001 3517760_1.docx 9/13/2018 4:34 PM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

1 which had already been paid; (b) during the opposition period, Interior Electric's counsel had to
2 file an answering brief in the Ninth Circuit, file an opening brief in the Nevada Supreme Court, a
3 motion for a new trial in a state court case, complete briefing on sixth summary judgment motions,
4 attend a previously scheduled mediation (as counsel for the special deputy receiver for Nevada's
5 commissioner of insurance, in the largest insurance receivership in the history of Nevada),
6 participate in several previously scheduled depositions, and attend to other case related matters.

7. Accordingly, the parties stipulate and agree to extend the time for Interior Electric to respond to the motions to dismiss [ECF Nos. 50 and 55] and the joinders thereto [ECF Nos. 56 and 63], to September 28, 2018.

8. This stipulation is not entered into for any improper purpose or to delay.

IT IS SO STIPULATED.

Dated this 13th day of September, 2018.　　　Dated this 13th day of September, 2018.

MARQUIS AURBACH COFFING　　　GREEN INFUSO, LLP

By: _____/s/ Chad F. Clement_____　　　By: _____/s/ Keith Barlow_____
　　Cody S. Mounteer, Esq.　　　　　　　　Michael Infuso, Esq.
　　Nevada Bar No. 11220　　　　　　　　　Nevada Bar No. 7388
　　Chad F. Clement, Esq.　　　　　　　　　Keith Barlow, Esq.
　　Nevada Bar No. 12192　　　　　　　　　Nevada Bar No. 12689
　　Kathleen A. Wilde, Esq.　　　　　　　　Sean Kirby, Esq.
　　Nevada Bar No. 12522　　　　　　　　　Nevada Bar No. 14224
　　10001 Park Run Drive　　　　　　　　　3030 S. Jones Blvd., #101
　　Las Vegas, Nevada 89145　　　　　　　Las Vegas, NV 89146
　　*Attorney for Plaintiff*　　　　　　　　　　*Attorneys for TWC Construction, Inc.;*
　　　　　　　　　　　　　　　　　　　　　*Travelers Casualty and Surety Company of*
　　　　　　　　　　　　　　　　　　　　　*America, Matthew Ryba, AML Properties,*
　　　　　　　　　　　　　　　　　　　　　*Inc., AML Development 3, LLC, LaPour*
　　　　　　　　　　　　　　　　　　　　　*Partners, Inc., and Don Fisher*

PROCOPIO, CORY, HARGREAVES &　　　MCDONALD CARANO LLP
SAVITCH, LLP

By: _____/s/ Lance Coburn_____　　　　By: _____/s/ Aaron D. Shipley_____
　　Lance Coburn, Esq.　　　　　　　　　　Aaron D. Shipley
　　Nevada Bar No. 6604　　　　　　　　　　Nevada Bar No. 8258
　　3960 Howard Hughes Pkwy, Suite 500　　Rory T. Kay
　　Las Vegas, NV 89169　　　　　　　　　　Nevada Bar No. 12416
　　Lance.coburn@procopio.com　　　　　　2300 West Sahara Avenue, Suite 1200
　　*Attorneys for Turtle & Hughes, Inc.*　　　Las Vegas, NV 89102
　　　　　　　　　　　　　　　　　　　　　ashipley@mcdonaldcarano.com
　　　　　　　　　　　　　　　　　　　　　*Attorneys for Prologis, L.P.*

## ORDER

**IT IS SO ORDERED.**

Interior Electric's new deadline to respond to the motions to dismiss [ECF Nos. 50 and 55] and the joinders thereto [ECF Nos. 56 and 63], shall be September 28, 2018.

Dated: September 18, 2018.

_____
UNITED STATES DISTRICT JUDGE