# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| INTERIOR ELECTRIC INCORPORATED NEVADA,<br><br>        Plaintiff,<br><br>vs.<br><br>T.W.C. CONSTRUCTION, INC., *et al.*,<br><br>        Defendants. | 2:18-cv-01118-JAD-VCF<br>**<u>ORDER</u>** |

Before the court is the Stipulated Discovery Plan and Scheduling Order (ECF NO. 70).

Accordingly,

IT IS HEREBY ORDERED that a hearing on the Stipulated Discovery Plan and Scheduling Order (ECF NO. 70) is scheduled for 11:00 AM, October 19, 2018, in Courtroom 3D.

DATED this 4th day of October, 2018.

                                                                         CAM FERENBACH<br>
                                                                         UNITED STATES MAGISTRATE JUDGE