1  Michael V. Infuso, Esq., Nevada Bar No. 7388
   Keith W. Barlow, Esq., Nevada Bar No. 12689
2  Sean B. Kirby, Esq., Nevada Bar No. 14224
   **GREENE INFUSO, LLP**
3  3030 South Jones Boulevard, Suite 101
   Las Vegas, Nevada 89146
4  Telephone: (702) 570-6000
   Facsimile: (702) 463-8401
5  E-mail: minfuso@greeneinfusolaw.com
           kbarlow@greeneinfusolaw.com
6          skirby@greeneinfusolaw.com

7  Attorneys for Defendants T.W.C. Construction, Inc. (TWC),
   Travelers Casualty and Surety Company of America,
8  Matthew Ryba, AML Properties, Inc., AML Development 3, LLC,
   and LaPour Partners, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| INTERIOR ELECTRIC INCORPORATED NEVADA, a domestic corporation,<br><br>Plaintiff,<br><br>v.<br><br>T.W.C. CONSTRUCTION, INC., a Nevada corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation; MATTHEW RYBA, an individual; GUSTAVO BAQUERIZO, an individual; CLIFFORD ANDERSON, an individual; POWER UP ELECTRIC COMPANY, a Nevada limited liability company; PROLOGIS, L.P., a Delaware limited partnership; AML PROPERTIES, INC., a Nevada corporation; AML DEVELOPMENT 3, LLC, a Nevada limited liability corporation; LAPOUR PARTNERS, INC., a Nevada Corporation; DON FISHER, an individual; PHILCOR T.V. & ELECTRONIC LEASING, INC., a Nevada corporation, dba NEDCO; QED, INC., a Nevada corporation; TURTLE & HUGHES, Inc., a New Jersey corporation; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:18-CV-01118<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO REPLY IN SUPPORT OF MOTION TO DISMISS**<br><br>**(FIRST REQUEST)**<br><br>[ECF No. 73] |

Plaintiff Interior Electric Incorporated Nevada ("Plaintiff"), through the law firm of Marquis Aurbach Coffing and the Law Offices of Philip A. Kantor, P.C., Defendants TWC Construction, Inc., Travelers Casualty and Surety Company of America, Matthew Ryba, AML Properties, Inc., AML Development 3, LLC, LaPour Partners, Inc., and Don Fisher, through the law firm of Green Infuso, LLP, Defendant Turtle & Hughes, Inc., through the law firm of Procopio, Cory, Hargreaves & Savitch, LLP, and Defendant Prologis, L.P., through the law firm of McDonald Carano LLP (collectively referred to as "Defendants"), hereby stipulate and agree as follows:

1. On August 30, 2018, Defendant Turtle & Hughes, Inc., filed a motion to dismiss [ECF No. 50];

2. On August 31, 2018, Defendants TWC Construction, Inc., Travelers Casualty and Surety Company of America, Matthew Ryba, AML Properties, Inc., AML Development 3, LLC, LaPour Partners, Inc., and Don Fisher, filed a motion to dismiss [ECF No. 55];

3. On August 31, 2018, Defendant Prologis, L.P., filed a joinder [ECF No. 56] to the motion to dismiss [ECF No. 55], separately setting forth dismissal arguments;

4. On September 7, 2018, Defendant Turtle & Hughes, Inc., filed a joinder [ECF No. 63] to the motion to dismiss [ECF No. 55];

5. Plaintiff entered a stipulation for an extension of time to respond to the motions to dismiss [ECF Nos. 50 and 55] and the joinders thereto [ECF Nos. 56 and 63] ("Motions");

6. On September 28, 2018, Plaintiff filed a response to the Motions;

7. This is the first stipulation for an extension of time for Defendants to reply in support of the Motions;

8. The requested extension is needed due to an unexpected convergence of deadlines for Defendants' counsel Green Infuso, LLP, relating to multiple hearings, motions, oppositions and reply briefs for various matters including, fees, costs, competing summary judgment motions, three motions in limine, request for a new trial, motion to reconsideration, an extended

meet and confer, and compilation of materials for a discovery demand; these were also impacted by doctor and dentist appointments for counsel and immediate family.

9. Accordingly, the parties stipulate and agree to extend the time for Defendants to reply in support of the Motions from October 5, 2018, to October 12, 2018.

10. This stipulation is not entered into for any improper purpose or to delay.

IT IS SO STIPULATED

| DATED this 5th day of October, 2018. | DATED this 5th day of October, 2018. |
|---|---|
| **GREENE INFUSO, LLP** | **MARQUIS AURBACH COFFING** |
| /s/ Keith W. Barlow | /s/ Chad F. Clement |
| Michael V. Infuso, Esq. | Cody S. Mounteer, Esq. |
| Nevada Bar No. 7388 | Nevada Bar No. 11220 |
| Keith W. Barlow, Esq. | Chad F. Clement, Esq. |
| Nevada Bar No. 12689 | Nevada Bar No. 12192 |
| Sean B. Kirby, Esq., | Kathleen A. Wilde, Esq. |
| Nevada Bar No. 14224 | Nevada Bar No. 12522 |
| 3030 South Jones Boulevard, Suite 101 | 10001 Park Run Drive |
| Las Vegas, Nevada 89146 | Las Vegas, Nevada 89145 |
| *Attorneys for Defendants T.W.C. Construction, Inc., Travelers Casualty and Surety Company of America, Matthew Ryba, AML Properties, Inc., AML Development 3, LLC, and LaPour Partners, Inc.* | *Attorneys for Plaintiffs* |
| DATED this 5th day of October, 2018. | DATED this 5th day of October, 2018. |
| **PROCOPIO, CORY, HARGREAVES & SAVITCH, LLP** | **MCDONALD CARANO LLP** |
| /s/ Lance Coburn | /s/ Aaron D. Shipley |
| Lance Coburn, Esq. | Aaron D. Shipley, Esq. |
| Nevada Bar No. 6604 | Nevada Bar No. 8258 |
| 3960 Howard Hughes Pkwy, Suite 500 | Rory T. Kay, Esq. |
| Las Vegas, Nevada 89169 | Nevada Bar No. 12416 |
| | 2300 West Sahara Avenue, Suite 1200 |
| *Attorneys for Turtle & Hughes, Inc.* | Las Vegas, Nevada 89102 |
| | *Attorneys for Prologis, L.P.* |

## **ORDER**

Defendants' new deadline to reply in support of the motions to dismiss [ECF Nos. 50 and 55] and the joinders thereto [ECF Nos. 56 and 63], shall be October 12, 2018. The hearing date for the motions to dismiss [ECF Nos. 50 and 55] and the joinders thereto [ECF Nos. 56 and 63], shall remain as October 22, 2018.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: __October 5, 2018__