**Marquis Aurbach Coffing**
Cody S. Mounteer, Esq.
Nevada Bar No. 11220
Chad F. Clement, Esq.
Nevada Bar No. 12192
Kathleen A. Wilde, Esq.
Nevada Bar No. 12522
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
cmounteer@maclaw.com
cclement@maclaw.com
kwilde@maclaw.com

**Law Offices of Philip A. Kantor, P.C.**
Philip A. Kantor, Esq.
Nevada Bar No. 6701
1781 Village Center Circle, Suite 120
Las Vegas, Nevada 89134
Telephone: (702) 255-1300
Facsimile: (702) 256-6331
prsak@aya.yale.edu
*Attorneys for Interior Electric*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| INTERIOR ELECTRIC INCORPORATED NEVADA, a domestic corporation,<br><br>Plaintiff,<br><br>vs.<br><br>T.W.C. CONSTRUCTION, INC., a Nevada corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation; MATTHEW RYBA, an individual; GUSTAVO BAQUERIZO, an individual; CLIFFORD ANDERSON, an individual; POWER UP ELECTRIC COMPANY, a Nevada corporation, dba POWER ON ELECTRIC COMPANY; BAMM ELECTRIC LLC, a Nevada limited liability company; PROLOGIS, L.P., a Delaware limited partnership; AML PROPERTIES, INC., a Nevada corporation; AML DEVELOPMENT 3, LLC; a Nevada limited liability corporation; | Case Number: 2-18-cv-01118-JAD-VCF<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT PROLOGIS, L.P. WITHOUT PREJUDICE AND TO VACATE HEARING SET FOR DECEMBER 11, 2018, ON PROLOGIS, L.P.'S MOTION TO DISMISS**<br><br>ECF Nos. 83, 88 |

1  LAPOUR PARTNERS, INC., a Nevada
   corporation; DON FISHER, an individual;
2  PHILCOR T.V. & ELECTRONIC LEASING,
   INC., a Nevada corporation, dba NEDCO; QED,
3  INC., a Nevada corporation; TURTLE &
   HUGHES, Inc., a New Jersey corporation; DOES
4  I-X, inclusive; and ROE CORPORATIONS I-X,
   inclusive,
5
6                                    Defendants.

7          Plaintiff Interior Electric Incorporated Nevada ("Interior Electric"), through the law firm of

8  Marquis Aurbach Coffing and the Law Offices of Philip A. Kantor, P.C., and Defendant Prologis,

9  L.P. ("Prologis"), through the law firm of McDonald Carano LLP, hereby stipulate to dismiss all

10 claims against Prologis without prejudice and to vacate the hearing set for December 11, 2018, on

11 Prologis' motion to dismiss [ECF Nos. 83-84].

12         IT IS SO STIPULATED.

13 Dated this 16th day of November, 2018.        Dated this 16th day of November, 2018.

14 MARQUIS AURBACH COFFING              MCDONALD CARANO LLP

15
16 By: __/s/ Chad F. Clement, Esq._____    By: __/s/ Aaron D. Shipley, Esq._____
      Cody S. Mounteer, Esq.                   Aaron D. Shipley
17    Nevada Bar No. 11220                      Nevada Bar No. 8258
      Chad F. Clement, Esq.                     Rory T. Kay
18    Nevada Bar No. 12192                      Nevada Bar No. 12416
      Kathleen A. Wilde, Esq.                   2300 West Sahara Avenue, Suite 1200
19    Nevada Bar No. 12522                      Las Vegas, NV  89102
      10001 Park Run Drive                      ashipley@mcdonaldcarano.com
20    Las Vegas, Nevada 89145                   *Attorneys for Prologis, L.P.*
      *Attorneys for Interior Electric*

21
                              **ORDER**
22

23         Based on the parties' stipulation **[ECF No. 88]**, and with good cause appearing, IT IS

24 HEREBY ORDERED that **ALL CLAIMS against Defendant Prologis, L.P. are DISMISSED**
   **without prejudice.**

25         IT IS FURTHER ORDERED that Prologis's Motion to Dismiss **[ECF No. 83] is DENIED**
   **as moot, and the December 11, 2018, hearing** on that motion to dismiss **is VACATED.**

26

27         _____
           U.S. District Judge Jennifer A. Dorsey
           Dated: November 18, 2018