Michael V. Infuso, Esq., Nevada Bar No. 7388
Keith W. Barlow, Esq., Nevada Bar No. 12689
Sean B. Kirby, Esq., Nevada Bar No. 14224
**GREENE INFUSO, LLP**
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146
Telephone: (702) 570-6000
Facsimile:  (702) 463-8401
E-mail:  minfuso@greeneinfusolaw.com
kbarlow@greeneinfusolaw.com
skirby@greeneinfusolaw.com
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| INTERIOR ELECTRIC INCORPORATED NEVADA, a domestic corporation,<br><br>Plaintiff,<br><br>v.<br><br>T.W.C. CONSTRUCTION, INC., a Nevada corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation; MATTHEW RYBA, an individual; GUSTAVO BAQUERIZO, an individual; CLIFFORD ANDERSON, an individual; POWER UP ELECTRIC COMPANY, a Nevada limited liability company; PROLOGIS, L.P., a Delaware limited partnership; AML PROPERTIES, INC., a Nevada corporation; AML DEVELOPMENT 3, LLC, a Nevada limited liability corporation; LAPOUR PARTNERS, INC., a Nevada Corporation; DON FISHER, an individual; PHILCOR T.V. & ELECTRONIC LEASING, INC., a Nevada corporation, dba NEDCO; QED, INC., a Nevada corporation; TURTLE & HUGHES, Inc., a New Jersey corporation; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:18-CV-01118<br><br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR T.W.C. CONSTRUCTION, INC., TO RESPOND TO COUNTERDEFENDANTS' MOTION TO DISMISS TWC CONSTRUCTION, INC'S COUNTERCLAIM**<br><br>**(First Request)** |

**GREENE INFUSO, LLP**
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146
(702) 570-6000

**GREENE INFUSO, LLP**
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146
(702) 570-6000

Defendant and Counterclaimant T.W.C. Construction, Inc. ("TWC"), by and through its counsel of record, the law firm Greene Infuso, LLP; and Plaintiff and Counterdefendant Interior Electric Incorporated Nevada ("Interior Electric Nevada" or "Plaintiff") and Counterdefendant Interior Electric Incorporated ("Interior Electric California," and together with Interior Electric Nevada, "Counterdefendants"), by and through their counsel of record, the law firms of Marquis Aurbach Coffing and the Law Offices of Philip A. Kantor, P.C., hereby stipulate and agree as follows:

WHEREAS, TWC's deadline to respond to Counterdefendants' Motion to Dismiss TWC's Counterclaim ("Motion to Dismiss") [ECF No. 99] is currently January 29, 2019;

WHEREAS, Counterdefendants have agreed to give TWC up through and including February 5, 2019, in which to respond to their Motion to Dismiss.

WHEREAS, there are no other deadlines that are affected by this stipulation and proposed order that are presently known to the parties; and

WHEREAS, TWC's counsel represents that the current deadline cannot reasonably be met because of counsel's professional commitments, unexpected emergent events in another unrelated matter, and a newly revised trial date in a separate matter, among other things, and not for any improper purpose or to delay.

\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \

THEREFORE, Counterdefendants and TWC hereby stipulate and agree that TWC has up through and including February 5, 2019, in which to respond to Counterdefendants' Motion to Dismiss.

DATED this 29 day of January, 2019.

**GREENE INFUSO, LLP**

/s/ Sean B. Kirby
Michael V. Infuso, Esq.,
Nevada Bar No. 7388
Keith W. Barlow, Esq.,
Nevada Bar No. 12689
Sean B. Kirby, Esq.,
Nevada Bar No. 14224
3030 South Jones Boulevard, Suite 101

Las Vegas, Nevada 89146
*Attorneys for T.W.C. Construction, Inc.,
Travelers Casualty and Surety Company of
America, Matthew Ryba, AML Properties,
Inc., AML Development 3, LLC, and LaPour
Partners, Inc.*

DATED this 29 day of January, 2019.

**MARQUIS AURBACH COFFING**

/s/ Cody S. Mounteer
Cody S. Mounteer, Esq.,
Nevada Bar No. 11220
Chad F. Clement, Esq.
Nevada Bar No. 12192
Kathleen A. Wilde, Esq.
Nevada Bar No. 12522
10001 Park Run Drive
Las Vegas, Nevada 89145

**LAW OFFICES OF PHILIP A. KANTOR, P.C.**
Philip A. Kantor, Esq.
Nevada Bar No. 6701
1781 Village Center Circle, Suite 120
Las Vegas, Nevada 89134

*Attorneys for Interior Electric*

**ORDER:**

Defendant and Counterclaimant T.W.C. Construction, Inc.'s new deadline to respond to Plaintiff and Counterdefendant Interior Electric Incorporated Nevada and Counterdefendant Interior Electric Incorporated's Motion to Dismiss shall be February 5, 2019.

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

Dated: January 31, 2019.