**Marquis Aurbach Coffing**
Cody S. Mounteer, Esq.
Nevada Bar No. 11220
Chad F. Clement, Esq.
Nevada Bar No. 12192
Jared M. Moser, Esq.
Nevada Bar No. 13003
Collin M. Jayne, Esq.
Nevada Bar No. 13899
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
cmounteer@maclaw.com
cclement@maclaw.com
jmoser@maclaw.com
cjayne@maclaw.com

**Law Offices of Philip A. Kantor, P.C.**
Philip A. Kantor, Esq.
Nevada Bar No. 6701
1781 Village Center Circle, Suite 120
Las Vegas, Nevada 89134
Telephone: (702) 255-1300
Facsimile: (702) 256-6331
prsak@aya.yale.edu

*Attorneys for Interior Electric Incorporated*
*Nevada and Interior Electric Incorporated*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| INTERIOR ELECTRIC INCORPORATED NEVADA, a domestic corporation,<br><br>Plaintiff,<br><br>vs.<br><br>T.W.C. CONSTRUCTION, INC., a Nevada corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation; MATTHEW RYBA, an individual; GUSTAVO BAQUERIZO, an individual; CLIFFORD ANDERSON, an individual; POWER UP ELECTRIC COMPANY, a Nevada corporation, dba POWER | Case Number: 2-18-cv-01118-JAD-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF/COUNTERDEFENDANT INTERIOR ELECTRIC INCORPORATED AND INTERIOR ELECTRIC INCORPORATED NEVADA TO FILE THEIR RESPONSES TO T.W.C. CONSTRUCTION, INC.'S SECOND AMENDED COUNTERCLAIM [ECF NO. 120]**<br><br>**(FIRST REQUEST)** |

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:14814-001 3708511_2 4/11/2019 4:39 PM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

1  ON ELECTRIC COMPANY; BAMM
   ELECTRIC LLC, a Nevada limited liability
2  company; PROLOGIS, L.P., a Delaware limited
   partnership; AML PROPERTIES, INC., a
3  Nevada corporation; AML DEVELOPMENT 3,
   LLC; a Nevada limited liability corporation;
4  LAPOUR PARTNERS, INC., a Nevada
   corporation; DON FISHER, an individual;
5  PHILCOR T.V. & ELECTRONIC LEASING,
   INC., a Nevada corporation, dba NEDCO; QED,
6  INC., a Nevada corporation; TURTLE &
   HUGHES, Inc., a New Jersey corporation; DOES
7  I-X, inclusive; and ROE CORPORATIONS I-X,
   inclusive,
8

9                              Defendants.

10 T.W.C. CONSTRUCTION, INC., a Nevada
   corporation; TRAVELERS CASUALTY
11 AND SURETY COMPANY OF
   AMERICA, a Connecticut corporation;
12 MATTHEW RYBA, an individual; AML
   PROPERTIES, INC., a Nevada corporation;
13 AML DEVELOPMENT 3, LLC, a Nevada
   limited liability corporation; LAPOUR
14 PARTNERS, INC., a Nevada Corporation;
   DON FISHER, an individual,
15

16                          Counterclaimants,
        vs.
17
   INTERIOR ELECTRIC INCORPORATED
18 NEVADA, a domestic corporation;
   INTERIOR ELECTRIC, INC., a California
19 corporation; DOES I-X, inclusive; and ROE
   CORPORATIONS I-X, inclusive,
20
                           Counterdefendants.
21

22        Plaintiff and counterdefendant Interior Electric Incorporated Nevada ("Interior Electric

23 Nevada") and counterdefendant Interior Electric Incorporated ("Interior Electric California"), by

24 and through their counsel of record, the law firms of Marquis Aurbach Coffing and the Law

25 Offices of Philip A. Kantor, P.C. together with defendant and counterclaimant, T.W.C.

26 Construction, Inc. ("TWC"), through its counsel of record, Greene Infuso, LLP, respectfully

27 submit the following Stipulation and Order for Extension of Time for Plaintiff/Counterdefendant

MAC:14814-001 3708511_2 4/11/2019 4:39 PM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

Interior Electric Incorporated and Interior Electric Incorporated Nevada to File Their Responses to T.W.C. Construction, Inc.'s Second Amended Counterclaim [ECF NO. 120]. The Parties hereby stipulate and agree as follows:

WHEREAS, Interior Electric Nevada's and Interior Electric California's deadline to respond to TWC's Second Amended Counterclaim is currently April 11, 2019;

WHEREAS, Interior Electric Nevada's and Interior Electric California's principal has been unavailable to be consulted by their counsel regarding allegations made in the Second Amended Counterclaim since March 30, 2019, and is expected to return April 14, 2019;

WHEREAS, Defendant TWC has agreed to give Interior Electric Nevada and Interior Electric California up through and including April 18, 2019, by which to respond to the Second Amended Counterclaim;

WHEREAS, there are no other deadlines that are affected by this stipulation and proposed order that are presently known to the parties; and

WHEREAS, this stipulation is not entered into for any improper purpose or to delay.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

MAC:14814-001 3708511_2 4/11/2019 4:39 PM

THEREFORE, Interior Electric Nevada, Interior Electric California, and TWC hereby stipulate and agree that Interior Electric Nevada and Interior Electric California have up through and including April 18, 2019, by which to respond to TWC's Second Amended Complaint.

Dated this  11th  day of April, 2019.

**GREENE INFUSO, LLP**

        /s/ Keith W. Barlow
Michael V. Infuso, Esq.,
Nevada Bar No. 7388
Keith W. Barlow, Esq.,
Nevada Bar No. 12689
Sean B. Kirby, Esq.,
Nevada Bar No. 14224
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146
*Attorneys for T.W.C. Construction, Inc. and Travelers Casualty and Surety Company of America*

Dated this  11th  day of April, 2019.

**Marquis Aurbach Coffing**

        /s/ Jared M. Moser
Cody S. Mounteer, Esq.
Nevada Bar No. 11220
Chad F. Clement, Esq.
Nevada Bar No. 12192
Jared M. Moser, Esq.
Nevada Bar No. 13003
Collin M. Jayne, Esq.
Nevada Bar No. 13899
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
cmounteer@maclaw.com
cclement@maclaw.com
jmoser@maclaw.com
cjayne@maclaw.com

**Law Offices of Philip A. Kantor, P.C.**
Philip A. Kantor, Esq.
Nevada Bar No. 6701
1781 Village Center Circle, Suite 120
Las Vegas, Nevada 89134
Telephone: (702) 255-1300
Facsimile: (702) 256-6331
prsak@aya.yale.edu

*Attorneys for Interior Electric Incorporated Nevada and Interior Electric Incorporated*

**IT IS SO ORDERED**

Dated:        April 12, 2019

UNITED STATES MAGISTRATE JUDGE

MAC:14814-001 3708511_2 4/11/2019 4:39 PM