**MARQUIS AURBACH COFFING**
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

**Marquis Aurbach Coffing**
Cody S. Mounteer, Esq.
Nevada Bar No. 11220
Chad F. Clement, Esq.
Nevada Bar No. 12192
Jared M. Moser, Esq.
Nevada Bar No. 13003
Collin M. Jayne, Esq.
Nevada Bar No. 13899
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
cmounteer@maclaw.com
cclement@maclaw.com
jmoser@maclaw.com
cjayne@maclaw.com

**Law Offices of Philip A. Kantor, P.C.**
Philip A. Kantor, Esq.
Nevada Bar No. 6701
1781 Village Center Circle, Suite 120
Las Vegas, Nevada 89134
Telephone: (702) 255-1300
Facsimile: (702) 256-6331
prsak@aya.yale.edu

*Attorneys for Interior Electric Incorporated Nevada and Interior Electric Incorporated*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| INTERIOR ELECTRIC INCORPORATED NEVADA, a domestic corporation,<br><br>Plaintiff,<br><br>vs.<br><br>T.W.C. CONSTRUCTION, INC., a Nevada corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation; MATTHEW RYBA, an individual; MARK WILMER, an individual; GUSTAVO BAQUERIZO, an individual; CLIFFORD ANDERSON, an individual; POWER UP ELECTRIC COMPANY, a Nevada corporation, dba POWER ON ELECTRIC | Case Number: 2-18-cv-01118-JAD-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF/COUNTERDEFENDANT INTERIOR ELECTRIC INCORPORATED NEVADA AND COUNTERDEFENDANT INTERIOR ELECTRIC INCORPORATED TO FILE THEIR REPLY IN SUPPORT OF MOTION FOR PROTECTIVE ORDER [ECF NO. 155]**<br><br>**(FIRST REQUEST)** |

MAC:14814-001 3880648_1.docx 10/23/2019 8:50 AM

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | COMPANY; BAMM ELECTRIC LLC, a Nevada limited liability company; PROLOGIS, L.P., a Delaware limited partnership; PHILCOR T.V. & ELECTRONIC LEASING, INC., a Nevada corporation, dba NEDCO; QED, INC., a Nevada corporation; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>                      Defendants. |
| 6<br>7<br>8<br>9<br>10<br>11<br>12<br>13 | T.W.C. CONSTRUCTION, INC., a Nevada corporation,<br><br>                      Counterclaimant,<br>vs.<br><br>INTERIOR ELECTRIC INCORPORATED NEVADA, a domestic corporation; INTERIOR ELECTRIC, INC., a California corporation; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>                      Counterdefendants. |

Plaintiff and counterdefendant Interior Electric Incorporated Nevada ("Interior Electric Nevada") and counterdefendant Interior Electric Incorporated ("Interior Electric Incorporated"), by and through their counsel of record, the law firms of Marquis Aurbach Coffing and the Law Offices of Philip A. Kantor, P.C., together with defendant and counterclaimant, T.W.C. Construction, Inc. ("TWC"), defendant Matthew Ryba ("Ryba"), defendant Mark Wilmer ("Wilmer"), and defendant Travelers Casualty and Surety Company of America ("Travelers, and collectively with TWC, Ryba, and Wilmer, "the TWC Parties"), through their counsel of record, Greene Infuso, LLP, respectfully submit the following Stipulation and Order for Extension of Time for Plaintiff/Counterdefendant Interior Electric Incorporated Nevada and Counterdefendant Interior Electric Incorporated to File their Reply in Support of Motion for Protective Order [ECF No. 155]. The parties hereby stipulate and agree as follows:

WHEREAS, Interior Electric Incorporated and Interior Electric Nevada filed their Motion for Protective Order [ECF No. 155] on October 2, 2019;

/ / /

MAC:14814-001 3880648_1.docx 10/23/2019 8:50 AM

1       WHEREAS, the TWC Parties filed their Opposition to Interior Electric Nevada and Interior
2 Electric Incorporated's Motion for Protective Order [ECF No. 157] on October 16, 2019;

3       WHEREAS, Interior Electric Incorporated and Interior Electric Nevada's deadline to file a
4 reply in support of the Motion for Protective Order is currently October 23, 2019;

5       WHEREAS, Interior Electric Incorporated and Interior Electric Nevada have requested
6 additional time to formulate a reply in support of the Motion for Protective Order;

7       WHEREAS, the TWC Parties have agreed to give Interior Electric Incorporated and
8 Interior Electric Nevada up through and including October 30, 2019, by which to file a reply in
9 support of the Motion for Protective Order;

10       WHEREAS, there are no other deadlines that are affected by this stipulation and proposed
11 order that are presently known to the parties; and

12       WHEREAS, this stipulation is entered into in good faith and not for any improper purpose
13 or to delay.

14 / / /
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

1  THEREFORE, Interior Electric Incorporated, Interior Electric Nevada, and the TWC Parties hereby stipulate and agree that Interior Electric Incorporated and Interior Electric Nevada have up through and including October 30, 2019, by which to file a reply in support of the Motion for Protective Order.

**IT IS SO STIPULATED.**

Dated this 23rd day of October, 2019.

MARQUIS AURBACH COFFING

  */s/ Jared M. Moser*
By: Cody S. Mounteer, Esq.
   Nevada Bar No. 11220
   Chad F. Clement, Esq.
   Nevada Bar No. 12192
   Jared M. Moser, Esq.
   Nevada Bar No. 13003
   10001 Park Run Drive
   Las Vegas, Nevada 89145
   cmounteer@maclaw.com
   cclement@maclaw.com
   jmoser@maclaw.com

LAW OFFICES OF PHILIP A. KANTOR, P.C.

Philip A. Kantor, Esq.
Nevada Bar No. 6701
1781 Village Center Circle, Suite 120
Las Vegas, Nevada 89134
prsak@aya.yale.edu

*Attorneys for Interior Electric Incorporated Nevada and Interior Electric Incorporated*

Dated this ___ day of October, 2019.

GREENE INFUSO, LLP

  */s/ Keith Barlow*
By: Michael V. Infuso, Esq.
   Nevada Bar No. 7388
   Keith Barlow, Esq.
   Nevada Bar No. 12689
   Sean Kirby, Esq.
   Nevada Bar No. 14224
   3030 S. Jones Blvd., #101
   Las Vegas, NV 89146
   minfuso@greeneinfusolaw.com
   kbarlow@greeneinfusolaw.com
   skirby@greeneinfusolaw.com
   *Attorneys for TWC, Matthew Ryba, Mark Wilmer, and Travelers Casualty and Surety Company of America*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: 10-25-2019