# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Interior Electric Incorporated Nevada, a
domestic corporation,

      Plaintiff

v.

T.W.C. Construction, Inc., a Nevada
corporation, et al.,

      Defendants

Case No. 2:18-cv-01118-JAD-VCF

**Order Adopting Report and
Recommendation to Grant Philcor TV &
Electronic Leasing, Inc. dba Nedco
Supply's Motion for Determination of
Good Faith Settlement**

[ECF Nos. 163, 167]

On November 22, 2019, Magistrate Judge Ferenbach conducted a hearing on Defendant Philcor TV & Electronic Leasing, Inc. dba Nedco Supply's unopposed Motion for Determination of Good Faith Settlement[1] and now recommends that I grant it.[2] The deadline to respond to that recommendation passed without objection or any request to extend the deadline to file one. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[3]

     IT IS THEREFORE ORDERED that the magistrate judge's report and recommendation **[ECF No. 167] is ADOPTED** in full;

     IT IS FURTHER ORDERED THAT Philcor TV & Electronic Leasing, Inc. dba Nedco Supply's Motion for Determination of Good Faith Settlement **[ECF No. 163] is GRANTED**. The settlement between Philcor TV & Electronic Leasing, Inc. dba Nedco Supply and Interior

---

[1] ECF No. 163.

[2] ECF No. 167.

[3] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

Electric Incorporated Nevada is deemed to be in good faith as contemplated by Nev. Rev. Stat. § 17.245.

Dated: January 2, 2020

_____
U.S. District Judge Jennifer A. Dorsey