# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

INTERIOR ELECTRIC INCORPORATED NEVADA, a domestic corporation,

Plaintiff,

vs.

T.W.C. CONSTRUCTION, INC., a Nevada corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation; MATTHEW RYBA, an individual; MARK WILMER, an individual; GUSTAVO BAQUERIZO, an individual; CLIFFORD ANDERSON, an individual; POWER UP ELECTRIC COMPANY, a Nevada corporation, dba POWER ON ELECTRIC,

Defendants.

2:18-cv-01118-JAD-VCF

**ORDER**

Before the court is the Motion to Withdraw as Counsel of Record (ECF No. 174).

Accordingly,

IT IS HEREBY ORDERED that a hearing on the Motion to Withdraw as Counsel of Record (ECF No. 174) is scheduled for 3:00 PM, February 27, 2020, in Courtroom 3D.

IT IS FURTHER ORDERED that an officer, director, or managing agent of Power Up Electric Company dba Power on Electric Company (ECF NO. 174) must attend the hearing at 3:00 PM, February 27, 2020, in Courtroom 3D.

DATED this 5th day of February, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE