# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Interior Electric Incorporated Nevada

               Plaintiff,

v.

T.W.C. Construction, Inc., et al.

               Defendant.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:18-cv-01118-JAD-VCF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered against Power Up Electric Company.

2/27/20  
Date

DEBRA K. KEMPI  
Clerk

/s/ A. Reyes  
Deputy Clerk