**Marquis Aurbach Coffing**
Cody S. Mounteer, Esq.
Nevada Bar No. 11220
Chad F. Clement, Esq.
Nevada Bar No. 12192
Jared M. Moser, Esq.
Nevada Bar No. 13003
Collin M. Jayne, Esq.
Nevada Bar No. 13899
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
cmounteer@maclaw.com
cclement@maclaw.com
jmoser@maclaw.com
cjayne@maclaw.com

**Law Offices of Philip A. Kantor, P.C.**
Philip A. Kantor, Esq.
Nevada Bar No. 6701
1781 Village Center Circle, Suite 120
Las Vegas, Nevada 89134
Telephone: (702) 255-1300
Facsimile: (702) 256-6331
prsak@aya.yale.edu

*Attorneys for Interior Electric*
*Incorporated Nevada*

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| INTERIOR ELECTRIC INCORPORATED NEVADA, a domestic corporation,<br><br>Plaintiff,<br><br>vs.<br><br>T.W.C. CONSTRUCTION, INC., a Nevada corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation; MATTHEW RYBA, an individual; MARK WILMER, an individual; GUSTAVO BAQUERIZO, an individual; CLIFFORD ANDERSON, an individual; POWER UP ELECTRIC COMPANY, a Nevada corporation, dba POWER ON ELECTRIC COMPANY; BAMM ELECTRIC LLC, a | Case No.: 2:18-cv-01118-JAD-VCF<br><br><br><br>**SECOND AMENDED COMPLAINT** |

Page 1 of 70

MAC:14814-001 3984716_1 3/2/2020 6:17 PM

Nevada limited liability company; PROLOGIS, L.P., a Delaware limited partnership; PHILCOR T.V. & ELECTRONIC LEASING, INC., a Nevada corporation, dba NEDCO; QED, INC., a Nevada corporation; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,

Defendants.

Plaintiff Interior Electric Incorporated Nevada, by and through its counsel of record, the law firm of Marquis Aurbach Coffing and the Law Offices of Philip A. Kantor, P.C., alleges and complains against defendants T.W.C. Construction, Inc.; Travelers Casualty and Surety Company of America; Matthew Ryba; Mark Wilmer; Gustavo Baquerizo; Clifford Anderson; Power Up Electric Company dba Power On Electric Company; BAMM Electric LLC; Prologis, L.P.; QED, Inc.; DOES I-X, and ROE CORPORATIONS I-X, as follows:

**SUBJECT MATTER JURISDICTION AND VENUE**

1.      This action seeks damages under the Copyright Law (Title 17 of the United States Code), as well as under Nevada common law and statutory claims.

2.      This Court has subject matter jurisdiction over this action under 28 U.S.C. §§ 1331, 1332, 1338, and 1367.

3.      Venue is proper in the District of Nevada under 28 U.S.C. § 1391 because a substantial part of the events or omissions giving rise to this action occurred in this District, the alleged acts of infringement took place in this District, defendants reside in this District, and defendants are otherwise subject to the Court's personal jurisdiction.

4.      Venue is also proper in this District pursuant to 28 U.S.C. § 1400 because this is an action "relating to copyrights" and defendants or their agents "may be found" in this District.

**THE PARTIES AND PERSONAL JURISDICTION**

5.      Interior Electric Incorporated Nevada ("Interior Electric Nevada") is, and was at all times relevant to this action, a Nevada corporation, with offices in Orange County, California, and Henderson, Nevada.  Interior Electric Nevada specializes in the design, installation, and

MAC:14814-001 3984716_1 3/2/2020 6:17 PM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

management of electrical systems, and at all times relevant to this action, held a valid license with the Nevada State Contractor's Board.

6. Interior Electric Incorporated, a California corporation ("Interior Electric California"), an affiliate of Interior Electric Nevada, began doing business in southern California in 1983.

7. In 1998, the Interior Electric California business expanded and opened a new location in Henderson, Nevada, under a newly formed corporation—Interior Electric Nevada.

8. Upon information and belief, T.W.C. Construction, Inc. ("TWC") is, and was at all times relevant to this action, a Nevada corporation, providing general contracting and construction management services throughout Nevada, with its principal place of business in Henderson, Nevada.

9. Upon information and belief, Travelers Casualty and Surety Company of America ("Travelers") is, and was at all times relevant to this action, a Connecticut corporation, conducting business in, and with offices in, Nevada. Travelers is the surety of the bonds more fully described below.

10. Upon information and belief, Matthew Ryba ("Ryba") is, and was at all times relevant to this action, a resident of Nevada who also served as registered agent and Chief Executive Officer of TWC.

11. Upon information and belief, Mark Wilmer ("Wilmer") is, and was at all times relevant to this action, a resident of Nevada who also served as President of TWC.

12. Upon information and belief, Gustavo Baquerizo ("Baquerizo") is, and was at all times relevant to this action, a resident of Nevada.

13. In approximately 1995, Baquerizo began working for Interior Electric California as a journeyman electrician. Over the years, he worked his way up in the company through various positions to eventually become the general manager of Interior Electric Nevada's Henderson Office, which was his position at the time of his termination on March 30, 2017. Baquerizo was in charge of handling the day-to-day operations of the Henderson Office and was a person in whom trust and confidence was placed by Interior Electric Nevada.

MAC:14814-001 3984716_1 3/2/2020 6:17 PM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

14. Upon information and belief, Clifford Anderson ("Anderson") is, and was, at all times relevant to this action, a resident of Nevada.

15. In approximately 1998, Anderson began working for Interior Electric Nevada. Over the years, he worked his way up in the company through various positions to eventually become the Senior Estimator of Interior Electric Nevada's Henderson Office, which was Anderson's position at the time of his termination on March 30, 2017. Anderson worked closely with then-general manager, Baquerizo, in running the day-to-day operation of the Henderson Office and was a person in whom trust and confidence was placed by Interior Electric Nevada.

16. Upon information and belief, Power Up Electric Company, dba Power On Electric Company ("Power On") is, and was at all times relevant to this action, a Nevada corporation, engaging in the design, installation, and management of electrical systems, with its principal place of business in Henderson, Nevada.

17. Upon information and belief, Baquerizo, Anderson, and James Osburn ("Osburn") assisted Charles Meredith with the formation of Power On in approximately April 2016, and began working for Power On for the purpose of competing with, and directing business away from, Interior Electric Nevada, as more fully described below.

18. Upon information and belief, BAMM Electric LLC ("BAMM") is, and was at all times relevant to this action, a Nevada limited liability company, engaging in the design, installation, and management of electrical systems, with its principal place of business in Henderson, Nevada. Ryba, Wilmer, Baquerizo, and Anderson formed BAMM in the early part of 2017 and began working for BAMM for the purpose of competing with, and directing business away from, Interior Electric Nevada, as more fully described below.

19. Upon information and belief, Prologis, L.P. ("Prologis") is, and was at all times relevant to this action, a Delaware limited partnership, providing logistics real estate solutions in Nevada. Prologis conducts business in Nevada, has offices in Nevada, owns real estate in Nevada, and is registered as a foreign limited partnership in Nevada.

20. Upon information and belief, QED, Inc. ("QED") is, and was at all times relevant to this action, a Nevada corporation, with its principal place of business in Las Vegas, Nevada.

MAC:14814-001 3984716_1 3/2/2020 6:17 PM

21. The true names and capacities, whether individual, corporate, associate, or otherwise, of defendants named herein as DOES I-X, inclusive, and ROE CORPORATIONS I-X, inclusive, are presently unknown to Interior Electric Nevada and cannot be known or confirmed until such time as discovery is permitted. Upon information and belief, said DOE and ROE defendants are responsible for damages suffered by Interior Electric Nevada. As a result, Interior Electric Nevada sues said defendants by such fictitious names. Interior Electric Nevada will seek leave to amend its pleading to reflect the true names and capacities of each DOE and ROE defendant at such time as the same have been ascertained.

22. The Court has personal jurisdiction over the defendants because (1) the defendants' residences, domiciles, and business activities and contacts in Nevada have been and continue to be so substantial, continuous, and systematic that the defendants are deemed present in the forum; and (2) the obligations, acts, and omissions complained of in this Second Amended Complaint were incurred and committed, in whole or in part, in Nevada, and thus, the defendants have had sufficient minimum contacts with this forum such that the exercise of personal jurisdiction over them will not offend traditional notions of fair play and substantial justice.

## GENERAL ALLEGATIONS

### ABOUT INTERIOR ELECTRIC NEVADA

23. Interior Electric Nevada is a closely held and operated company that specializes in complete electrical solutions for residences and commercial projects as a "design-build" electrical subcontractor.

24. Currently, and at all times relevant to this case, Interior Electric California and Interior Electric Nevada maintained valid contractor licenses for California and Nevada, respectively.

25. In their two offices, Interior Electric California and Interior Electric Nevada collectively employ over 100 electricians, estimators, support staff, and managers.

26. Interior Electric Nevada uses computer networks in California and Nevada that are linked together so that its employees can efficiently coordinate their work on projects for the benefit of the company.

MAC:14814-001 3984716_1 3/2/2020 6:17 PM

27.     Over the course of its more than 21 years in business, Interior Electric Nevada has developed lasting relationships with clients and other professionals in the construction industry.

28.     While Interior Electric Nevada obtains business by competitively bidding for jobs in the normal course, it frequently secures business through repeat customers who simply request Interior Electric Nevada's services.

29.     Indeed, following the successful completion of a project, it is a common practice for clients or general contractors to return to Interior Electric Nevada for new, related projects, such as tenant improvements ("TIs") or development of new buildings.

30.     During the early stages of a new TI or project, the developer or general contractor may approach Interior Electric Nevada with a request for pre-construction services, including, but not limited to, participation in the electrical portion of the "design-build" process, as detailed below.

31.     After receiving such a request, Interior Electric Nevada's managers review the scope of work, proposed schedule for the TI or project, estimated budget, and the resources that Interior Electric Nevada has available to dedicate to the project.

32.     This overview of the project is then submitted to Interior Electric Nevada's President, Mark Beverly ("Beverly"), who decides whether to engage in the detailed and extended dialogue with the project's owner/developer, general contractor, and other professionals, which leads to the creation of electrical engineering plans for the project. When Beverly approves a design-build of a project, Interior Electric Nevada then dedicates personnel and provides coordination with NV Energy on securing the developers' requested electrical service size, and attends design meetings with other professionals such as architects, while preparing engineered drawings and assisting with other aspects of pre-construction work. Finally, once pre-construction work is completed, Interior Electric Nevada will typically perform the construction work as the project's electrical subcontractor. Pursuant to NRS 623.035(1)(d), Interior Electric Nevada is lawfully permitted to serve as an electrical subcontractor, so long as the electrical plans are prepared by Interior Electric Nevada itself. This is known as the "design-build" process.

MAC:14814-001 3984716_1 3/2/2020 6:17 PM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

33. As a predominantly design-build company, Interior Electric Nevada is rarely hired to do solely pre-construction work, or solely construction work. Rather, the vast majority of Interior Electric Nevada's work results in Interior Electric Nevada being involved in a project from design to completion.

34. Based on years of prior dealings with TWC and Nevada law, Interior Electric Nevada invariably provided pre-construction services under the expectation that TWC will hire Interior Electric Nevada to complete the actual construction of the project, and thereby will be paid for its services.

35. Interior Electric Nevada pays for pre-construction costs out-of-pocket in expectation of recovering these expenses as part of its payment for completing the project construction work.

36. This expectation is particularly reasonable because Nevada law prohibits a different contractor from performing electrical work using plans created by Interior Electric Nevada. Normally, electrical work must be based on plans created by a registered design professional. A specific exemption in NRS 623.035(1)(d) permits Interior Electric Nevada—and only Interior Electric Nevada—to build from its own plans. In other words, because Interior Electric Nevada is not a registered design professional, plans created by Interior Electric Nevada are worthless for any purpose except for use by Interior Electric Nevada.

**ABOUT BAMM**

37. By way of background, for over two decades, Interior Electric Nevada and TWC, an established general contractor, maintained a business relationship based in large part on the companies' successful completion of numerous projects together.

38. In March 2017, however, the relationship between Interior Electric Nevada and TWC disintegrated, when Interior Electric Nevada learned that Ryba and Wilmer were actively soliciting two of Interior Electric Nevada's then-employees, Baquerizo and Anderson, to form their own electrical subcontracting business to supplant Interior Electric Nevada as the provider of electrical design-build services for all TWC projects.

MAC:14814-001 3984716_1 3/2/2020 6:17 PM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

39.    Over the years of working with Interior Electric Nevada, Ryba and Wilmer became privy, firsthand, to the large volume of projects for which Interior Electric Nevada was performing work for TWC, and the large amount of money Interior Electric Nevada was being paid to do so.

40.    Indeed, in 2016 or 2017, Ryba and Wilmer solicited and pressured Baquerizo into providing them with Interior Electric's tax returns and other financial statements and information, which Baquerizo turned over to them.  In obtaining the tax returns and financial statements and information, Ryba and Wilmer learned of the profitability of Interior Electric Nevada, a well-organized and well-operated electrical subcontractor.

41.    Ryba and Wilmer thus realized that they could personally profit and benefit by using Baquerizo's and Anderson's experience to operate an electrical subcontracting business of their own, separate from and in addition to the income Ryba and Wilmer enjoyed as officers of TWC.

42.    So, in furtherance of their own interests, Ryba, Wilmer, Baquerizo, and Anderson developed a plan, made an agreement, and worked in concert with one another to form BAMM.

43.    Ryba, Wilmer, Baquerizo, and Anderson agreed that each would personally own 25% of BAMM.  They also agreed that Ryba and Wilmer would be silent partners and that they would hide and conceal Ryba's and Wilmer's involvement and ownership in BAMM from the public, including TWC employees and officers and TWC's sole shareholder, Andrew Lessman.

44.    On or about February 17, 2017, before BAMM was officially formed with the Nevada Secretary of State, TWC issued a check for $30,000 to Baquerizo, in his personal capacity and for his personal benefit, while he was still employed by Interior Electric Nevada. Another check, for $20,000, was issued by TWC to Baquerizo, in his personal capacity and for his personal benefit, on or about March 9, 2017, again, while still employed by Interior Electric Nevada.  Each of these checks from TWC was signed by Wilmer.  Ryba, Wilmer, and Baquerizo concealed the existence of these checks from Interior Electric Nevada.

45.    A day after this second payment to Baquerizo, on or about March 10, 2017, Ryba, Wilmer, Baquerizo, and Anderson formally created BAMM with the Nevada Secretary of State,

MAC:14814-001 3984716_1 3/2/2020 6:17 PM

listing only Baquerizo and Anderson as managing members and members, thereby following through with their plan to conceal Ryba's and Wilmer's involvement and ownership. Ryba, Wilmer, Baquerizo, and Anderson then began working for BAMM for the purpose of competing with, and directing business away from, Interior Electric Nevada, as more fully described below.

46. In fact, upon information and belief, BAMM is an acronym for "Baquerizo Anderson Mark & Matt/Matthew."

47. When BAMM's Nevada State Bank account was opened on or about March 27, 2017, Baquerizo and Anderson were the only signatories. Baquerizo deposited a check for $15,000 from his own personal checking account into BAMM's new checking account on the date it was opened.

48. Four days later, on March 31, 2017, Ryba and Wilmer were added as signers on BAMM's checking account.

49. On that date, March 31, 2017, Ryba obtained a cashier's check, in his own name and from his personal bank account, payable to BAMM in the amount of $200,000.00.

50. Likewise, on March 31, 2017, Wilmer also acquired a cashier's check, in his own name and from his personal bank account, payable to BAMM in the amount of $200,000.00.

