**Marquis Aurbach Coffing**
Cody S. Mounteer, Esq.
Nevada Bar No. 11220
Chad F. Clement, Esq.
Nevada Bar No. 12192
Jared M. Moser, Esq.
Nevada Bar No. 13003
Collin M. Jayne, Esq.
Nevada Bar No. 13899
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
cmounteer@maclaw.com
cclement@maclaw.com
jmoser@maclaw.com
cjayne@maclaw.com

**Law Offices of Philip A. Kantor, P.C.**
Philip A. Kantor, Esq.
Nevada Bar No. 6701
1781 Village Center Circle, Suite 120
Las Vegas, Nevada 89134
Telephone: (702) 255-1300
Facsimile: (702) 256-6331
prsak@aya.yale.edu

*Attorneys for Interior Electric Incorporated Nevada and Interior Electric Incorporated*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| INTERIOR ELECTRIC INCORPORATED NEVADA, a domestic corporation,<br><br>Plaintiff,<br><br>vs.<br><br>T.W.C. CONSTRUCTION, INC., a Nevada corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation; MATTHEW RYBA, an individual; MARK WILMER, an individual; GUSTAVO BAQUERIZO, an individual; CLIFFORD ANDERSON, an individual; POWER UP ELECTRIC COMPANY, a Nevada corporation, dba POWER ON ELECTRIC | Case Number: 2-18-cv-01118-JAD-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF INTERIOR ELECTRIC INCORPORATED NEVADA TO FILE ITS RESPONSE TO THE TWC DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT [ECF NO. 191]**<br><br>**(FIRST REQUEST)** |

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

| | |
|---|---|
| COMPANY; BAMM ELECTRIC LLC, a Nevada limited liability company; PROLOGIS, L.P., a Delaware limited partnership; PHILCOR T.V. & ELECTRONIC LEASING, INC., a Nevada corporation, dba NEDCO; QED, INC., a Nevada corporation; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | |
| T.W.C. CONSTRUCTION, INC., a Nevada corporation,<br><br>    Counterclaimant,<br>vs.<br><br>INTERIOR ELECTRIC INCORPORATED NEVADA, a domestic corporation; INTERIOR ELECTRIC, INC., a California corporation; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>    Counterdefendants. | |

Plaintiff Interior Electric Incorporated Nevada ("Interior Electric"), by and through its counsel of record, the law firms of Marquis Aurbach Coffing and the Law Offices of Philip A. Kantor, P.C., together with defendant and counterclaimant, T.W.C. Construction, Inc. ("TWC"), defendant Matthew Ryba, defendant Mark Wilmer, and defendant Travelers Casualty and Surety Company of America (collectively, "the TWC Defendants"), through their counsel of record, Greene Infuso, LLP, respectfully submit the following Stipulation and Order for Extension of Time for Plaintiff Interior Electric Incorporated to File its Response to the TWC Defendants' Motion to Dismiss Second Amended Complaint [ECF No. 191]. The parties hereby stipulate and agree as follows:

WHEREAS, the TWC Defendants filed their Motion to Dismiss Second Amended Complaint [ECF No. 191] on March 16, 2020;

WHEREAS, Interior Electric's deadline to file a response to the Motion to Dismiss Second Amended Complaint is currently March 30, 2020;

MAC:14814-001 4014856_1 3/27/2020 1:09 PM

WHEREAS, due to the circumstances and complications from the COVID-19 pandemic, Interior Electric has requested additional time to file a response to the Motion to Dismiss Second Amended Complaint;

WHEREAS, the TWC Defendants have agreed to give Interior Electric up through and including April 6, 2020, by which to file a response to the Motion to Dismiss Second Amended Complaint;

WHEREAS, there are no other deadlines that are affected by this stipulation and proposed order that are presently known to the parties; and

WHEREAS, this stipulation is entered into in good faith and not for any improper purpose or to delay.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

MAC:14814-001 4014856_1 3/27/2020 1:09 PM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

1  THEREFORE, Interior Electric and the TWC Defendants hereby stipulate and agree that Interior Electric be allowed up through and including April 6, 2020, by which to file a response to the Motion to Dismiss Second Amended Complaint.

**IT IS SO STIPULATED.**

Dated this 27th day of March, 2020.

MARQUIS AURBACH COFFING

 /s/ Collin M. Jayne
By: Cody S. Mounteer, Esq.
    Nevada Bar No. 11220
    Chad F. Clement, Esq.
    Nevada Bar No. 12192
    Jared M. Moser, Esq.
    Nevada Bar No. 13003
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    cmounteer@maclaw.com
    cclement@maclaw.com
    jmoser@maclaw.com

LAW OFFICES OF PHILIP A. KANTOR, P.C.

Philip A. Kantor, Esq.
Nevada Bar No. 6701
1781 Village Center Circle, Suite 120
Las Vegas, Nevada 89134
prsak@aya.yale.edu

*Attorneys for Interior Electric Incorporated Nevada and Interior Electric Incorporated*

Dated this 27th day of March, 2020.

GREENE INFUSO, LLP

 /s/ Michael V. Infuso
By: Michael V. Infuso, Esq.
    Nevada Bar No. 7388
    Keith Barlow, Esq.
    Nevada Bar No. 12689
    Sean Kirby, Esq.
    Nevada Bar No. 14224
    3030 S. Jones Blvd., #101
    Las Vegas, NV 89146
    minfuso@greeneinfusolaw.com
    kbarlow@greeneinfusolaw.com
    skirby@greeneinfusolaw.com
*Attorneys for TWC, Matthew Ryba, Mark Wilmer, and Travelers Casualty and Surety Company of America*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: March 27, 2020.