Michael V. Infuso, Esq., Nevada Bar No. 7388
Keith W. Barlow, Esq., Nevada Bar No. 12689
Sean B. Kirby, Esq., Nevada Bar No. 14224
**GREENE INFUSO, LLP**
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146
Telephone: (702) 570-6000
Facsimile:  (702) 463-8401
E-mail: minfuso@greeneinfusolaw.com
        kbarlow@greeneinfusolaw.com
        skirby@greeneinfusolaw.com
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| INTERIOR ELECTRIC INCORPORATED NEVADA, a domestic corporation,<br><br>Plaintiff,<br><br>v.<br><br>T.W.C. CONSTRUCTION, INC., a Nevada corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation; MATTHEW RYBA, an individual; GUSTAVO BAQUERIZO, an individual; CLIFFORD ANDERSON, an individual; POWER UP ELECTRIC COMPANY, a Nevada limited liability company; PROLOGIS, L.P., a Delaware limited partnership; AML PROPERTIES, INC., a Nevada corporation; AML DEVELOPMENT 3, LLC, a Nevada limited liability corporation; LAPOUR PARTNERS, INC., a Nevada Corporation; DON FISHER, an individual; PHILCOR T.V. & ELECTRONIC LEASING, INC., a Nevada corporation, dba NEDCO; QED, INC., a Nevada corporation; TURTLE & HUGHES, Inc., a New Jersey corporation; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:18-CV-01118<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR TWC CONSTRUCTION, INC., MATTHEW RYBA, AND MARK WILMER TO FILE THEIR REPLY IN SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>**(Second Request)** |

Defendants T.W.C. Construction, Inc. ("TWC"), Matthew Ryba ("Ryba"), and Mark Wilmer ("Wilmer") (collectively referred to as "Defendants"), by and through their counsel of record, the law firm Greene Infuso, LLP, and Plaintiff Interior Electric Incorporated Nevada ("Interior Electric Nevada" or "Plaintiff"), by and through its counsel of record, the law firms of Marquis Aurbach Coffing and the Law Offices of Philip A. Kantor, P.C., hereby stipulate and agree as follows:

WHEREAS, Defendants filed their Motion to Dismiss Plaintiff's Second Amended Complaint ("Motion to Dismiss") [ECF No. 191] on March 16, 2020;

WHEREAS, Plaintiff filed its Response to Defendants' Motion to Dismiss [ECF No. 206] on April 6, 2020;

WHEREAS, Plaintiff and Defendants previously stipulated to extend the deadline for Defendants to file their Reply in Support of Motion to Dismiss ("Reply") from April 13, 2020, to April 27, 2020;

WHEREAS, Plaintiff has agreed to give Defendants up through and including May 4, 2020, in which to file their Reply;

WHEREAS, there are no other deadlines that are affected by this stipulation and proposed order that are presently known to the parties; and

WHEREAS, Defendants' counsel represents that the current deadline cannot reasonably be met because of the disruption caused by the COVID-19 pandemic, and due to an unexpected medical emergency affecting one of Greene Infuso's attorney's (Sean B. Kirby, Esq.) immediate family members which necessitated that attorney's absence beginning or about April 15, 2020, and which continue to necessitate that he misses work to meet his family responsibilities, he is unable to complete the Reply by April 27, 2020, and not for any improper purpose or to delay;

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

THEREFORE, Plaintiff and Defendants hereby stipulate and agree that Defendants have up through and including May 4, 2020 in which to file their Reply in support of their Motion to Dismiss Plaintiff's Second Amended Complaint.

DATED this 27th day of April, 2020.

**GREENE INFUSO, LLP**

 /s Michael V. Infuso
Michael V. Infuso, Esq.,
Nevada Bar No. 7388
Keith W. Barlow, Esq.,
Nevada Bar No. 12689
Sean B. Kirby, Esq.,
Nevada Bar No. 14224
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146

*Attorneys for T.W.C. Construction, Inc., Travelers Casualty and Surety Company of America, Matthew Ryba, and Mark Wilmer*

DATED this 27th day of April, 2020.

**MARQUIS AURBACH COFFING**

/s/ Chad F. Clement
Cody S. Mounteer, Esq.,
Nevada Bar No. 11220
Chad F. Clement, Esq.
Nevada Bar No. 12192
Kathleen A. Wilde, Esq.
Nevada Bar No. 12522
10001 Park Run Drive
Las Vegas, Nevada 89145

**LAW OFFICES OF PHILIP A. KANTOR, P.C.**
Philip A. Kantor, Esq.
Nevada Bar No. 6701
1781 Village Center Circle, Suite 120
Las Vegas, Nevada 89134

*Attorneys for Interior Electric*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

Dated: April 27, 2020.

3