FLOYD A. HALE, ESQ.
Nevada Bar No. 1873
JAMS
3800 Howard Hughes Pkwy, 11th Fl.
Las Vegas, NV 89169
Ph: (702) 457-5267
Fax: (702) 437-5267
*Special Master*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| INTERIOR ELECTRIC INCORPORATED NEVADA, a domestic corporation;<br><br>Plaintiff,<br><br>vs.<br><br>T.W.C. CONSTRUCTION, INC., a Nevada corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation; MATTHEW RYBA, an individual; GUSTAVO BAQUERIZO, an individual; CLIFFORD ANDERSON, an individual POWER UP ELECTRIC COMPANY, a Nevada corporation, dba POWER ON ELECTRIC COMPANY; BAMM ELECTRIC, LLC, a Nevada limited liability company; PROLOGIS, L.P., a Delaware limited partnership; AML PROPERTIES, INC., a Nevada corporation; AML DEVELOPMENT 3, LLC; a Nevada limited liability company; LAPOUR PARTNERS, INC., a Nevada corporation; DON FISHER, an individual; PHILCOR T.V. & ELECTRONIC LEASING, INC. a Nevada corporation; dba NEDCO; QED, INC., a Nevada corporation; TURTLE & HUGHES, INC. a New Jersey corporation; DOES 1-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants.<br>_______________<br>T.W.C. CONSTRUCTION, INC., a Nevada corporation, | Case No. 2:18-cv-01118-JAD-VCF<br><br>**SPECIAL MASTER ORDER DENYING PLAINTIFF'S MOTION FOR FEES AND COSTS FROM T.W.C. CONSTRUCTION, INC. RELATED TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER AS TO REQUESTS FOR ADMISSIONS** |

Counterclaimant, )
)
vs. )
)
INTERIOR ELECTRIC INCORPORATED )
NEVADA, a domestic corporation; INTERIOR )
ELECTRIC, INC., a California corporation; )
DOES 1-X, inclusive; and ROE CORPORATIONS )
1-X, inclusive, )
)
Counterdefendant. )
)

**SPECIAL MASTER ORDER DENYING PLAINTIFF'S MOTION FOR FEES AND COSTS FROM T.W.C. CONSTRUCTION, INC. RELATED TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER AS TO REQUESTS FOR ADMISSIONS**

This litigation involves claims for alleged breach of contract and claims for damages related to over 20 construction projects. Interior Electric is seeking contractual fees and damages related to breach of contract. T.W.C. Construction, Inc. is contesting those claims and also pursuing damages related to an alleged wrongful or improper filing by Interior Electric with the Nevada State Contractor's Board.

T.W.C. Construction submitted a discovery requests to Interior Electric, which included 599 Requests for Admissions. Interior Electric objected to the scope of the Requests for Admissions and sought a Protective Order from Magistrate Judge Cam Ferenbach. The matter was briefed before Judge Ferenbach who held the matter in abeyance or Stayed until issues as to the scope of the discovery were submitted to the Special Master. Other discovery matters were pending at that time, including the finalization of a **STIPULATION AND ORDER REGARDING ELECTRONIC DISCOVERY.** T.W.C. Construction also submitted a Motion to Compel More Complete Responses from Interior Electric as to Requests for Production of Documents and as to Interrogatories. Counsel for the parties are attempting to amicably resolve the issue as to Interrogatories and the Special Master has already now issued an Order regarding the Requests for Production of Documents.

Following Judge Ferenbach holding the matter in abeyance, counsel for the parties were working together attempting to finalize the **STIPULATION AND ORDER REGARDING ELECTRONIC DISCOVERY** which was relatively complicated because of the scope of this litigation and several hearings had already been conducted with the Special Master regarding those issues.

On December 11, 2019, counsel for T.W.C. Construction sent an email to Plaintiff's counsel, Michael Infuso, regarding revisions to the proposed **STIPULATION AND ORDER REGARDING ELECTRONIC DISCOVERY**. The email from Mr. Infuso included this comment:

> "Also, as far as our current dispute regarding TWC's requests for admissions, I am withdrawing them and will be reissuing an amended set in the interest of time and expense."