51. Ryba and Wilmer contributed these personal funds as capital, with the intention of funding BAMM into a clone of Interior Electric Nevada and with the intention of enabling BAMM to secure an electrical contractor's license with a significant bid limit, as the Nevada State Contractors Board's determination of an applicant contractor's bid limit is based in part on the amount of capital the applicant possesses.

52. Also on March 31, 2017, TWC issued a check to BAMM for $31,146.00.

53. TWC would proceed to issue several checks for amounts between $2,700 and $91,000 to BAMM through the month of May 2017.

54. As described below, both BAMM and Baquerizo performed electrical-related work on several TWC projects; however, neither ever held a valid license with the Nevada State Contractors Board ("NSCB") allowing them to do so.

MAC:14814-001 3984716_1 3/2/2020 6:17 PM

55. Eventually, Baquerizo and Anderson closed BAMM's checking account in or around October 2017, taking the remaining balance of $20,851.56.

## DISCOVERY OF THE BAMM SCHEME, TERMINATION OF BAQUERIZO AND ANDERSON, AND THE RISE OF THE NONPAYMENT ISSUES

56. Upon learning of Ryba's and Wilmer's actions and Baquerizo's and Anderson's disloyalty, Interior Electric Nevada terminated Baquerizo's and Anderson's employment on March 30, 2017.

57. Baquerizo and Anderson seamlessly continued working for TWC via BAMM and Power On, to complete projects for which Interior Electric Nevada had performed pre-construction services including "design-builds," as detailed below.

58. Currently, the Clark County District Attorney's Office is prosecuting Baquerizo for obtaining money under false pretenses in violation of NRS 205.380 and engaging in business without a contractor's license in violation of NRS 624.720, in connection with the Lake Industries Project, a project more fully described below.

59. Immediately after Interior Electric Nevada uncovered these improprieties, TWC, without a legitimate basis and in bad faith, began improperly withholding funds that Interior Electric Nevada had earned while working as a subcontractor on various contracted projects.

60. In connection with this, and to further their own interests, Ryba and Wilmer intentionally influenced TWC or otherwise caused it to breach the subcontracts more fully described below. These breaches were the beginning of a calculated effort to starve Interior Electric Nevada of its cash flow so that it would be forced out of business, eliminating it as a competitor to BAMM, and forcing it to leave the Las Vegas market, thereby allowing BAMM to flourish and take over Interior Electric Nevada's position, along with everything Interior Electric Nevada might leave behind.

61. As explained in more detail below, there are nine projects for which TWC has withheld contractually mandated payments to Interior Electric Nevada.

62. The principal sum of payments withheld totals approximately $599,936.24.

MAC:14814-001 3984716_1 3/2/2020 6:17 PM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

**TWC'S FRAUDULENT INDUCEMENT**

63.     Beverly and Ryba, as the principals of Interior Electric Nevada and TWC, respectively, met in person on or about June 8, 2017, during which meeting the two recognized the tension in their business and personal relationships and sought to attempt, in good faith, to reconcile their differences, including the payments TWC was withholding from Interior Electric Nevada.

64.     In that meeting, Ryba and Beverly, on behalf of their respective companies, negotiated to resolve one of their disputes regarding an $84,000 sum owed to Interior Electric Nevada relating to a deductive change order on the Walmart TI Project, as defined below.

65.     Ryba told Beverly that if Interior Electric Nevada would reduce the amount owed by half, essentially foregoing a right to payment of $42,000, then Ryba, on behalf of TWC, would begin releasing the other outstanding payments being withheld from Interior Electric Nevada by TWC.

66.     As an additional condition of the release of withheld amounts to Interior Electric Nevada, Ryba demanded Beverly sign an unconditional waiver and release of any amounts owed to Interior Electric Nevada on the ProCaps Labs Project, as defined below, misrepresenting to Beverly that if Beverly signed, then TWC would immediately pay all of the outstanding amounts owed to Interior Electric Nevada on the other contracted projects between the two entities, as outlined below.

67.     Interior Electric Nevada justifiably relied on these representations by Ryba when Beverly agreed to the reduction of the amount owed on the Walmart TI deductive change order, and when he signed the ProCaps Labs Project unconditional release, whereby Interior Electric Nevada lost the opportunity to collect $4,822.20 on that project.

68.     Notwithstanding the representations of Ryba and actions or inaction of Interior Electric Nevada in reliance thereon, approximately two weeks later, Ryba reneged on the promises of payment and told Beverly that TWC would not pay Interior Electric Nevada anything more.

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:14814-001 3984716_1 3/2/2020 6:17 PM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

69.     Three months later, on or about September 7, 2017, Interior Electric Nevada received a FedEx package from TWC with a purported notice of withholding that was issued long after the payment due dates on the various projects, as outlined below, but the letter was back-dated to June 7, 2017, the day before Ryba's and Beverly's meeting.

70.     Interior Electric Nevada would ultimately discover that the letter was actually created in September 2017, making the notice of withholding legally ineffective or otherwise deficient under NRS 624.624, because it was not provided before several of the outstanding invoices became due, including those that became due in March 2017, April 2017, June 2017, July 2017, and August 2017.

71.     Not only was the letter untimely for purposes of NRS 624.624, even assuming it were timely relative to any projects, it omitted the content required by subsection 3 of that statute, including (1) "the amount of the request for payment that will be withheld from [Interior Electric Nevada]"; and (2) "a reasonably detailed explanation of the condition or the reason [TWC] will withhold that amount, including, without limitation, a specific reference to the provision or section of the agreement with [Interior Electric Nevada], and any documents relating thereto, and the applicable building code, law or regulation with which the lower-tiered subcontractor has failed to comply."

72.     As referenced above, the nine contracts under which TWC has wrongfully withheld payments owed to Interior Electric Nevada for work performed relate to the following nine projects:

### The Chaiya Monastery Project

73.     TWC was the general contractor for the Chaiya Meditation Monastery, Inc. Project located at 7955 Virtue Court, Las Vegas, NV 89113 (the "Chaiya Monastery Project").

74.     TWC entered into a contract with Interior Electric Nevada for all labor, materials, equipment, tools, supervision, transportation, incidentals, and all else necessary to complete the electrical and site electrical work for the Chaiya Monastery Project (the "Chaiya Contract").

75.     Interior Electric Nevada performed all of its obligations under the Chaiya Contract.

MAC:14814-001 3984716_1 3/2/2020 6:17 PM

76. On or about October 16, 2017, Interior Electric Nevada filed a Notice of Lien, pursuant to NRS 108.226, for $3,340.30, as Clark County Instr. No. 201710160002247.

77. On or about October 25, 2017, Travelers, as surety, and TWC as principal, executed a Mechanic Release of Lien Bond (No. 106623226) by which TWC and Travelers, jointly and severally, bound themselves to make payment in the sum of $5,011.00 for the materials, equipment, supplies, and labor furnished in connection with the Chaiya Monastery Project.

78. The corresponding Bond was recorded the next day as Clark County Instr. No. 201710260001082.

79. TWC and Travelers have withheld an estimated $3,340.30 in payment for the services rendered by Interior Electric Nevada.

### The Copper Sage Project

80. TWC was the general contractor for the Copper Sage Industrial Project located at 4588 East Craig Road, Las Vegas, NV 89115 (the "Copper Sage Project").

81. TWC entered into a contract with Interior Electric Nevada for all labor, materials, equipment, tools, supervision, transportation, incidentals, and all else necessary to complete the electrical and site electrical work for the Copper Sage Project (the "Copper Sage Contract").

82. Interior Electric Nevada performed all of its obligations under the Copper Sage Contract.

83. On or about October 17, 2017, Interior Electric filed a Notice of Lien, pursuant to NRS 108.226, for $23,176.05, as Clark County Instr. No. 201710170000014.

84. On or about October 23, 2017, Travelers, as surety, and TWC as principal, executed a Mechanic Release of Lien Bond (No. 106623223) by which TWC and Travelers, jointly and severally, bound themselves to make payment in the sum of $34,764.00 for the materials, equipment, supplies, and labor furnished in connection with the Copper Sage Project.

85. The corresponding Bond was recorded the next day as Clark County Instr. No. 201710240001745.

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:14814-001 3984716_1 3/2/2020 6:17 PM

86.     TWC and Travelers have withheld an estimated $23,176.05 in payment for the services rendered by Interior Electric Nevada.

## The LVCC 12 Project

87.     TWC was the general contractor for the Las Vegas Corporate Center 12 Project located at 4145 Corporate Center Drive, North Las Vegas, NV 89030 (the "LVCC 12 Project").

88.     TWC entered into a contract with Interior Electric Nevada for all labor, materials, equipment, tools, supervision, transportation, incidentals, and all else necessary to complete the electrical and site electrical work for the LVCC 12 Project (the "LVCC 12 Contract").

89.     Interior Electric Nevada performed all of its obligations under the LVCC 12 Contract.

90.     On or about October 16, 2017, Interior Electric Nevada filed a Notice of Lien, pursuant to NRS 108.226, for $12,453.51, as Clark County Instr, No. 201710160001861.

91.     On or about October 25, 2017, Travelers, as surety, and TWC as principal, executed a Mechanic Release of Lien Bond (No. 106623225) by which TWC and Travelers, jointly and severally, bound themselves to make payment in the sum of $18,815.00 for the materials, equipment, supplies, and labor furnished in connection with the LVCC 12 Project.

92.     The corresponding Bond was recorded the following day as Clark County Instr. No. 201710260001083.

93.     TWC and Travelers have withheld an estimated $12,453.51 in payment for the services rendered by Interior Electric Nevada.

## The LVCC 13 Project

94.     TWC was the general contractor for the Las Vegas Corporate Center 13 Project located at 4215 Corporate Center Drive, North Las Vegas, NV 89030 (the "LVCC 13 Project").

95.     TWC entered into a contract with Interior Electric Nevada for all labor, materials, equipment, tools, supervision, transportation, incidentals, and all else necessary to complete the electrical and site electrical work for the LVCC 13 Project (the "LVCC 13 Contract").

96.     Interior Electric Nevada performed all of its obligations under the LVCC 13 Contract.

MAC:14814-001 3984716_1 3/2/2020 6:17 PM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

97. On or about October 17, 2017, Interior Electric Nevada filed a Notice of Lien, pursuant to NRS 108.226, for $9,562.61, as Clark County Instr. No. 201710170000020.

98. On or about October 25, 2017, Travelers, as surety, and TWC as principal, executed a Mechanic Release of Lien Bond (No. 106623224) by which TWC and Travelers, jointly and severally, bound themselves to make payment in the sum of $14,344.00 for the materials, equipment, supplies, and labor furnished in connection with the LVCC 13 Project.

99. The corresponding Bond was recorded the following day as Clark County Instr. No. 201710260001084.

100. TWC and Travelers have withheld an estimated $9,562.61 in payment for the services rendered by Interior Electric Nevada.

### The NSCB Project

101. TWC was the general contractor for a remodel for the NSCB located at 2310 Corporate Circle, Ste. 200, Henderson, NV 89074 (the "NSCB Project").

102. TWC entered into a contract with Interior Electric Nevada for all labor, materials, equipment, tools, supervision, transportation, incidentals, and all else necessary to complete the electrical and site electrical work for the NSCB Project (the "NSCB Contract").

103. Interior Electric Nevada performed all of its obligations under the NSCB Contract.

104. On or about October 16, 2017, Interior Electric Nevada filed a Notice of Lien in accordance with NRS 108.226 for $9,517.02, as Clark County Instrument No. 20171016-0001830.

105. On or about October 23, 2017, Travelers, as surety, and TWC as principal, executed a Mechanic Release of Lien Bond (No. 106623220) by which TWC and Travelers, jointly and severally, bound themselves to make payment in the sum of $14,276.00 for the materials, equipment, supplies, and labor furnished in connection with the NSCB Project.

106. To date, the corresponding Bond has not been recorded.

107. TWC and Travelers have withheld an estimated $9,517.02 in payment for the services rendered by Interior Electric Nevada.

MAC:14814-001 3984716_1 3/2/2020 6:17 PM

**The ProCaps Labs Project**

108. TWC was the general contractor for a project at the ProCaps Laboratories located at 430 Parkson Road, Henderson, Nevada 89011 (the "ProCaps Labs Project").

109. TWC entered into a contract with Interior Electric Nevada for all labor, materials, equipment, tools, supervision, transportation, incidentals, and all else necessary to complete the electrical and site electrical work for the ProCaps Labs Project ("ProCaps Labs Contract").

110. Interior Electric Nevada performed all of its obligations under the ProCaps Labs Contract.

111. On or about October 16, 2017, Interior Electric Nevada filed a Notice of Lien, pursuan to NRS 108.226, for $4,822.20, as Clark County Instr. No. 201710160002282.

112. On or about October 23, 2017, Travelers, as surety, and TWC as principal, executed a Mechanic Release of Lien Bond (No. 106623222) by which TWC and Travelers, jointly and severally, bound themselves to make payment in the sum of $7,233.00 for the materials, equipment, supplies, and labor furnished in connection with the ProCaps Labs Project.

113. The corresponding Bond was recorded the following day as Clark County Instr. No. 201710240001742.

114. TWC and Travelers have withheld an estimated $4,822.20 in payment for the services rendered by Interior Electric Nevada.

**The Quest Project**

115. TWC was the general contractor for a project for Quest Diagnostics located at 4230 Burnham Ave., Las Vegas, Nevada 89119 (the "Quest Project").

116. TWC entered into a contract with Interior Electric Nevada for all labor, materials, equipment, tools, supervision, transportation, incidentals, and all else necessary to complete the electrical and site electrical work for the Quest Project ("Quest Contract").

117. Interior Electric Nevada performed all of its obligations under the Quest Contract.

118. On or about October 17, 2017, Interior Electric Nevada filed a Notice of Lien, pursuant to NRS 108.226, for $2,059.70, as Clark County Instr. No. 201710170000661.

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:14814-001 3984716_1 3/2/2020 6:17 PM

119. On or about October 23, 2017, Travelers, as surety, and TWC as principal, executed a Mechanic Release of Lien Bond (No. 106623221) by which TWC and Travelers, jointly and severally, bound themselves to make payment in the sum of $3,090.00 for the materials, equipment, supplies, and labor furnished in connection with the Quest Project.

120. The corresponding Bond was recorded the following day as Clark County Instr. No. 201710240001743.

121. TWC and Travelers have withheld an estimated $2,059.70 in payment for the services rendered.

**The Sunrise Shell Project**

122. TWC was the general contractor for the Sunrise Industrial Park 9 Project located at 4800 E. Cheyenne Ave., Las Vegas, Nevada 89105 on September 1, 2016 ("Sunrise Shell Project").

123. TWC entered into a contract with Interior Electric Nevada for all labor, materials, equipment, tools, supervision, transportation, incidentals, and all else necessary to complete the electrical and site electrical work for the Sunrise Shell Project ("Sunrise Shell Contract").

124. Interior Electric Nevada performed all of its obligations under the Sunrise Shell Contract.

125. On or about September 27, 2017, Interior Electric Nevada filed a Notice of Lien, pursuant to NRS 108.226, for $258,395.12, as Clark County Instr. No. 201709270003651.

126. On or about October 3, 2017, Travelers, as surety, and TWC as principal, executed a Mechanic Release of Lien Bond (No. 106623219) by which TWC and Travelers, jointly and severally, bound themselves to make payment in the sum of $387,593.00 for the materials, equipment, supplies, and labor furnished in connection with the Sunrise Shell Project.