Interior Electric is seeking attorney fees for what it considers to have been a successful effort to obtain a Protective Order as to TWC's discovery. Interior Electric admits, however, that Judge Ferenbach did not issue an Order granting the Protective Order, but merely held the matter in abeyance or Stayed the matter to allow submission of issues to the Special Master. The matter was resolved when TWC's counsel agreed to withdraw the current admissions dispute and reissue its Requests for Admissions. Counsel for TWC does not acknowledge that considering the scope of the more than 20 construction projects involved in this litigation that the Requests for Admissions were unreasonable. Counsel for T.W.C. Construction acknowledged that he did not want his client to have to go through the expense of paying for the Special Master time and proceedings to resolve such a voluminous issue.

On March 13, 2020, T.W.C. Construction issued its Amended First Set of Requests for Admissions, lowering the number of Requests by almost 400. It was at that time, approximately four months after T.W.C. agreed to withdraw the discovery dispute that Plaintiff sought attorney fees related to the Plaintiff's Request for Protective Order. T.W.C. Construction's counsel indicates that had he known there was still going to be an issue regarding that discovery dispute, such as Plaintiff's request

for attorney fees, T.W.C Construction would not have withdrawn the dispute and agreed to spend the time and effort to reduce the number of requests.

Plaintiff's request for fees is supported by reference to FRCP 37(a)(5) for its successful obtaining of a Protective Order. **Judge Ferenbach did not actually issue an Order granting the Motion for Protective Order and did not issue a Protective Order.** Consequently, there is no authority to award attorney fees for the dispute that was amicably resolved without the granting or denial of the pending Motion.

IT IS ORDERED that the Plaintiff's Motion for Attorney Fees and Costs related to the its Motion for Protective Order regarding T.W.C. Construction's Request for Admissions is denied.

DATED this 9th day of June, 2020.

By: *_/s/ Floyd A. Hale_*
FLOYD A. HALE, Special Master
Nevada Bar No. 1873
3800 Howard Hughes Pkwy. 11th Fl.
Las Vegas, NV 89169

CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2020, I served a true and correct copy of the foregoing Notice and Order on parties listed below:

Chad Clement, Esq.
Cody Mounteer, Esq.
Jared Moser, Esq.
Collin Jayne, Esq.
Marquis Aurbach Coffing
10001 Park Run Drive
Las Vegas, NV 89145
Attorneys for Interior Electric, Inc.

Philip Kantor, Esq.
Las Offices of Philip Kantor
1781 Village Center Circle, Suite 120
Las Vegas, NV 89134
Attorneys for Interior Electric

Michael Infuso, Esq.
Keith Barlow, Esq.
Sean Kirby, Esq.
Greene Infuso LLP
3030 South Jones Blvd., Suite 101
Las Vegas, NV 89146
Attorneys for TWC Construction, Inc.; Travelers Casualty & Surety Co. of America; Matt Ryba; Mark Wilmer

Kurt Bonds, Esq.
Adam Knecht, Esq.
Trevor Waite, Esq.
Alverson Taylor & Sanders
6605 Grand Montecito Parkway, Suite 200
Las Vegas, NV 89149
Attorneys for Gustavo Baquerizo; BAMM Electric, LLC; Clifford Anderson

Robert Langford, Esq.
Matthew Rashbrook, Esq.
Robert L. Langford & Associates
616 South Eighth Street
Las Vegas, NV 89101
Attorneys for Gustavo Baquerizo

Leon Mead, Esq.
Sarah Mead Thomas, Esq.
Mead Law Group
7201 W. Lake Mead, Suite 550
Las Vegas, NV 89128
Attorneys for QED, Inc.

Aaron Shipley, Esq.
McDonald Carano
2300 West Sahara Ave., #1200
Las Vegas, NV 89102
Attorneys for Prologis, L.P.

John Henry Wright, Esq.
Christopher Phillips, Esq.
Philip Gerson, Esq.
Wright Law Group, P.C.
2340 Paseo Del Prado, Bldg. D, Suite 305
Las Vegas, NV 89102
Attorneys for Power Up Electric Company dba Power On Electric Company

Dale A. Hayes, Jr., Esq.
Hayes Law Firm
4735 South Durango Drive
Las Vegas, NV 89147
Attorneys for Clifford Anderson

By: */s/ Floyd A. Hale*
Floyd A. Hale