127. The corresponding Bond was recorded the following day as Clark County Instr. No. 201710040001835.

128. TWC and Travelers have withheld an estimated $258,395.12 in payment for the services rendered by Interior Electric Nevada.

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:14814-001 3984716_1 3/2/2020 6:17 PM

**The Walmart TI Project**

129.    TWC was the general contractor for the Walmart TI-RC #9195 Project located at 4800 East Cheyenne Ave., Las Vegas, Nevada 89015 ("Walmart TI Project").

130.    TWC entered into a contract with Interior Electric Nevada for all labor, materials, equipment, tools, supervision, transportation, incidentals, and all else necessary to complete the electrical and site electrical work for the Walmart TI Project ("Walmart Contract").

131.    Interior Electric Nevada performed all of its obligations under the Walmart Contract.

132.    On or about October 16, 2017, Interior Electric Nevada filed a Notice of Lien, pursuant to NRS 108.226, for $276,609.73, as Clark County Instr. No. 201710160001838.

133.    On or around October 25, 2017, Travelers, as surety, and TWC as principal, executed a Mechanic Release of Lien Bond (No. 106623314) by which TWC and Travelers, jointly and severally, bound themselves to make payment in the sum of $414,915.00 for the materials, equipment, supplies, and labor furnished in connection with the Walmart TI Project.

134.    The corresponding Bond was recorded the following day as Clark County Instr. No. 201710260001085.

135.    TWC and Travelers has withheld an estimated $276,609.73 in payment for the services rendered by Interior Electric Nevada.

**Summary of Withheld Payments**

| TWC PROJECT | AMOUNT DUE |
|---|---|
| The Chaiya Monastery Project | $3,340.30 |
| The Copper Sage Project | $23,176.05 |
| The LVCC 12 Project | $12,453.51 |
| The LVCC 13 Project | $9,562.61 |
| The NSCB Project | $9,517.02 |
| The ProCaps Labs Project | $4,822.20 |
| The Quest Project | $2,059.70 |
| The Sunrise Shell Project | $258,395.12 |
| The Walmart TI Project | $276,609.73 |
| **SUM** | **$599,936.24** |

MAC:14814-001 3984716_1 3/2/2020 6:17 PM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

**INFRINGEMENT OF COPYRIGHTED ELECTRICAL**

**ENGINEERING PLANS AND TEMPLATES**

136. Consistent with Nevada law, Interior Electric Nevada creates its own electrical engineering plans for projects that will be completed in Nevada.

137. Interior Electric Nevada and Interior Electric California create their electrical engineering plans using AutoCAD, a well-known software program that is favored by architects, engineers, and other construction professionals.

138. Although AutoCAD comes equipped with standard, default tools, Interior Electric California and its employees created a proprietary template within AutoCAD that Interior Electric California and Interior Electric Nevada use to start work on all of their respective electrical engineering plans ("Copyrighted Template").

139. In approximately 1999, Interior Electric California created the Copyrighted Template within the AutoCAD program for the design of electrical engineering plans. The Copyrighted Template comprises a fixed layout positioning the electrical legend, project notes, sheet index, new light fixture schedule, and title block on the first page. The Copyrighted Template further comprises the contents of the electrical legend, project notes, and top portion of the title block. The Copyrighted Template further comprises a proprietary panel board design, typically programmed to display one or more panel boards on the last page of the plans, and programmed to populate said panel boards with data imported from another software program, typically Excel. The Copyrighted Template further provides for the title block to be in a fixed position on every page of the electrical engineering plans.

140. The Copyrighted Template is an original work of the visual arts in that the fixed layout of the first page is original, visually appealing and clean; the contents of the electrical legend, project notes, and top portion of the title block are original, visually appealing, easy-to-use and modern, except that some of the symbols of the electrical legend are standard in the industry; the panel board display is original, and attractively designed to efficiently convey required information to electricians in the field, and to city or county building department plan checkers.

MAC:14814-001 3984716_1 3/2/2020 6:17 PM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

141. The Copyrighted Template is an unpublished work, copies of which have never been distributed by Interior Electric. Staff working within Interior Electric, however, including Baquerizo, Anderson, DOES I-X, and ROE CORPORATIONS I-X, had access to the Copyrighted Template in connection with their employment, using it to create electrical engineering plans on behalf of Interior Electric.

142. Upon information and belief, both before and after their termination from Interior Electric, Baquerizo, Anderson, DOES I-X, and ROE CORPORATIONS I-X, provided themselves with access to the Copyrighted Template outside of their employment with Interior Electric, namely, for work they performed with the knowledge and participation of TWC, Power On, and BAMM, by improperly copying the Copyrighted Template to their own computers, or computers belonging to TWC, Power On, or BAMM.

143. Interior Electric California filed a copyright application for the Copyrighted Template with the United States Copyright Office, and, on June 5, 2018, the Copyright Office issued Copyright Registration No. VAU1-336-906.

144. Upon information and belief, TWC, Baquerizo, Anderson, Power On, BAMM, DOES I-X, and ROE CORPORATIONS I-X, collaborated on electrical and general contracting services for the following 9 projects:

    a.    The Nexgistics Project

    b.    The LVCC 12 TI (Muscle and Strength) Project

    c.    The Longview Fiber Project

    d.    The Impact XM Project

    e.    The Astound TI Project

    f.    The Dr. Pepper Bottling TI Project

    g.    The VMI TI at Prologis Speedway II Project

    h.    The LVCC 9 TI (Tantara)

145. Upon information and belief, in this connection, and with the knowledge and participation of TWC, Baquerizo, Anderson, Power On, and BAMM, among others, the defendants copied the Copyrighted Template in order to create electrical engineering plans for

MAC:14814-001 3984716_1 3/2/2020 6:17 PM

the above-listed projects. Such copying was complete and slavish, for example, including specific typographical and grammatical errors contained within the Copyrighted Template, except that the name and identifying information of the electrical contractor provided for in the template, *viz.*, Interior Electric California and/or Interior Electric Nevada, was typically stripped out and replaced with Power On's name and identifying information, AGA & Associates/Arnel Arches' (a licensed, professional electrical engineer) name and identifying information, or left blank.

146.    In a typical project, including all of the projects set forth below, Interior Electric Nevada participates in the "design-build" phase of the project, referenced above, which involves meeting multiple times, and on an ongoing basis, with the architect, general contractor, building owners and/or tenants, and other subcontractors to implement the electrical solutions of the project.

147.    As part of the design-build, once the architect creates and finishes a master set of drawings for the project, Interior Electric Nevada uses the Copyrighted Template to create electrical engineering plans which fit into the master plan by layering over the architectural plans for ease of reference and use.

148.    When Interior Electric Nevada creates an electrical engineering plan, it also uses special formatting and stylistic tools that are designed for improved visibility on personal electronic devices, such as smart phones and tablets, in order to make it easier for workmen to consult the electrical plans in real time at the job site while working projects and to produce a more pleasing appearance.

149.    Each electrical engineering plan also includes one or more panel schedules that are based on Interior Electric Nevada's calculations and formatting.

150.    Because engineering electrical plans involve art and science, Interior Electric Nevada completes many drafts of a single plan throughout a design-build, which plans are circulated to various employees within Interior Electric Nevada for review and comment throughout that process.

MAC:14814-001 3984716_1 3/2/2020 6:17 PM

151.   In addition, plans are often revised based upon new information from an owner, the general contractor, or other subcontractors.

152.   To improve the process of viewing and revising electrical engineering plans, Interior Electric Nevada uses modern technology, including shared networks, state-of-the-art computers, electronic mail, and cloud based project management software.

153.   At all times relevant to this action, Baquerizo, Anderson, DOES I-X, and ROE CORPORATIONS I-X had access to Interior Electric Nevada's electrical engineering plans.

154.   While still serving as general manager for Interior Electric Nevada, Baquerizo took Interior Electric Nevada's plans for projects and copied them for the benefit of TWC, himself, Anderson, Power On, and BAMM, as did DOES I-X, and ROE CORPORATIONS I-X.

155.   In doing so, Baquerizo falsified some sets of Interior Electric Nevada's plans to indicate that they were completed by Power On when, in fact, they were not.

156.   In at least two instances, Baquerizo passed the plans off as his own original designs.

157.   Based on the information currently available, Interior Electric Nevada's electrical engineering plans were copied and used for at least the following nine projects for which a contractor of record certificate was received or submitted.

**The LVCC Building 9 Project**

158.   Prologis is the owner and operator of the corporate center located at 4050 Corporate Center Drive, North Las Vegas, Nevada 89030.

159.   In or around 2016, Prologis began plans for development of a 130,515 square foot building in the corporate center which is and was known as "Building 9" (the "LVCC Building 9 Project").

160.   In or around 2016, Prologis hired TWC to serve as the general contractor for the LVCC Building 9 Project.

161.   In or around May 2016, TWC engaged Interior Electric Nevada to participate in the electrical portion of the design-build for the LVCC Building 9 Project.

MAC:14814-001 3984716_1 3/2/2020 6:17 PM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

162.    Over the course of the following year, Interior Electric Nevada coordinated with TWC and the architect for the project, HPA, to complete the electrical engineering plans for the LVCC Building 9 Project, of which collaboration Prologis was well aware.

163.    To be sure, through June and July 2016, emails circulated among HPA, Baquerizo using his Interior Electric Nevada email address (gus@ie-systems.net), Wilmer of TWC, and John Low ("Low") and Blake Kelley ("Kelley") of Prologis, in which those included discussed various components of the overall LVCC Building 9 Project and, specifically, Interior Electric Nevada's contributions to the electrical portion thereof by way of electrical plan preparation.

164.    At least one iteration of the LVCC Building 9 Project electrical plans were included among these emails, making Prologis aware of the plans' source—Interior Electric Nevada.

165.    The final version of Interior Electric Nevada's electrical engineering plans for the LVCC Building 9 Project was completed on or around July 15, 2016.  Interior Electric Nevada filed a copyright application for the electrical engineering plans for the LVCC Building 9 Project with the United States Copyright Office and, on December 19, 2017, the Copyright Office issued Copyright Registration No. VAU1-343-158.

166.    Interior Electric Nevada's copyrighted electrical engineering plans for the LVCC Building 9 Project were submitted to the City of North Las Vegas on or about August 9, 2016.

167.    By December 2016, TWC and Prologis had entered into a written contract that included a list of subcontractors for the LVCC Building 9 Project and others, which agreement was signed by Kelley and Wilmer, and which acknowledged in an exhibit thereto that Interior Electric Nevada would be the subcontractor for "Site Lighting and Electrical."

168.    The City of North Las Vegas issued an electrical permit for the LVCC Building 9 Project based on the copyrighted electrical engineering plans for the project on August 29, 2017. Interior Electric Nevada was identified as the electrical contractor on that permit.

169.    On or around August 29, 2017, TWC issued a contract to Baquerizo, Anderson, Power On, or BAMM, believed to be worth $250,000, based upon a proposal Interior Electric Nevada previously provided to TWC and Prologis to complete the electrical work for the LVCC

MAC:14814-001 3984716_1 3/2/2020 6:17 PM

Building 9 Project. Upon information and belief, Baquerizo, Anderson, Power On, or BAMM, with the knowledge and participation of TWC, made unauthorized copies of the copyrighted electrical engineering plans for the Building 9 Project to fulfill this contract.

170. Using the copies of the copyrighted electrical engineering plans for the LVCC Building 9 Project, Baquerizo, Anderson, Power On, BAMM, and TWC began electrical work for the project on or around September 2017.

171. Upon information and belief, by not requiring Power On or BAMM to create new plans and, instead, allowing them to use the plans prepared and copyrighted by Interior Electric Nevada when Prologis had the control to stop the use of Interior Electric Nevada's copyrighted plans for the LVCC Building 9 Project, Prologis profited because it was able to begin leasing and receiving rental revenue from the tenant much earlier in time, and this further breached the *Prologis Inc. Code of Ethics and Business Conduct September 2012*.

172. Upon information and belief, TWC received profit in its role as general contractor via the unauthorized use of Interior Electric Nevada's copyrighted plans for the LVCC Building 9 Project.

### The LVCC Building 14 Project

173. Prologis is the owner and operator of the corporate center located at 4050 Corporate Center Drive, North Las Vegas, Nevada 89030.

174. In or around 2016, Prologis began plans for development of a 131,750 square foot building in the corporate center which is and was known as "Building 14" (the "LVCC Building 14 Project").

175. In or around 2016, Prologis hired TWC to serve as the general contractor for the project.

176. Thereafter, Prologis and/or TWC engaged Interior Electric Nevada to participate in the electrical portion of the design build of the LVCC Building 14 Project.

177. Over the course of the following year, Interior Electric Nevada coordinated with TWC and the architect for the project, HPA, to complete the electrical engineering plans for the LVCC Building 14 Project.

MAC:14814-001 3984716_1 3/2/2020 6:17 PM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

178.   To be sure, in May 2016, and all the way through December 2016, emails circulated among HPA, Baquerizo using his Interior Electric Nevada email address (gus@ie-systems.net), Wilmer and others of TWC, and Low and Kelley of Prologis, in which those included discussed Interior Electric Nevada's contributions to the electrical portion thereof by way of consultation and electrical plan preparation.

179.   Numerous communications were exchanged between Kelley and Baquerizo, during Baquerizo's employment with Interior Electric Nevada, regarding project specifics and requirements for the electrical outlay.

180.   The final version of Interior Electric Nevada's electrical engineering plans for the LVCC Building 14 Project were completed in or around December 2016.   Interior Electric Nevada filed a copyright application for the electrical engineering plans for the LVCC Building 14 Project with the United States Copyright Office and, on December 19, 2017, the Copyright Office issued Copyright Registration No. VAU1-330-285.

181.   On or about December 13, 2016, when the plans were being finalized and while Baquerizo was still employed by Interior Electric Nevada, he sent an email to Kelley and others at Prologis, copying the HPA architect, Wilmer, and others at TWC, providing as an attachment Interior Electric Nevada's electrical drawings.

182.   Interior Electric Nevada's copyrighted electrical engineering plans for the LVCC Building 14 Project were submitted to the City of North Las Vegas on or about April 27, 2017.

183.   The City of North Las Vegas subsequently issued an electrical permit for the LVCC Building 14 Project based on the copyrighted electrical engineering plans for the project. Interior Electric Nevada was listed as the electrical contractor on that permit.

184.   On or about September 8, 2017, nearly four months after Baquerizo and Anderson were terminated by Interior Electric Nevada, and after Interior Electric Nevada performed extensive design build work on the LVCC Building 14 Project, TWC and Prologis entered into a written contract that included a list of subcontractors for the LVCC Building 14 Project and others, which agreement was signed by Kelley and Wilmer, and which falsely indicated BAMM was the "D/B [design build] Electrical Subcontractor," although BAMM was never licensed for

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:14814-001 3984716_1 3/2/2020 6:17 PM

such work and Interior Electric Nevada had, at all times, performed the electrical portion of the design build.

185.    Ultimately, TWC issued a contract to Baquerizo, Anderson, Power On, or BAMM, to complete the electrical work for the LVCC Building 14 Project.  Upon information and belief, Baquerizo, Anderson, Power On, or BAMM, with the knowledge and participation of TWC, made unauthorized copies of the copyrighted electrical engineering plans for the LVCC Building 14 Project to fulfill this contract.

186.    Upon information and belief, by not requiring Power On or BAMM to create new plans and, instead, allowing them to use the already-city-approved plans prepared and copyrighted by Interior Electric Nevada when Prologis has the control to stop the use of Interior Electric Nevada's copyrighted plans for the LVCC Building 14 Project, Prologis profited as it would have begun leasing and receiving rental revenue from the tenant much earlier in time.

187.    Upon information and belief, TWC received profit in its role as general contractor via the unauthorized use of Interior Electric Nevada's copyrighted plans for the LVCC Building 14 Project.

### The Dr. Pepper Bottling Project

188.    Prologis is the owner and operator of the corporate center located at 4215 Corporate Center Drive, North Las Vegas, Nevada 89030.

189.    In or around 2016, the Dr. Pepper Snapple Group expressed interest in moving its industrial bottling facility into Prologis' corporate center, Building 13 ("Dr. Pepper Bottling Project").

190.    To that end, Prologis hired TWC as the general contractor for the project.

191.    In or around November 8, 2016, TWC engaged Interior Electric Nevada to participate in the electrical portion of the design build of the Dr. Pepper Bottling Project.

192.    Over the course of the following year, Interior Electric Nevada coordinated with TWC and the architect for the project, HPA, to complete the electrical engineering plans for the Dr. Pepper Bottling Project.

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:14814-001 3984716_1 3/2/2020 6:17 PM

193.    By December 2, 2016, TWC and Prologis had entered into a written contract that included a list of subcontractors for the Dr. Pepper Bottling Project, which identified Interior Electric Nevada as the "D/B [design build] Electrical Subcontractor."

194.    Similarly, an exhibit to that contract between Prologis and TWC, which was signed by Kelley and Wilmer, acknowledged that Interior Electric Nevada would be the subcontractor for "Site Lighting and Electrical."

195.    As electrical plans for the Dr. Pepper Bottling Project were nearing finality, several emails were exchanged among Wilmer of TWC, Baquerizo using his Interior Electric Nevada email address (gus@ie-systems.net), and Fritz Wyler ("Wyler") and Kelley of Prologis regarding Interior Electric Nevada's provision of electrical plans tailored to the input from TWC, Prologis, and Dr. Pepper Snapple Group.

196.    The final version of Interior Electric Nevada's electrical engineering plans for the Dr. Pepper Bottling Project was completed in or around April 2017.  Interior Electric Nevada filed a copyright application for the electrical engineering plans for the Dr. Pepper Bottling Project with the United States Copyright Office and, on December 8, 2017, the Copyright Office issued Copyright Registration No. VAU1-298-192.

197.    Interior Electric Nevada's copyrighted electrical engineering plans for the Dr. Pepper Bottling Project were submitted to the City of North Las Vegas on or about May 3, 2017, by TWC, Power On, or BAMM.  In or around May 2017, TWC issued a contract to Baquerizo, Anderson, Power On, or BAMM, believed to be worth $577,000, based upon a proposal Interior Electric Nevada previously provided to complete the electrical work for the Dr. Pepper Bottling Project.  Upon information and belief, Baquerizo, Anderson, Power On, or BAMM, with the knowledge and participation of TWC, made unauthorized copies of the copyrighted electrical engineering plans for the Dr. Pepper Bottling Project to fulfill this contract, which they completed in or around July 2017.

198.    Almost two months after Baquerizo and Anderson were terminated from their employment with, and TWC ceased working with, Interior Electric Nevada, on or about May 23, 2017, Prologis and TWC executed a change order submitted for work on the Dr. Pepper Bottling

MAC:14814-001 3984716_1 3/2/2020 6:17 PM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

Project, signed by Kelley, on behalf of Prologis, and Wilmer, on behalf of TWC, wherein the contracting parties agreed that the same electrical plans submitted by Interior Electric Nevada during the design build will be modified by TWC and Prologis for use by Power On.

199.    Upon information and belief, by not requiring Power On to create new plans and, instead, allowing Power On to use the plans prepared and copyrighted by Interior Electric Nevada when Prologis has the control to stop the use of Interior Electric Nevada's copyrighted plans for the Dr. Pepper Bottling Project, Prologis profited because it would have begun leasing and receiving rental revenue from the tenant, Dr. Pepper Snapple Group, much earlier in time.

200.    Upon information and belief, TWC received profit in its role as general contractor via the unauthorized use of Interior Electric Nevada's copyrighted plans for the Dr. Pepper Bottling Project.

201.    The City of North Las Vegas issued an electrical permit for the Dr. Pepper Bottling Project based on the copyrighted electrical engineering plans for the project on June 26, 2017.  Interior Electric Nevada was listed as the electrical contractor.

202.    In fulfilling the Dr. Pepper Bottling Project, Baquerizo, Anderson, Power On, BAMM, and TWC poached at least five electricians (DOES I-X) who were previously Interior Electric Nevada's employees.

### The Prologis Speedway II Project

203.    Prologis is the owner and operator of the Prologis I-15 Speedway Logistics Center located in North Las Vegas, Nevada 89115.

204.    This property consists of a 927,440 square foot cross-dock distribution facility that is divided into two separate buildings.

205.    In or around 2016, Prologis sought to develop the portion of the parcel known as Building 2 ("Prologis Speedway II Project"), so it hired TWC to serve as general contractor for the project.

206.    In or around 2016, TWC hired Interior Electric Nevada to participate in the electrical portion of the design build of the Prologis Speedway II Project.

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:14814-001 3984716_1 3/2/2020 6:17 PM

207.    Over the course of the following year, Interior Electric Nevada coordinated with TWC and the architect for the project, HPA, to complete the electrical engineering plans for the Prologis Speedway II Project.

208.    To that end, in or around December 2016, several emails were exchanged among the HPA architect, Baquerizo using his Interior Electric Nevada email address (gus@ie-systems.net), Wilmer of TWC, Low of Prologis, and other subcontractors discussing their various responsibilities and plans in the design build for the Prologis Speedway II Project, with plans expected to be delivered on December 19, 2016.

209.    The final version of Interior Electric Nevada's electrical engineering plans for the Prologis Speedway II Project was completed in or around January 2017.    Interior Electric Nevada filed a copyright application for the electrical engineering plans for the Prologis Speedway II Project with the United States Copyright Office and, on May 14, 2018, the Copyright Office issued Copyright Registration No. VAU1-330-339.

210.    Interior Electric Nevada's final electrical engineering plans for the Prologis Speedway II Project were submitted to the City of North Las Vegas on or about February 3, 2017.

211.    The City of North Las Vegas issued an electrical permit for the Prologis Speedway II Project based on the copyrighted electrical engineering plans for the project on May 18, 2017.  Interior Electric Nevada was listed as the electrical contractor.

212.    In or around May 2017, TWC issued a contract to Baquerizo, Anderson, Power On, or BAMM, to complete the electrical work for the Prologis Speedway II Project. Upon information and belief, Baquerizo, Anderson, Power On, or BAMM, with the knowledge and participation of TWC, made copies of the copyrighted electrical engineering plans for the Prologis Speedway II Project to fulfill this contract.

213.    Upon information and belief, by not requiring Power On or BAMM to create new plans and, instead, allowing them to use the plans prepared and copyrighted by Interior Electric Nevada when Prologis has the control to stop the use of Interior Electric Nevada's copyrighted

MAC:14814-001 3984716_1 3/2/2020 6:17 PM

plans for the Prologis Speedway II Project, Prologis profited because it would have begun leasing and receiving rental revenue from the tenant much earlier in time.

214. Upon information and belief, TWC received profit in its role as general contractor via the unauthorized use of Interior Electric Nevada's copyrighted plans for the Prologis Speedway II Project.

### The ProCaps III Project

215. In or around March 2016, ProCaps sought to build a new building in its ProCaps campus in Henderson, NV, that would come to be known as the "ProCaps III Project" ("ProCaps III Project").

216. ProCaps hired TWC to serve as general contractor for the project.

217. In or around March 2016, TWC hired Interior Electric Nevada to do the design build of the electrical and solar portion of the ProCaps III Project.

218. During the following year, Interior Electric Nevada coordinated with TWC, the architect for the project, Creative Fit, and other subcontractors to complete the electrical engineering plans for the ProCaps III Project.

219. The final version of Interior Electric Nevada's electrical engineering plans for the ProCaps III Project was completed in or around March 2017. Interior Electric Nevada filed a copyright application for the electrical engineering plans for the ProCaps III Project with the United States Copyright Office and, on May 4, 2018, the Copyright Office issued Copyright Registration No. VAU1-319-503.

220. Interior Electric Nevada's electrical engineering plans for the ProCaps III Project were submitted to the City of Henderson in or about April 2017.

221. The City of Henderson issued an electrical permit for the ProCaps III Project based on the copyrighted electrical engineering plans for the project.

222. TWC issued a contract to Baquerizo, Anderson, Power On, or BAMM, to complete the electrical work for the ProCaps III Project. Upon information and belief, Baquerizo, Anderson, Power On, or BAMM, with the knowledge and participation of TWC, made copies of the copyrighted electrical engineering plans for the ProCaps III Project to fulfill

MAC:14814-001 3984716_1 3/2/2020 6:17 PM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

this contract. Upon information and belief, the contract was terminated approximately two months into the project, and TWC contracted with Murphy Electric to finish the work on the ProCaps III project.

### The Craig & Walnut Project

223. AML Development 3, LLC is the owner of an industrial complex located south of Craig Road and east of Walnut Road.

224. In or around 2016, the manager for AML Development 3, LLC, Lessman, hired TWC to serve as the general contractor for a project within the industrial complex (the "Craig & Walnut Project").

225. Upon information and belief, Mr. Lessman's decision was motivated by his role as owner and founder TWC.

226. Thereafter, TWC hired Interior Electric Nevada to participate in the electrical portion of the design build for the Craig & Walnut Project.

227. Over the course of the following year, Interior Electric Nevada coordinated with TWC and the architect for the project, Creative Fit, to complete the electrical engineering plans for the Craig & Walnut Project.

228. The final version of Interior Electric Nevada's electrical engineering plans for the Craig & Walnut Project was completed in or around February 2017. Interior Electric Nevada filed a copyright application for the electrical engineering plans for the Craig & Walnut Project with the United States Copyright Office and, on May 4, 2018, the Copyright Office issued Copyright Registration No. VAU1-318-185.

229. Interior Electric Nevada's copyrighted electrical engineering plans for the Craig & Walnut Project were submitted to the City of North Las Vegas on or about February 2017.

230. The City of North Las Vegas issued an electrical permit for the Craig & Walnut Project based on the copyrighted electrical engineering plans for the project. Interior Electric Nevada was identified as the electrical contractor.

231. TWC issued a contract to Baquerizo, Anderson, Power On, or BAMM, to complete the electrical work for the Craig & Walnut Project. Upon information and belief,

MAC:14814-001 3984716_1 3/2/2020 6:17 PM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

Baquerizo, Anderson, Power On, or BAMM, with the knowledge and participation of TWC, made copies of the copyrighted electrical engineering plans for the Craig & Walnut Project to fulfill this contract.

### The Diamond Concrete Cutting Project

232.    Diamond Concrete Cutting is a Nevada-licensed business that specializes in concrete cutting, concrete removal, concrete grinding, and excavation.

233.    In or around 2016, Diamond Concrete Cutting hired TWC to serve as general contractor for development of its building in Henderson, Nevada (the "Diamond Concrete Cutting Project").

234.    Thereafter, TWC hired Interior Electric Nevada to participate in the electrical portion of the design build for the Diamond Concrete Cutting Project.

235.    Over the course of the following year, Interior Electric Nevada coordinated with TWC and the architect for the Diamond Concrete Cutting Project, Creative Fit, to complete electrical engineering plans for the project.

236.    The final version of Interior Electric Nevada's electrical engineering plans for the Diamond Concrete Cutting project was completed in or around March 2017.  Interior Electric Nevada filed a copyright application for the electrical engineering plans for the Diamond Concrete Cutting Project with the United States Copyright Office and, on January 17, 2018, the Copyright Office issued Copyright Registration No. VAU1-323-893.

237.    Interior Electric Nevada's copyrighted electrical engineering plans for the Diamond Concrete Cutting Project were submitted to the City Henderson.

238.    The City of Henderson issued an electrical permit for the Diamond Concrete Cutting Project based on the copyrighted electrical engineering plans for the project.  Interior Electric Nevada was identified as the electrical contractor.

239.    Upon information and belief, Baquerizo, with the knowledge and participation of TWC, made copies of the copyrighted electrical engineering plans for the Diamond Concrete Cutting Project.

MAC:14814-001 3984716_1 3/2/2020 6:17 PM

**The Lake Industries Project**

240.    Lake Industries is a wholesale supplier that specializes in kitchenware and household products.

241.    In or around 2016, Lake Industries hired TWC to serve as the general contractor for the development of its building in Henderson, Nevada (the "Lake Industries Project").

242.    While working as Interior Electric Nevada employees, Baquerizo and Anderson submitted bids to TWC for the electrical work on the project.

243.    Without Interior Electric Nevada's knowledge or permission, Baquerizo and Anderson pulled project permits for the electrical work under Interior Electric Nevada's name and contractor's license.

244.    Baquerizo and Anderson then used Interior Electric Nevada's tools, materials, and manpower to complete the project.

245.    During the project, the CEO of Lake Industries, Saville Kellner, issued progress payments of approximately $40,000 payable directly to Baquerizo, personally.

246.    No portion of this payment was ever provided to Interior Electric Nevada.

247.    Currently, Baquerizo is facing criminal charges for his actions in relation to this project. *See* Eighth Judicial District Court Case No. C-18-331186-1.

248.    Interior Electric Nevada filed a copyright application for the electrical engineering plans for the Lake Industries Project with the United States Copyright Office and, on January 17, 2018, the Copyright Office issued Copyright Registration No. VAU1-323-904.

**The Executive Airport Industrial Parc 2 Project**

249.    LaPour Partners is the owner of certain land west of the Henderson Executive Airport.

250.    On or about January 14, 2017, LaPour Partners sought to develop the land into a seven-building industrial complex (the "Executive Airport Industrial Parc 2 Project").

251.    To that end, LaPour Partners hired TWC to serve as general contractor for the project.

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:14814-001 3984716_1 3/2/2020 6:17 PM

252. On or about February 1, 2017, TWC engaged Interior Electric Nevada to participate in the electrical portion of the design build for the Executive Airport Industrial Parc 2 Project.

253. Over the course of the following year, Interior Electric Nevada coordinated with TWC and the architect for the project, Creative Fit, to complete the electrical engineering plans for the project.

254. The final version of Interior Electric Nevada's electrical engineering plans for the Executive Airport Industrial Parc 2 Project was completed in or around February 2017. Interior Electric Nevada filed a copyright application for the electrical engineering plans for the Executive Airport Industrial Parc 2 Project with the United States Copyright Office and, on May 14, 2018, the Copyright Office issued Copyright Registration No. VAU1-330-284.

255. Interior Electric Nevada's copyrighted electrical engineering plans for the Executive Airport Industrial Parc 2 Project were submitted to the City of Henderson in or around February 2017.

256. The City of Henderson issued an electrical permit for the Executive Airport Industrial Parc 2 Project based on the copyrighted electrical engineering plans for the project. Interior Electric Nevada was identified as the electrical contractor.

257. TWC issued a contract to Baquerizo, Anderson, Power On, or BAMM, to complete the electrical work for the Executive Airport Industrial Parc 2 Project. Upon information and belief, Baquerizo, Anderson, Power On, or BAMM, with the knowledge and participation of TWC, made copies of Interior Electric Nevada's copyrighted electrical engineering plans for the Executive Airport Industrial Parc 2 Project to fulfill this contract.

**THEFT OF COMPANY RESOURCES AND ACCEPTANCE OF KICKBACKS**

258. As trusted and key employees of Interior Electric Nevada, Baquerizo and Anderson had an obligation to work for the benefit of Interior Electric Nevada.

259. As a party in numerous contractual relationships with Interior Electric Nevada requiring the parties to work together to furnish services to third-party customers, TWC had an

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:14814-001 3984716_1 3/2/2020 6:17 PM

obligation not to induce Interior Electric Nevada's employees, directly or indirectly, to breach their obligation to work for the benefit of Interior Electric Nevada.

260.    When presented with business opportunities, Baquerizo and Anderson had a duty to channel such opportunities to Interior Electric.  TWC had a corresponding duty not to induce Interior Electric's employees, directly or indirectly, to breach their obligation to channel business opportunities to Interior Electric.

261.    Within the scope of their employment, Baquerizo and Anderson had an obligation to use Interior Electric Nevada's resources, including technological equipment, computer software, company vehicles, tools, supplies, and other materials, for the benefit of Interior Electric Nevada.  TWC had a corresponding duty not to induce Interior Electric Nevada's employees, directly or indirectly, to breach their obligation to use Interior Electric Nevada's resources, including financial reports technological equipment, computer software, company vehicles, tools, supplies, and other materials for the benefit of Interior Electric Nevada.

262.    During the course of their employment, Baquerizo and Anderson disregarded their duties by taking Interior Electric Nevada's supplies, accepting kickbacks and inappropriate gifts, and directing Interior Electric Nevada's business opportunities to TWC or their own personal businesses.

263.    Baquerizo's and Anderson's actions tarnished Interior Electric Nevada's reputation, resulted in ill will to the company's name, and misappropriated Interior Electric's resources.

### Kickbacks from TWC and Others

264.    Between January 2015 and March 2017, Baquerizo and Anderson routinely inflated invoices, purchase orders, and change orders above the costs actually incurred for labor and materials on projects performed for TWC.

265.    Upon information and belief, Baquerizo and Anderson, taking advantage of their management positions within Interior Electric Nevada's Henderson office, coordinated, bribed, or threatened unknown Interior Electric Nevada employees (DOES I-X) to assist in their efforts

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:14814-001 3984716_1 3/2/2020 6:17 PM

or to keep quiet about known improprieties. Baquerizo and Anderson also issued unauthorized deductive change orders, thus diverting funds from Interior Electric Nevada to TWC.

266. In exchange for these efforts, TWC issued $50,000 worth of "bonus" checks to Baquerizo in February and March of 2017.

267. Between 2015 and 2017, TWC also rewarded Baquerizo and Anderson with other gifts, including expensive dinners, trips, and gift cards.

268. At the same time that Baquerizo and Anderson were fleecing Interior Electric Nevada, Interior Electric Nevada issued them yearly Christmas bonuses for their perceived loyalty, unaware of the employees' gross disloyalty to the company. In or around December 2016, Interior Electric Nevada issued a $15,000 "year-end" bonus to Baquerizo and a $10,000 "year-end" bonus directly to Anderson.

### Stolen Resources

269. Between January 2015 and March 2017, Baquerizo, Anderson, and DOES I-X, routinely added additional, unnecessary copper wire to Interior Electric Nevada's purchase orders with the goal of increasing the amount of "scrap" wire.

270. The scrap wire was then sold to scrap yards for a fraction of the cost with Baquerizo, Anderson, and DOES I-X keeping the proceeds.

271. Upon information and belief, this illegitimate practice resulted in approximately $175,000 to $250,000 in excess, lost costs.

272. Between January 2015 and March 2017, Baquerizo, Anderson, and DOES I-X coerced or encouraged Interior Electric Nevada laborers and craftsmen to complete tasks for their own personal benefit or the benefit of their accomplices.

273. Upon information and belief, this misuse of labor resulted in lost time dedicated to projects, unjustified payment of wages, payroll taxes, insurances, and additional costs to Interior Electric Nevada which would not be passed on to clients.

### SUPPLY HOUSE FRAUD

274. Interior Electric Nevada maintains professional relationships with suppliers that specialize in electrical components and materials, including QED.

MAC:14814-001 3984716_1 3/2/2020 6:17 PM

275. Typically, when Interior Electric Nevada is interested in bidding on a project, Interior Electric Nevada obtains a quote from suppliers in order to gauge the approximate price for the materials that would be used in the project.

276. Interior Electric Nevada then adjusts its estimates as necessary to reflect the current, most competitive price from its various suppliers.

277. In the event the actual cost of materials exceeds the anticipated price incorporated into an estimate, the difference cuts into Interior Electric Nevada's profits.

278. Interior Electric Nevada periodically obtained quotes from QED for use in bidding projects.

279. Upon securing certain subcontracts, Interior Electric Nevada then purchased electrical supplies from QED.

280. As part of an arrangement with Baquerizo, QED, its agents, or employees, including, without limitation, Tammy Stoneking ("Stoneking"), Ron Paxton ("Paxton"), Matt Jansen ("Jansen"), and Osburn inflated invoices for the goods that Interior Electric Nevada purchased.

281. Baquerizo communicated via email and text messages, in or around January 2016, July 2016, and August 2016, with Stoneking, Paxton, Jansen, and Osburn in furtherance of their scheme to inflate the invoices and provide kickbacks to Baquerizo.

282. In his capacity as general manager, Baquerizo knowingly issued purchase orders that included the inflated costs.

283. Unaware of the scheme, Interior Electric Nevada's accounting department then paid the invoices in the usual course.

284. QED, its agents, or employees then extracted the extra funds and paid Baquerizo in the form of gift cards, prepaid credit cards, concert and event tickets, and other gifts.

**THEFT OF CORPORATE OPPORTUNITIES**

285. Between November 2016 and March 2017, TWC engaged Interior Electric Nevada, to varying degrees, for design-builds and pre-construction services for the following

MAC:14814-001 3984716_1 3/2/2020 6:17 PM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

eight projects for which TWC was the general contractor and for which Prologis was the project owner:

a.      The Nexgistics Project

b.      The LVCC 12 TI (Muscle and Strength) Project

c.      The Longview Fiber Project

d.      The Impact XM Project

e.      The Astound TI Project

f.      The Dr. Pepper Bottling TI Project

g.      The VMI TI at Prologis Speedway II Project

h.      The LVCC 9 TI (Tantara)

286.    For each of these projects, Prologis hired TWC as general contractor, and TWC requested pre-construction services from Interior Electric Nevada shortly thereafter.

287.    These pre-construction services included, to varying extents, designing electrical plans, communicating with TWC and Prologis as to revisions or questions on the design, submitting the finished plans to the relevant authority for permitting, conducting revisions to the plans as requested by the relevant authority having jurisdiction, and finally submitting the plans to receive permits.  This process took Interior Electric Nevada approximately three to four months for each project, which is typical in the industry for jobs of this size.

288.    As is standard in the industry and as had become common practice in the course of dealing with TWC, Interior Electric Nevada would first provide a proposal to TWC for the cost to provide the full scope of design-build services for the project (typically upon request from TWC to furnish such a proposal).  Subsequently, if TWC requested that Interior Electric Nevada start pre-construction services, Interior Electric Nevada would begin performing before receiving a written contract or any payment for the project, based on the expectation that Interior Electric Nevada would be the selected subcontractor to provide all proposed work, and therefore that Interior Electric Nevada would be paid for all design-build services.

289.    Interior Electric Nevada, like other Nevada licensed contractors, understands it is against Nevada law for a subcontractor to build according to plans that were prepared and

MAC:14814-001 3984716_1 3/2/2020 6:17 PM

permitted by a different subcontractor who is not a licensed design professional, such as Interior Electric Nevada.

290.    Interior Electric Nevada would not have performed any work on these projects if TWC had indicated that it planned to hire a different electrical subcontractor to complete the construction work without paying Interior Electric Nevada for its pre-construction work.

291.    Following Baquerizo's and Anderson's termination from Interior Electric Nevada and their subsequent affiliation with BAMM and Power On; and after Interior Electric Nevada provided significant design-build contributions; and where applicable, pre-construction services for these projects; TWC contracted with Baquerizo, Anderson, Power On, and/or BAMM to complete the construction work, in violation of industry standard practices and Interior Electric Nevada's justified expectations that it would receive the contract to finish the work it was told to start.

292.    For each of these eight projects, Baquerizo, Anderson, Power On, and/or BAMM then utilized Interior Electric Nevada's work product to complete the construction work and collect all of the payment.

293.    Ordinarily, if TWC had changed electrical subcontractors after plans were completed and, especially if plans were approved by the governing municipality, the new electrical subcontractor would not be able to construct the work from the plans made by the previous subcontractor.  Thus, the new subcontractor would be required under Nevada law to start from scratch with the design and permitting process, which would require an additional three to four months of work, thereby delaying the completion of the project by three to four months, at least.

294.    A delay of three to four months would be definite and unavoidable.  To begin with, the subcontractor would be required to redesign all of the electrical plans without copying Interior Electric Nevada's plans, which would take four to six weeks.  Once those plans were complete, the new plans would have to be submitted to the appropriate governing municipality for a plan check, which would take an additional four to six weeks.  The municipality's plan checker would then send the subcontractor corrections for the newly submitted plans and the

MAC:14814-001 3984716_1 3/2/2020 6:17 PM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

subcontractor would have to implement those corrections, which would take one week. The plans would then have to be resubmitted to the governing municipality for a plan check on the corrections, which would take two weeks. Assuming there were no additional corrections needing to be made, the municipality would then approve and stamp the plans, and the plans would be ready for permit, which would take one week.

295.    Thus, given this background, by utilizing Interior Electric Nevada's work, TWC, Baquerizo, Anderson, Power On, BAMM, and Prologis were able to complete each project three to four months earlier than would have been possible without utilizing Interior Electric Nevada's work.

296.    On some contracts, upon information and belief, TWC and Prologis were able to reduce the contract price for Baquerizo, Anderson, Power On, and/or BAMM to complete the work, because most of the electrical design-build work was already completed.

297.    Prologis is the largest industrial real estate company in the world, advertising ownership of over 4,500 buildings, amounting to nearly one billion square feet, as of December 31, 2019.

298.    As such, Prologis's business model involves constructing buildings as efficiently as possible, and thus Prologis is highly involved in the pre-construction and construction process for each of its projects. Further, Prologis has been involved in this business for nearly forty years, and thus it is intimately familiar with the construction industry as well as typical costs and time frames of constructing industrial buildings.

299.    Prologis advertises that it offers "build-to-suit" services, providing a streamlined process of customer-led development that draws upon Prologis's experience in logistics real estate to provide an accelerated design process. Prologis further advertises that it manages the entire process of the construction in these cases, which is what in fact occurred in its dealings with Interior Electric Nevada.

300.    As Prologis is highly involved in the design-build process for each of its projects, Prologis knows that electrical design-build work typically takes between three to four months for these types of projects. Thus, in addition to Prologis being on actual notice that Interior Electric

MAC:14814-001 3984716_1 3/2/2020 6:17 PM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

Nevada had started the process and prepared all of the plans for the project, Prologis knew that the electrical subcontractors hired by TWC could not have completed the full project in mere weeks, as was the case for each of the above eight projects.

301.    In each of the above eight projects, Prologis knew that Interior Electric Nevada was preparing plans (including by Interior Electric Nevada being listed as the electrical subcontractor on the prime contract, emails being exchanged with Prologis representatives regarding Interior Electric Nevada's plans, emails between Prologis representatives and Interior Electric Nevada employees, walk throughs, meetings, and telephone calls), and was notified by TWC several months into the design-build process that TWC had contracted a different electrical subcontractor.

302.    With this knowledge, and combined with Prologis's experience in the design-build process for industrial buildings, Prologis would unavoidably have been aware that the only way for the new subcontractor to complete the work in a timely fashion would be for the new electrical subcontractor to construct the project using Interior Electric Nevada's plans.

303.    Upon being notified of the change of subcontractor, Prologis directed TWC, Baquerizo, Power On, and/or BAMM that the new subcontractor should simply use Interior Electric's plans instead of starting from scratch.

304.    Further, Prologis was incentivized to ensure that the new electrical subcontractor complete the project as quickly as possible.  Prologis routinely entered into leases while its buildings were still being constructed, which provided for liquidated damages clauses in the event Prologis was unable to complete the project by a certain date.  Moreover, Prologis routinely set these completion dates on an aggressive schedule so as to begin collecting rent from the tenants as soon as possible.  Thus, in each of the above eight projects, a change of an electrical subcontractor halfway through the design-build process—and often mere weeks before the scheduled completion date—would have alerted Prologis to the likelihood that it would be liable for tens of thousands of dollars for any delay.

MAC:14814-001 3984716_1 3/2/2020 6:17 PM

305.    To avoid this liability, Prologis worked in concert with TWC, Baquerizo, Anderson, Power On, and/or BAMM to have the construction in each of the above eight projects completed based on Interior Electric Nevada's plans.

306.    Interior Electric Nevada was, thus, unfairly deprived of the corporate opportunity it worked to obtain through design-build contributions and pre-construction services provided in good faith to TWC, but ultimately obtained by TWC under false pretenses without any manner of compensation to Interior Electric Nevada.

307.    Additionally, Prologis was unjustly enriched by Interior Electric Nevada's unpaid work by avoiding liability for considerable costly delay in completion of each project, and by receiving rental income earlier than would have been possible had the Defendants not agreed to use Interior Electric Nevada's work to complete each project.

### The Nexgistics Project

308.    Prologis is the owner and operator of the corporate center located at 4145 Corporate Center Drive, North Las Vegas, Nevada 89030.

309.    This property is subdivided into units that may have industrial uses, including warehouse storage.

310.    Prologis owns the unit commonly known as Suite 300.

311.    Prologis sought to make interior TIs, including pallet racks, plumbing fixtures, and other improvements tailored to its tenant, Nexgistics.

312.    The TIs also included electrical components for which an electrical subcontractor would be necessary.

313.    Prologis hired TWC to serve as general contractor for the project.

314.    In or around March 2017, TWC, with the knowledge and participation of Prologis, requested electrical designs and pre-construction services from Interior Electric Nevada for the TI.

315.    After Interior Electric Nevada completed significant work, including draft electrical designs, none of which was paid for, TWC selected Power On to serve as subcontractor for the project.

MAC:14814-001 3984716_1 3/2/2020 6:17 PM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

316.    Upon information and belief, Power On, with the knowledge and participation of TWC and Prologis, used Interior Electric Nevada's designs to secure necessary permits and/or complete electrical installations, with the result that Prologis improperly obtained these benefits at the expense of Interior Electric Nevada.

### The LVCC 12 TI (Muscle & Strength) Project

317.    Prologis is the owner and operator of the corporate center located at 4145 Corporate Center Drive, North Las Vegas, Nevada 89030.

318.    This corporate center is divided into several distinct buildings that may be rented out for industrial uses.

319.    Prologis sought to make improvements to Building 12 that would benefit the tenant thereof, Muscle & Strength.

320.    The TIs included electrical components for which an electrical subcontractor would be necessary.

321.    Prologis hired TWC to serve as general contractor for the project.

322.    In or around March 2017, TWC, with the knowledge and participation of Prologis, requested electrical designs and pre-construction services from Interior Electric Nevada for the TI.

323.    After Interior Electric Nevada completed significant work, including draft electrical designs – none of which was paid for, by Prologis, TWC, or otherwise – TWC selected Power On to serve as subcontractor for the project.

324.    Upon information and belief, Power On, with the knowledge and participation of TWC and Prologis, used Interior Electric Nevada's designs to secure necessary permits or complete electrical installations, with the result that Prologis improperly obtained these benefits at the expense of Interior Electric Nevada.

### The Longview Fiber Project

325.    Prologis is the owner and operator of corporate center located at 4145 Corporate Center Drive, North Las Vegas, Nevada 89030.

MAC:14814-001 3984716_1 3/2/2020 6:17 PM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

326. This corporate center is divided into several distinct buildings that may be rented out for industrial uses.

327. Interior Electric Nevada completed work for a number of these buildings, including the shell for Building 12.

328. In or around 2017, Prologis sought to make TIs to Building 12, including installation of plumbing fixtures and other improvements tailored to its tenant, Longview Fiber Paper and Packaging.

329. The TIs included electrical components for which an electrical subcontractor would be necessary.

330. Prologis hired TWC to serve as general contractor for the project.

331. TWC selected Power On to serve as subcontractor for the project.

332. On information and belief, Power On used Interior Electric Nevada's designs from the initial construction on Building 12 to secure necessary permits and/or complete electrical installations for the TI.

### The Impact XM Project

333. Prologis is the owner and operator of the corporate center located at 4265 Corporate Center Drive, North Las Vegas, Nevada 89030.

334. This corporate center is divided into several distinct buildings that may be rented out for industrial uses.

335. Interior Electric Nevada completed plans for a number of these buildings, including the shell for Building 14.

336. In or around 2017, Prologis sought to make TIs to Building 14 tailored to its tenant, Impact XM.

337. The TIs included electrical components for which an electrical subcontractor would be necessary.

338. Prologis hired TWC to serve as general contractor for the project.

339. TWC selected Power On to serve as subcontractor for the project.

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:14814-001 3984716_1 3/2/2020 6:17 PM

340.    On information and belief, Power On used Interior Electric Nevada's designs from the initial construction on Building 14 to secure necessary permits and/or complete electrical installations for the TI.

### The Astound TI

341.    Prologis is the owner and operator of a business complex located at 6945 Speedway Boulevard, H101-103, Las Vegas 89115.

342.    Prologis sought to make improvements to Building 5 that would benefit its tenant, Astound.

343.    The TIs included electrical components for which an electrical subcontractor would be necessary.

344.    Prologis hired TWC to serve as general contractor for the project.

345.    In or around March 2017, TWC, with the knowledge and participation of Prologis, requested electrical designs and pre-construction services from Interior Electric Nevada for the TI.

346.    After Interior Electric Nevada completed significant work, including draft electrical designs, none of which was paid for, TWC, with the knowledge and participation of Prologis, selected Power On to serve as subcontractor for the project.

347.    On information and belief, Power On, with the knowledge and participation of TWC and Prologis, used Interior Electric Nevada's designs to secure necessary permits and/or complete electrical installations, with the result that Prologis improperly obtained these benefits at the expense of Interior Electric Nevada.

### The Dr. Pepper Bottling TI Project

348.    Prologis is the owner and operator of corporate center located at 4215 Corporate Center Drive, North Las Vegas, Nevada 89030.

349.    This corporate center is divided into several distinct buildings that may be rented out for industrial uses.

MAC:14814-001 3984716_1 3/2/2020 6:17 PM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

350. As noted above, TWC contracted with Interior Electric Nevada to perform the electrical design-build process for the shell of Building 13 in the Las Vegas Corporate Center ("LVCC 13").

351. While construction of the shell was underway, Prologis sought to make improvements to LVCC 13 that would benefit its tenant, Dr. Pepper Snapple Group.

352. The TIs included electrical components for which an electrical subcontractor would be necessary.

353. Prologis executed a lease with its tenant for this space which contemplated a completion date of June 1, 2017, and which provided that a failure to meet this deadline would subject Prologis to liquidated damages of $0.53 per square foot per month, or approximately $53,000 per month (equating to a liquated damage range on this project alone of $159,000 – $212,000 for the three to four month delay).

354. Prologis hired TWC to serve as general contractor for the TI project.

355. In or around November 2016, while Interior Electric Nevada was working on the shell of LVCC 13, TWC, with the knowledge and participation of Prologis, requested electrical designs and pre-construction services from Interior Electric Nevada for the TI project.

356. Interior Electric Nevada completed significant pre-construction work, including draft electrical designs, without demanding up-front payment or a written contract, with the expectation that Interior Electric would continue as the subcontractor for the work it designed, and thereby receive payment upon completion of the project.

357. On or about April 18, 2017, TWCselected Power On to serve as subcontractor for the project, and notified Prologis that Power On would be completing the work begun by Interior Electric Nevada.

358. Prologis communicated to TWC, Power On, and Baquerizo that Power On should use the plans created by Interior Electric Nevada to ensure the TI project was completed by the extremely important lease-start date.

359. Despite starting work on April 18, 2017, with no prior design work having been completed by Power On, Power On was able to complete the full scope of work by the required

MAC:14814-001 3984716_1 3/2/2020 6:17 PM

completion date of June 1, 2017. In other words, Power On completed in six weeks work that should have taken four to six months, because all design work was completed by Interior Electric Nevada.

360. Power On was only able to complete the project on time because it received the plans prepared by Interior Electric Nevada for the project, removed the Interior Electric Nevada logo, and submitted the plans to the governing municipality for permitting and approval under the guise that the plans were prepared by Power On. As Interior Electric Nevada's plans were already carefully engineered and revised according to TWC's and Prologis's comments over the previous several months, Power On was able to receive a permit immediately.

361. On information and belief, Power On, with the knowledge and participation of TWC and Prologis, used Interior Electric Nevada's designs to secure necessary permits and/or complete electrical installations, with the result that Prologis improperly obtained these benefits at the expense of Interior Electric Nevada.

### The VMI TI at Prologis Speedway II

362. Prologis is the owner and operator of the corporate center located at 5675 E. Ann Road, North Las Vegas, Nevada 89115.

363. This corporate center is divided into several distinct buildings that may be rented out for industrial uses.

364. Prologis sought to make improvements to Speedway Building II that would benefit its tenant, VMI.

365. The tenant improvements included electrical components for which an electrical subcontractor would be necessary.

366. Prologis hired TWC to serve as general contractor for the project.

367. In or around December 2016, TWC, with the knowledge and participation of Prologis, requested electrical designs and pre-construction services from Interior Electric Nevada for the tenant improvement.

MAC:14814-001 3984716_1 3/2/2020 6:17 PM

368. After Interior Electric Nevada completed significant work, including draft electrical designs, none of which was paid for, TWC, with the knowledge and participation of Prologis, selected Power On to serve as subcontractor for the project.

369. On information and belief, Power On, with the knowledge and participation of TWC and Prologis, used Interior Electric Nevada's designs to secure necessary permits and/or complete electrical installations, with the result that Prologis improperly received these benefits at the expense of Interior Electric Nevada.

**THEFT AND MISUSE OF TRADE SECRETS**

370. Interior Electric Nevada has been in business for over 21 years.

371. Together, Interior Electric Nevada's and Interior Electric California's senior management team has a combined 155 years' experience in the electrical industry.

372. Based on these years of experience, Interior Electric Nevada developed specialized methods for designing and installing electrical assemblies that are particularly safe and efficient.

373. In addition, Interior Electric Nevada developed working relationships with material suppliers who offer discounted and special rates.

374. In the early days of its business, Interior Electric Nevada kept track of its unique common assemblies and special rates in paper form.

375. These papers were held in a secure location that was only accessible to Beverly and select trusted employees.

376. Around 2003, Interior Electric Nevada started using a current Trimble brand pricing database program called "Tra-Ser®" *a.k.a.* TradeService, to keep track of costs and components that are often used in the construction industry.

377. Although Tra-Ser provides subscribers with its own predicted market values, Tra-Ser licensees are able to adapt the program to their own needs.

378. For example, licensees may input new products or components that are not part of Tra-Ser's general database.

MAC:14814-001 3984716_1 3/2/2020 6:17 PM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

379. Licensees may also change prices to better reflect their experience in a local market.

380. When Interior Electric Nevada began using Tra-Ser, a designated employee began updating costs to reflect the rates that Interior Electric Nevada pays to its suppliers.

381. In addition, a designated employee added in components that are unique to Interior Electric Nevada's business, such as parts that are used for the installation of solar panels.

382. Interior Electric Nevada's copy of the program thus took on a unique, tailored form that differs from the original program because Interior Electric Nevada incorporated the notes, data, and observations that it and Interior Electric California had collected and kept in paper form for decades.

383. Because the accuracy of this program is critical to Interior Electric Nevada's business, only one employee is authorized to update or change the contents of the program.

384. In addition, Interior Electric Nevada limited use of Tra-Ser by allowing access for only the trusted employees whose duties involved estimating jobs, namely, managers and estimators.

385. Around 2003, Interior Electric Nevada also started using Trimble's "Accubid" database manager.

386. This program, which requires purchasing the program and a unique license for every user and an annual fee, aids electrical subcontractors in creating estimates for projects.

387. Accubid is capable of incorporating data from Tra-Ser.

388. Accubid also relies on "common assemblies" which summarize all the components necessary for a particular task or component.

389. In its original form, the Accubid database comes equipped with limited model or example common assemblies.

390. Licensees may then change and add model common assemblies or create their own.

391. Since purchasing Accubid in 2003, Interior Electric Nevada has added approximately 100 of its own common assemblies to the database.

MAC:14814-001 3984716_1 3/2/2020 6:17 PM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

392.    Many of these assemblies were based on the information that Interior Electric Nevada initially kept in paper form.

393.    Over time, Interior Electric Nevada also added or modified assemblies based on its experience completing jobs.

394.    In addition to "common assemblies," Accubid users can modify other aspects of an estimate to better reflect their experience and knowledge of a region.

395.    Based on their experience serving customers in Nevada and California, Interior Electric Nevada and Interior Electric California, respectively, used Accubid to create a default job template (the "default job") that captures the modifications most often used in their jobs.

396.    Because accuracy is crucial to successfully estimating a job, at all applicable times, Interior Electric Nevada only permitted a single employee to change the common assemblies or other components of the database.

397.    Interior Electric Nevada also limited access to the Accubid program by purchasing licenses for only the select trusted employees who have a valid use for the software, namely, managers and select estimators.

398.    And, while Interior Electric Nevada estimators can view the default job for reference, they cannot alter or delete the original file.

399.    As general manager in charge of Interior Electric Nevada's Henderson Office, Baquerizo had access to Interior Electric Nevada's unique Tra-Ser data, Accubid program, and the default job.

400.    Baquerizo used Interior Electric Nevada's Tra-Ser data and Accubid program to estimate and bid jobs for his own benefit or for the benefit of Power On, BAMM, or TWC.

401.    Upon information and belief, Baquerizo shared Interior Electric Nevada's unique Tra-Ser data with TWC and its employees.

402.    Upon information and belief, Baquerizo also shared Interior Electric Nevada's formatted Accubid program with TWC and its employees.

403.    As a senior estimator for Interior Electric Nevada, Anderson had his own license and access to Interior Electric Nevada's Tra-Ser and Accubid program and data.

MAC:14814-001 3984716_1 3/2/2020 6:17 PM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

404.     Although most authorized Interior Electric Nevada employees accessed this data through Interior Electric Nevada's secure network, Anderson had the data installed on his company laptop for use in the field.

405.     Upon information and belief, Anderson transferred all Tra-Ser and Accubid data, including periodic updates to his personal computer or other electronic device.

406.     Upon information and belief, Anderson shared Interior Electric Nevada's unique Tra-Ser data with TWC, Power On, and BAMM.

407.     Upon information and belief, Anderson also shared Interior Electric Nevada's formatted Accubid program with TWC, Power On, and BAMM.

408.     In fact, in an email, Anderson inquired of Trimble how much it would cost to purchase a copy of Tra-Ser and/or Accubid for TWC, BAMM, and Power On.

409.     Upon information and belief, TWC, Baquerizo, Anderson, Power On, BAMM, and DOES I through X, and/or ROE CORPORATIONS I through X, used Interior Electric Nevada's unique Tra-Ser data and Accubid software (including the default job) to estimate and bid projects.

## FIRST CLAIM FOR RELIEF

### (Breach of Contract – Against TWC)

410.     Interior Electric Nevada repeats, re-alleges, and incorporates each and every paragraph contained above as though fully set forth herein.

411.     Interior Electric Nevada and TWC entered into valid contracts on the following 9 projects:  (1) the Chaiya Monastery Project, (2) the Copper Sage Project, (3) the LVCC 12 Project, (4) the LVCC 13 Project, (5) the NSCB Project, (6) the ProCaps Labs Project, (7) the Quest Project, (8) the Sunrise Shell Project, and (9) the Walmart TI Project.

412.     In each of the contracts, Interior Electric Nevada agreed to furnish labor, materials, equipment, tools, supervision, transportation, incidentals, and other components necessary to complete the electrical and site electrical work for the 9 projects.

413.     Interior Electric Nevada finished the work as required by each of the contracts for the benefit of and at the specific instance and request of TWC.

MAC:14814-001 3984716_1 3/2/2020 6:17 PM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

414.   TWC breached each and every one of these contracts by failing to remit the full payment owed to Interior Electric Nevada for its work on the 9 projects.

415.   Interior Electric Nevada has demanded full payment for its work on these projects.

416.   Interior Electric Nevada has fully complied with all terms of the contracts and, all conditions of performance have been satisfied by Interior Electric Nevada.

417.   As a direct and proximate cause of TWC's breach of contract, Interior Electric Nevada has been damaged in an amount to be determined at trial.

**SECOND CLAIM FOR RELIEF**

**(Breach of the Implied Covenant of Good Faith and**

**Fair Dealing – Against TWC)**

418.   Interior Electric Nevada repeats, re-alleges, and incorporates each and every paragraph contained above as though fully set forth herein.

419.   Interior Electric Nevada and TWC entered into valid contracts on the following 9 projects:  (1) the Chaiya Monastery Project, (2) the Copper Sage Project, (3) the LVCC 12 Project, (4) the LVCC 13 Project, (5) the NSCB Project, (6) the ProCaps Labs Project, (7) the Quest Project, (8) the Sunrise Shell Project, and (9) the Walmart TI Project.

420.   In Nevada, every contract contains an implied covenant of good faith and fair dealing.

421.   As such, there was an implied covenant of good faith and fair dealing in the contracts between TWC and Interior Electric Nevada, and TWC had a duty to deal with Interior Electric Nevada in good faith.

422.   TWC breached its duty of good faith and fair dealing by performing its obligations under the contracts in a manner that was unfaithful to the purpose of the contracts.

423.   As a direct and proximate cause of TWC's breach of the implied covenant of good faith and fair dealing, Interior Electric Nevada has been damaged in an amount to be determined at trial.

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:14814-001 3984716_1 3/2/2020 6:17 PM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

## THIRD CLAIM FOR RELIEF

### (Claim Against Bond Under NRS 108.2421– Against TWC and Travelers)

424.    Interior Electric Nevada repeats, re-alleges, and incorporates each and every paragraph contained above as though fully set forth herein.

425.    Pursuant to NRS 108.2413 through NRS 108.2425, TWC and Travelers executed 9 surety bonds for the release of the mechanic's liens that Interior Electric Nevada filed against the following projects:  (1) the Chaiya Monastery Project, (2) the Copper Sage Project, (3) the LVCC 12 Project, (4) the LVCC 13 Project, (5) the NSCB Project, (6) the ProCaps Labs Project, (7) the Quest Project, (8) the Sunrise Shell Project, and (9) the Walmart TI Project.

426.    Each bond, except for the bond on the NSCB Project, was recorded pursuant to NRS 108.2421(1).

427.    In each of the bonds, Travelers agreed to pay Interior Electric Nevada "that amount as a court of competent jurisdiction may adjudge to have been secured by the lien."

428.    In compliance with the contracts for each of the projects, Interior Electric Nevada furnished and completed work for the benefit of TWC.

429.    Interior Electric Nevada has not been paid in full for the work completed.

430.    Pursuant to NRS 108.2413 through NRS 108.2425 and the plain language of the bonds, Interior Electric Nevada is entitled to payment of all sums that TWC currently owes to Interior Electric Nevada.

431.    The total principal amount due and owing is estimated to be $599,936.24, not including interest thereon.

432.    Pursuant to NRS 108.237, Interior Electric Nevada is entitled damages, including interest, the cost of preparing and recording the notices of lien, including, without limitation, attorney fees, the costs of proceedings including, without limitation, reasonable attorney fees, the costs for representation of Interior Electric Nevada in the proceedings, and any other amounts as the court may find to be justly due and owing to Interior Electric Nevada.

MAC:14814-001 3984716_1 3/2/2020 6:17 PM

## FOURTH CLAIM FOR RELIEF

### (Violations of NRS 624.624 – Against TWC)

433.   Interior Electric Nevada repeats, re-alleges, and incorporates each and every paragraph contained above as though fully set forth herein.

434.   NRS Chapter 624 requires contractors such as TWC to timely pay subcontractors as provided in the statute.

435.   TWC was the general contractor on the following 9 projects:  (1) the Chaiya Monastery Project, (2) the Copper Sage Project, (3) the LVCC 12 Project, (4) the LVCC 13 Project, (5) the NSCB Project, (6) the ProCaps Labs Project, (7) the Quest Project, (8) the Sunrise Shell Project, and (9) the Walmart TI Project.

436.   As the general contractor on those projects, TWC had an obligation to timely pay subcontractors who provided goods, labor, and services for the benefit of the projects.

437.   As stated in the contracts for these projects, Interior Electric Nevada's invoices for completed work were due to TWC on or before the 22nd of each month, with TWC to make payment no later than the 13th day of the following month.

438.   Interior Electric Nevada completed its obligations and duties under the contracts for these projects by completing the work as expected and providing timely invoices in accordance with the contracts.

439.   Despite the completion of the work and Interior Electric Nevada's repeated demands for payment, TWC withheld approximately $599,936.24 in payment.

440.   As a direct and proximate cause of TWC's violation of NRS 624.624, Interior Electric Nevada has been damaged in an amount to be determined at trial.

## FIFTH CLAIM FOR RELIEF

### (Copyright Infringement in violation of 17 U.S.C. § 501 – Against TWC, Baquerizo, Anderson, Power On, BAMM, DOES I-X, and ROE CORPORATIONS I-X)

441.   Interior Electric Nevada repeats, re-alleges, and incorporates each and every paragraph contained above as though fully set forth herein.

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:14814-001 3984716_1 3/2/2020 6:17 PM

442.    Interior Electric Nevada is the valid owner of the copyrighted works which consist of the Copyrighted Template and the electrical engineering plans for the following projects:  (1) the LVCC Building 9 Project, (2) the LVCC Building 14 Project, (3) the Dr. Pepper Bottling Project, (4) the Prologis Speedway II Project, (5) the ProCaps III Project, (6) the Craig & Walnut Project, (7) the Diamond Concrete Cutting Project, (8) the Lake Industries Project, and (9) the Executive Airport Industrial Parc 2 Project.

443.    Interior Electric Nevada has registered each of the above-referenced works.

444.    Defendants TWC, Baquerizo, Anderson, Power On, BAMM, DOES I-X, and ROE CORPORATIONS I-X, infringed each of the above-referenced works by copying them and creating derivative works from them without authorization to do so from Interior Electric Nevada, or using copies of the works to fulfill contracts for electrical work.

445.    As a direct and proximate result of these defendants' copyright infringement, Interior Electric Nevada has been damaged in an amount to be determined at trial.

## SIXTH CLAIM FOR RELIEF

### (Contributory Infringement in Violation of 17 U.S.C. § 501 – Against Prologis, TWC, and Baquerizo, DOES I-X, and ROE CORPORATIONS I-X)

446.    Interior Electric Nevada repeats, re-alleges, and incorporates each and every paragraph contained above as though fully set forth herein.

447.    Prologis, TWC, Baquerizo, and Anderson had knowledge of, or were willfully blind to, the infringing activities of TWC, Baquerizo, Anderson, Power On, BAMM, DOES I-X, and/or ROE CORPORATIONS I-X.

448.    Prologis, TWC, and Baquerizo caused, induced, or made material contributions to the infringement by TWC, Baquerizo, Anderson, Power On, BAMM, DOES I-X, and/or ROE CORPORATIONS I-X.

449.    As a direct and proximate result of defendants' contributory copyright infringement, Interior Electric Nevada has been damages in an amount to be determined at trial.

MAC:14814-001 3984716_1 3/2/2020 6:17 PM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

**SEVENTH CLAIM FOR RELIEF**

**(Vicarious Infringement in Violation of 17 U.S.C. § 501 – Against Prologis, TWC, and Baquerizo)**

450. Interior Electric Nevada repeats, re-alleges, and incorporates each and every paragraph contained above as though fully set forth herein.

451. Prologis, TWC, and Baquerizo profited from the direct infringing activities of TWC, Baquerizo, Anderson, Power On, BAMM, DOES I-X, and ROE CORPORATIONS I-X, while declining to exercise a right to stop or limit it.

452. As a direct and proximate result of defendants' vicarious copyright infringement, Interior Electric Nevada has been damaged in an amount to be determined at trial.

**EIGHTH CLAIM FOR RELIEF**

**(Removal or Alteration of Copyright Management Information – Against TWC, Baquerizo, Anderson, Power On, BAMM, DOES I-X, and ROE CORPS. I-X)**

453. Interior Electric Nevada repeats, re-alleges, and incorporates each and every paragraph contained above as though fully set forth herein.

454. Interior Electric Nevada labeled its Copyrighted Template and electrical engineering plans for (1) the LVCC Building 9 Project, (2) the LVCC Building 14 Project, (3) the Dr. Pepper Bottling Project, (4) the Prologis Speedway II project, (5) the ProCaps III Project, (6) the Craig & Walnut Project, (7) the Diamond Concrete Cutting Project, (8) the Lake Industries Project, and (9) the Executive Airport Industrial Parc 2 Project, with applicable copyright notices consisting of the copyright symbol (©), author's name and year of creation ("Copyright Management Information"), constituting copyright management information within the meaning of 17 U.S.C. § 1202(c).

455. Upon copying Interior Electric Nevada's above-referenced works, TWC, Baquerizo, Anderson, Power On, BAMM, DOES I-X, and ROE CORPORATIONS I-X, removed the Copyright Management Information from the infringed works and used them without the Copyright Management Information.

MAC:14814-001 3984716_1 3/2/2020 6:17 PM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

456.   The removal of the Copyright Management Information was willful and without the permission of Interior Electric Nevada.

457.   As a direct and proximate result of the willful removal of the Copyright Management Information associated with the infringed works, Interior Electric Nevada has been damaged in an amount to be determined at trial.

### NINTH CLAIM FOR RELIEF

**(Breach of Fiduciary Duty – Against Baquerizo and Anderson)**

458.   Interior Electric Nevada repeats, re-alleges, and incorporates each and every paragraph contained above as though fully set forth herein.

459.   Baquerizo and Anderson, as general manager and senior estimator, respectively of Interior Electric Nevada's Henderson office, and in whom trust and confidence were placed, owed fiduciary duties to Interior Electric Nevada.

460.   Baquerizo and Anderson breached their fiduciary duties to Interior Electric Nevada by, without limitation, doing the following:

a.   Forming Power On and BAMM to compete with Interior Electric Nevada;

b.   Competing with Interior Electric Nevada;

c.   Diverting business opportunities from Interior Electric Nevada to TWC, Power On, BAMM, themselves, or business entities with which they were aligned;

d.   Using Interior Electric Nevada's resources for the benefit of Power On, BAMM, personal purposes, friends, accomplices, or for purposes other than Interior Electric Nevada's benefit;

e.   Fraudulently inflating invoices, purchase orders, or change orders above the costs actually incurred for labor and materials on projects for their personal benefit or the benefit of others with whom they were aligned; and

f.   Accepting improper kickbacks, gifts, gift cards, and other benefits or rewards as compensation for the fraudulently-inflated invoices and charges.

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:14814-001 3984716_1 3/2/2020 6:17 PM

461. As a direct and proximate cause of Baquerizo's and Anderson's breach of their fiduciary duties, Interior Electric Nevada has been damaged in an amount to be determined at trial.

462. As a direct and proximate result of Baquerizo's and Anderson's breach of their fiduciary duties, which was characterized by fraud, oppression or malice, express or implied, Interior Electric Nevada is entitled to an award of punitive damages, in an amount to be proven at trial.

## TENTH CLAIM FOR RELIEF

### (Intentional Interference with Prospective Economic Advantage – Against Baquerizo, Anderson, Power On, Ryba, Wilmer, and BAMM)

463. Interior Electric Nevada repeats, re-alleges, and incorporates each and every paragraph contained above as though fully set forth herein.

464. Interior Electric Nevada had current and prospective contractual relationships on the following projects: (1) the LVCC Building 9 Project, (2) the LVCC Building 14 Project, (3) the Dr. Pepper Bottling Project, (4) the Prologis Speedway II project, (5) the ProCaps III Project, (6) the Craig & Walnut Project, (7) the Diamond Concrete Cutting Project, (8) the Lake Industries Project, (9) the Executive Airport Industrial Parc 2 Project, (10) the Nexgistics Project, (11) the LVCC 12 TI (Muscle & Strength) Project, (12) the Longview Fiber Project, (13) the Impact XM Project, (14) the Astound TI Project, (15) the Dr. Pepper Bottling TI Project, (16) the VMI TI at Prologis Speedway II Project, and (17) the LVCC Building 9 TI (Tantara) Project.

465. Baquerizo, Anderson, Power On, Ryba, Wilmer, and BAMM knew of these current and prospective contractual relationships.

466. Baquerizo, Anderson, Power On, Ryba, Wilmer, and BAMM intended to harm Interior Electric by interfering with these current and prospective relationships.

467. Baquerizo, Anderson, Power On, Ryba, Wilmer, and BAMM had no privilege or justification to interfere with these current and prospective relationships.

468. As a direct and proximate cause of the intentional interference with Interior Electric Nevada's current and prospective economic advantage by Baquerizo, Anderson, Power

MAC:14814-001 3984716_1 3/2/2020 6:17 PM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

On, Ryba, Wilmer, and BAMM, Interior Electric Nevada has been damaged in an amount to be determined at trial.

469.    As a direct and proximate cause of the intentional interference with Interior Electric Nevada's current and prospective economic advantage by Baquerizo, Anderson, Power On, Ryba, Wilmer, and BAMM, which was characterized by fraud, oppression or malice, express or implied, Interior Electric Nevada is entitled to an award of punitive damages, in an amount to be proven at trial.

### ELEVENTH CLAIM FOR RELIEF

### (Misappropriation of Trade Secrets – Against Baquerizo, Anderson, Power On, BAMM, TWC, DOES I-X, and ROE CORPORATIONS I-X)

470.    Interior Electric Nevada repeats, re-alleges, and incorporates each and every paragraph contained above as though fully set forth herein.

471.    Interior Electric Nevada possesses a viable trade secret as part of its business, including but not limited to market research, customer lists, customer and product pricing information, formulas, patterns, compilations, programs, devices, methods, techniques, products, systems, processes, designs, prototypes, procedures and computer programming instructions which are extremely confidential and derive independent economic value from not being generally known to, and not being readily ascertainable through proper means by the public or any other persons who can obtain commercial or economic value from their disclosure or use.

472.    In particular, Interior Electric Nevada's trade secrets are kept in the form of its unique, specially tailored Tra-Ser data and Accubid software, as well as the "default job" that is the basis of Interior Electric Nevada's estimates.

473.    Interior Electric Nevada took adequate measures and maintained the foregoing information and technology as trade secrets, which secrecy was guarded and not readily available to others.

474.    Baquerizo, Anderson, Power On, BAMM, TWC, DOES I-X, and ROE CORPORATIONS I-X, misappropriated the trade secrets through improper means.

MAC:14814-001 3984716_1 3/2/2020 6:17 PM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

475. As a direct and proximate result of the misappropriation of trade secrets by Baquerizo, Anderson, Power On, BAMM, TWC, DOES I-X, and ROE CORPORATIONS I-X, Interior Electric Nevada has been damaged in an amount to be determined at trial.

476. As a direct and proximate result of the willful, wanton, or reckless misappropriation or disregard of Interior Electric Nevada's trade secret rights by Baquerizo, Anderson, Power On, BAMM, TWC, DOES I-X, and ROE CORPORATIONS I-X, Interior Electric Nevada is entitled to an award of punitive or exemplary damages, in an amount to be determined at trial.

**TWELFTH CLAIM FOR RELIEF**

**(Conversion – Against TWC, Baquerizo, Anderson, Power On, BAMM, NEDCO, and**

**QED)**

477. Interior Electric Nevada repeats, re-alleges, and incorporates each and every paragraph contained above as though fully set forth herein.

**TWC, Baquerizo, Anderson, Power On, and BAMM**

478. TWC committed distinct acts of dominion over Interior Electric Nevada's property by, without limitation:

    a. Failing to pay Interior Electric Nevada the money owed for the work that Interior Electric Nevada completed on the following projects: (1) the Chaiya Monastery Project, (2) the Copper Sage Project, (3) the LVCC 12 Project, (4) the LVCC 13 Project, (5) the NSCB Project, (6) the ProCaps Labs Project, (7) the Quest Project, (8) the Sunrise Shell Project, and (9) the Walmart TI Project.

479. TWC, Baquerizo, Anderson, Power On, and BAMM, committed distinct acts of dominion over Interior Electric Nevada's property by, without limitation:

    a. Wrongfully taking Interior Electric Nevada's Tra-Ser program and Accubid software, as well as the data inputted into the programs for its own use;

    b. Using Interior Electric Nevada's resources for the benefit of Power On, BAMM, personal purposes, friends, accomplices, or for purposes other than Interior Electric Nevada's benefit;

MAC:14814-001 3984716_1 3/2/2020 6:17 PM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

c.    Fraudulently inflating invoices, purchase orders, or change orders above the costs actually incurred for labor and materials on projects for their personal benefit or the benefit of others with whom they were aligned;

d.    Accepting improper kickbacks, gifts, gift cards, and other benefits or rewards.

480.    The foregoing acts of TWC, Baquerizo, Anderson, Power On and BAMM were in denial of, or inconsistent with, Interior Electric Nevada's title or rights in the property.

481.    The foregoing acts of TWC, Baquerizo, Anderson, Power On and BAMM were in derogation, exclusion or defiance of Interior Electric Nevada's title or rights in the property.

**QED**

482.    QED committed distinct acts of dominion over Interior Electric Nevada's personal property in issuing inflated invoices and retaining the inflated amounts or diverting them to Baquerizo for his personal benefit.

483.    The foregoing acts of QED were in denial of, or inconsistent with, Interior Electric Nevada's title or rights in the property.

484.    The foregoing acts of QED were in derogation, exclusion or defiance of Interior Electric Nevada's title or rights in the property.

485.    As a direct result of conversion by TWC, Baquerizo, Anderson, Power On, BAMM, and QED, Interior Electric Nevada has been damaged in an amount to be determined at trial.

486.    As a direct result of the conversion by TWC, Baquerizo, Anderson, Power On, BAMM, and QED, which was characterized by fraud, oppression or malice, express or implied, Interior Electric Nevada is entitled to an award of punitive damages, in an amount to be determined at trial.

**THIRTEENTH CLAIM FOR RELIEF**

**(Unjust Enrichment – Against All Defendants Except Travelers)**

487.    Interior Electric Nevada repeats, re-alleges, and incorporates each and every paragraph contained above as though fully set forth herein.

MAC:14814-001 3984716_1 3/2/2020 6:17 PM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

488. Interior Electric Nevada conferred benefits on Defendants.

489. Defendants appreciated those benefits.

490. Defendants accepted and retained those benefits under circumstances such that it would be inequitable for Defendants to retain the benefits without payment for the value thereof.

491. As a direct and proximate cause of defendants' unjust retention of benefits, Interior Electric Nevada has been damaged in an amount to be determined at trial.

### FOURTEENTH CLAIM FOR RELIEF

### (Fraud in the Inducement – Against TWC)

492. Interior Electric Nevada repeats, re-alleges, and incorporates each and every paragraph contained above as though fully set forth herein.

493. TWC, through Ryba, made a false representation to Interior Electric Nevada.

494. TWC knew or believed that the representation was false, or had knowledge that it had an insufficient basis for making the representation.

495. TWC intended to induce Interior Electric Nevada to consent to formation of a contract.

496. Interior Electric Nevada justifiably relied upon TWC's misrepresentation by executing an unconditional waiver and release, and by foregoing collection of the amounts owed relative to the Walmart TI deductive change order and the ProCaps Labs Project.

497. As a direct result of TWC's fraudulent misrepresentations, Interior Electric Nevada has been damaged, in an amount to be determined at trial.

### FIFTEENTH CLAIM FOR RELIEF

### (Deceptive Trade Practices – NRS 598.0915 – Against QED)

498. Interior Electric Nevada repeats, re-alleges, and incorporates each and every paragraph contained above as though fully set forth herein.

499. QED fraudulently altered contracts, written statement of charges, or other documents in connection with the sale or lease of goods or services.

500. QED knowingly made false representations in transactions with Interior Electric Nevada.

MAC:14814-001 3984716_1 3/2/2020 6:17 PM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

501.   As a direct and proximate result of QED's deceptive trade practices under NRS 598.0915, Interior Electric Nevada has been damaged in an amount to be determined at trial.

502.   As a direct and proximate result of QED's deceptive trade practices under NRS 598.0915, which were characterized by fraud, oppression, or malice, express or implied, Interior Electric Nevada is entitled to punitive damages, in an amount to be proven at trial.

### SIXTEENTH CLAIM FOR RELIEF

### (Deceptive Trade Practices – NRS 598.0915 – Against TWC)

503.   Interior Electric Nevada repeats, re-alleges, and incorporates each and every paragraph contained above as though fully set forth herein.

504.   TWC fraudulently altered documents in connection with the sale or lease of goods or services.

505.   TWC knowingly made false representations in transactions with Interior Electric Nevada.

506.   As a direct and proximate result of TWC's deceptive trade practices under NRS 598.0915, Interior Electric Nevada has been damaged in an amount to be determined at trial.

507.   As a direct and proximate result of TWC's deceptive trade practices under NRS 598.0915, which was characterized by fraud, oppression, or malice, express or implied, Interior Electric Nevada is entitled to punitive damages, in an amount to be proven at trial.

### SEVENTEENTH CLAIM FOR RELIEF

### (Declaratory Relief – Against TWC)

508.   Interior Electric Nevada repeats, re-alleges, and incorporates each and every paragraph contained above as though fully set forth herein.

509.   It is TWC's position that its notices of withholding pursuant to NRS Chapter 624 were legally effective.

510.   It is Interior Electric Nevada's position that TWC's purported notices of withholding pursuant to NRS Chapter 624 were legally ineffective.

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:14814-001 3984716_1 3/2/2020 6:17 PM

511.  As such, a justiciable controversy exists between TWC and Interior Electric Nevada regarding the legal effectiveness of TWC's notices of withholding pursuant to NRS Chapter 624.

512.  The interests of TWC and Interior Electric Nevada are adverse.

513.  TWC and Interior Electric have a legal interest in the controversy and the issues are ripe for judicial determination, which the Court has authority to do under the Uniform Declaratory Judgment Act, NRS 30.010 *et seq*.

514.  Accordingly, Interior Electric Nevada seeks a declaration that TWC's notices of withholding pursuant to NRS Chapter 624 were legally ineffective.

## EIGHTEENTH CLAIM FOR RELIEF

### (Quantum Meruit – Implied-In-Fact Contract – Against TWC)

515.  Interior Electric Nevada repeats, re-alleges, and incorporates each and every paragraph contained above as though fully set forth herein.

516.  Interior Electric Nevada entered into valid and existing implied-in-fact contracts with TWC on the following projects: (1) the LVCC Building 9 Project, (2) the LVCC Building 14 Project, (3) the Dr. Pepper Bottling Project, (4) the Prologis Speedway II project, (5) the ProCaps III Project, (6) the Craig & Walnut Project, (7) the Diamond Concrete Cutting Project, (8) the Lake Industries Project, (9) the Executive Airport Industrial Parc 2 Project, (10) the Nexgistics Project, (11) the LVCC 12 TI (Muscle & Strength) Project, (12) the Longview Fiber Project, (13) the Impact XM Project, (14) the Astound TI Project, (15) the Dr. Pepper Bottling TI Project, (16) the VMI TI at Prologis Speedway II Project, and (17) the LVCC Building 9 TI (Tantara) Project.

517.  Interior Electric Nevada performed or was excused from performing the implied-in-fact contracts.

518.  Interior Electric Nevada satisfied all conditions precedent to the implied-in-fact contracts.

519.  TWC materially breached the implied-in-fact contracts.

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:14814-001 3984716_1 3/2/2020 6:17 PM

520.    As a direct and proximate result of TWC's material breach of the implied-in-fact contracts, Interior Electric Nevada has been damaged, in an amount to be determined at trial.

### NINETEENTH CLAIM FOR RELIEF

**(Promissory Estoppel – Against TWC)**

521.    Interior Electric Nevada repeats, re-alleges, and incorporates each and every paragraph contained above as though fully set forth herein.

522.    TWC was apprised of the true facts on the following projects: (1) the LVCC Building 9 Project, (2) the LVCC Building 14 Project, (3) the Dr. Pepper Bottling Project, (4) the Prologis Speedway II project, (5) the ProCaps III Project, (6) the Craig & Walnut Project, (7) the Diamond Concrete Cutting Project, (8) the Lake Industries Project, (9) the Executive Airport Industrial Parc 2 Project, (10) the Nexgistics Project, (11) the LVCC 12 TI (Muscle & Strength) Project, (12) the Longview Fiber Project, (13) the Impact XM Project, (14) the Astound TI Project, (15) the Dr. Pepper Bottling TI Project, (16) the VMI TI at Prologis Speedway II Project, and (17) the LVCC Building 9 TI (Tantara) Project.

523.    TWC intended that its conduct would be acted upon by Interior Electric Nevada.

524.    TWC acted in such a manner that Interior Electric Nevada believed that TWC's acts were so intended.

525.    Interior Electric Nevada relied to its detriment on the conduct of TWC.

526.    As a direct and proximate result of TWC's conduct, Interior Electric Nevada has been damaged, in an amount to be determined at trial.

### TWENTIETH CLAIM FOR RELIEF

**(Civil Conspiracy – Against All Defendants Except Travelers)**

527.    Interior Electric Nevada repeats, re-alleges, and incorporates each and every paragraph contained above as though fully set forth herein.

528.    Defendants agreed and intended to accomplish an unlawful objective for the purpose of harming Interior Electric Nevada by, without limitation:

a.      Refusing to pay Interior Electric Nevada for the work completed on the following projects:  (1) the Chaiya Monastery Project, (2) the Copper Sage Project, (3) the

MAC:14814-001 3984716_1 3/2/2020 6:17 PM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

LVCC 12 Project, (4) the LVCC 13 Project, (5) the NSCB Project, (6) the ProCaps Labs Project, (7) the Quest Project, (8) the Sunrise Shell Project, and (9) the Walmart TI Project;

b.      Committing copyright infringement and removing copyright management information on the following projects:  (1) the LVCC Building 9 Project, (2) the LVCC Building 14 Project, (3) the Dr. Pepper Bottling Project, (4) the Prologis Speedway II project, (5) the ProCaps III Project, (6) the Craig & Walnut Project, (7) the Diamond Concrete Cutting Project, (8) the Lake Industries Project, and (9) the Executive Airport Industrial Parc 2 Project;

c.      Forming Power On and BAMM to compete with Interior Electric Nevada;

d.      Competing with Interior Electric Nevada;

e.      Diverting business opportunities from Interior Electric Nevada to TWC, Power On, BAMM, themselves, or business entities with which they were aligned;

f.      Using Interior Electric Nevada's resources for the benefit of Power On, BAMM, personal purposes, friends, accomplices, or for purposes other than Interior Electric Nevada's benefit;

g.      Fraudulently inflating invoices, purchase orders, or change orders above the costs actually incurred for labor and materials on projects for their personal benefit or the benefit of others with whom they were aligned;

h.      Accepting improper kickbacks, gifts, gift cards, and other benefits or rewards;

i.      Theft of Interior Electric Nevada's material database, financial reports, common assemblies, and estimating software for use in bidding other projects in direct competition with Interior Electric Nevada;

j.      Unpaid use of Interior Electric Nevada's unique electrical engineering designs in order to obtain licensure to complete electrical work on the following projects: (1) the LVCC Building 9 Project, (2) the LVCC Building 14 Project, (3) the Dr. Pepper Bottling Project, (4) the Prologis Speedway II project, (5) the ProCaps III Project, (6) the Craig & Walnut Project, (7) the Diamond Concrete Cutting Project, (8) the Lake Industries Project, (9) the Executive Airport Industrial Parc 2 Project, (10) the Nexgistics Project, (11) the LVCC 12 TI (Muscle &

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:14814-001 3984716_1 3/2/2020 6:17 PM

Strength) Project, (12) the Longview Fiber Project, (13) the Impact XM Project, (14) the Astound TI Project, (15) the Dr. Pepper Bottling TI Project, (16) the VMI TI at Prologis Speedway II Project, and (17) the LVCC Building 9 TI (Tantara) Project.

529.   Defendants acted in concert in civilly conspiring to commit the above-identified wrongful acts or torts.

530.   As a direct and proximate cause of defendants' civil conspiracy, Interior Electric Nevada has been damaged in an amount to be proven at trial.

531.   As a direct and proximate result of the defendants' civil conspiracy, which was characterized by fraud, oppression or malice, express or implied, Interior Electric Nevada is entitled to an award of punitive damages, in an amount to be proven at trial.

### TWENTY-FIRST CLAIM FOR RELIEF

### (Aiding and Abetting – Against All Defendants Except Travelers)

532.   Interior Electric Nevada repeats, re-alleges, and incorporates each and every paragraph contained above as though fully set forth herein.

533.   Defendants intentionally and substantially assisted or encouraged the others' conduct in breaching their duties to Interior Electric Nevada.

534.   Defendants' duty to Interior Electric Nevada was actually breached.

535.   As a direct and proximate result of defendants' aiding and abetting, Interior Electric Nevada has been damaged, in an amount to be proven at trial.

536.   As a direct and proximate result of defendants' aiding and abetting, which was characterized by fraud, oppression or malice, express or implied, Interior Electric Nevada is entitled to an award of punitive damages, in an amount to be proven at trial.

### DEMAND FOR JURY TRIAL

Interior Electric Nevada hereby demands a trial by jury on all issues in this case.

### PRAYER FOR RELIEF

WHEREFORE, Interior Electric Nevada prays for judgment against defendants as follows:

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:14814-001 3984716_1 3/2/2020 6:17 PM

1.     Judgment in its favor and against defendants, and each of them, on all of its causes of action, in an amount to be proven at trial;

2.     For an award of punitive damages against defendants in an amount to be proven at trial;

3.     For an award of reasonable attorney fees;

4.     For costs of suit;

5.     For pre-judgment interest;

6.     For post-judgment interest; and

7.     For any further relief as the Court deems to be just and proper.

Dated this 2nd day of March, 2020.

MARQUIS AURBACH COFFING

By: /s/ Chad F. Clement
Cody S. Mounteer, Esq.
Nevada Bar No. 11220
Chad F. Clement, Esq.
Nevada Bar No. 12192
Jared M. Moser, Esq.
Nevada Bar No. 13003
Collin M. Jayne, Esq.
Nevada Bar No. 13899
10001 Park Run Drive
Las Vegas, Nevada 89145

LAW OFFICES OF PHILIP A. KANTOR, P.C.

By: /s/ Philip A. Kantor
Philip A. Kantor, Esq.
Nevada Bar No. 6701
1781 Village Center Circle, Suite 120
Las Vegas, Nevada 89134

*Attorneys for Interior Electric
Incorporated Nevada*

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:14814-001 3984716_1 3/2/2020 6:17 PM

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **SECOND AMENDED COMPLAINT** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 2nd day of February, 2020.

☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

ROBERT L. LANGFORD & ASSOC.
Robert L. Langford
Matthew J. Rashbrook
616 S. Eighth Street
Las Vegas, Nevada 89101
Robert@robertlangford.com
matt@robertlangford.com
*Attorneys for Gustavo Baquerizo*

ALVERSON TAYLOR & SANDERS
Kurt R. Bonds, Esq.
Adam R. Knecht, Esq
6605 Grand Montecito Parkway, #200
Las Vegas, NV 89149
kbonds@alversontaylor.com
aknecht@alversontaylor.com
*Attorneys for Gustavo Baquerizo*

GREENE INFUSO, LLP
Michael Infuso, Esq.
Keith Barlow, Esq.
Sean Kirby, Esq.
3030 S. Jones Blvd., #101
Las Vegas, NV 89146
minfuso@greeninfusolaw.com
kbarlow@greeninfusolaw.com
skirby@greeninfusolaw.com
*Attorneys for TWC Construction and Travelers Casualty and Surety Company of America*

THE HAYES LAW FIRM
Dale Hayes, Jr., Esq.
4735 S. Durango Drive, Ste. 105
Las Vegas, NV 89147
dhayes@hayeslawnv.com
*Attorneys for Clifford Anderson and BAMM Electric, LLC*

THE WRIGHT LAW GROUP, P.C.
John Henry Wright, Esq.
Christopher B. Phillips, Esq.
2340 Paseo Del Prado, #D-305
Las Vegas, NV 89102
john@wrightlawgroupnv.com
chris@wrightlawgroupnv.com
*Attorneys for Power Up Electric Company dba Power on Electric Company*

MCDONALD CARANO
Aaron D. Shipley, Esq.
2300 W. Sahara Ave., Suite 1200
Las Vegas, NV 89102
ashipley@mcdonaldcarano.com
*Attorneys for Prologis, L.P.*

MEAD LAW GROUP
Leon Mead, II, Esq.
Sarah Mead Thomas, Esq.
7201 W. Lake Mead Blvd., #550
Las Vegas, NV 89128
leon@meadlawgroup.com
sarah@meadlawgroup.com
*Attorneys for QED, Inc.*

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:14814-001 3984716_1 3/2/2020 6:17 PM

JAMS
Floyd Hale, Esq.
3800 Howard Hughes Parkway
11th Floor
Las Vegas, NV  89169
fhale@floydhale.com
DHolloman@jamsdr.com
*Special Master*

and that there is a regular communication by mail between the place of mailing and the place(s)

so addressed.

    /s/ Chad F. Clement
    an employee of Marquis Aurbach Coffing

MAC:14814-001 3984716_1 3/2/2020 6:17 PM