**Marquis Aurbach Coffing**
Cody S. Mounteer, Esq.
Nevada Bar No. 11220
Chad F. Clement, Esq.
Nevada Bar No. 12192
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
cmounteer@maclaw.com
cclement@maclaw.com

**Law Offices of Philip A. Kantor, P.C.**
Philip A. Kantor, Esq.
Nevada Bar No. 6701
1781 Village Center Circle, Suite 120
Las Vegas, Nevada 89134
Telephone: (702) 255-1300
Facsimile: (702) 256-6331
prsak@aya.yale.edu

*Attorneys for Interior Electric*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| INTERIOR ELECTRIC INCORPORATED NEVADA, a domestic corporation,<br><br>Plaintiff,<br><br>vs.<br><br>T.W.C. CONSTRUCTION, INC., a Nevada corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation; MATTHEW RYBA, an individual; GUSTAVO BAQUERIZO, an individual; CLIFFORD ANDERSON, an individual; POWER UP ELECTRIC COMPANY, a Nevada corporation, dba POWER ON ELECTRIC COMPANY; BAMM ELECTRIC LLC, a Nevada limited liability company; PROLOGIS, L.P., a Delaware limited partnership; AML PROPERTIES, INC., a Nevada corporation; AML DEVELOPMENT 3, LLC; a Nevada limited liability corporation; LAPOUR PARTNERS, INC., a Nevada corporation; DON FISHER, an individual; | Case Number: 2-18-cv-01118-JAD-VCF<br><br><br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR INTERIOR ELECTRIC RESPONSE TO TWC CONSTRUCTION, INC.'S OBJECTION TO SPECIAL MASTER'S ORDER REGARDING MOTION TO COMPEL**<br><br>**(First Request)** |

*MARQUIS AURBACH COFFING*
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

1  | PHILCOR T.V. & ELECTRONIC LEASING,
2  | INC., a Nevada corporation, dba NEDCO; QED,
   | INC., a Nevada corporation; TURTLE &
3  | HUGHES, Inc., a New Jersey corporation; DOES
   | I-X, inclusive; and ROE CORPORATIONS I-X,
4  | inclusive,

5  |                         Defendants.

6       Plaintiff and Counterdefendant Interior Electric Incorporated Nevada and Counterdefendant

7  Interior Electric Incorporated (collectively, "Interior Electric"), through the law firm of Marquis

8  Aurbach Coffing and the Law Offices of Philip A. Kantor, P.C.; Defendant and Counterclaimant

9  TWC Construction, Defendant Travelers Casualty and Surety Company of America, Defendant

10 Matthew Ryba, and Defendant Mark Wilmer (collectively, "TWC"), through the law firm of Green

11 Infuso, LLP, hereby stipulate and agree as follows:

12      WHEREAS, the Special Master issued an Order Regarding T.W.C. Construction, Inc.'s

13 Motion to Compel Plaintiff's Additional Responses to First Request for Production of Documents

14 and First Set of Interrogatories and Motion for Attorney Fees and Costs (ECF No. 231) on June 9,

15 2020;

16      WHEREAS, TWC filed its Objection to Special Master's Order Regarding Motion to

17 Compel (ECF No. 234) (the "Objection") on June 23, 2020;

18      WHEREAS, the deadline for any response to the Objection is currently July 7, 2020;

19      WHEREAS, Interior Electric intends to file a response to TWC's Objection, but requires

20 additional time due to holiday travel and other extenuating circumstances;

21      WHEREAS, TWC has agreed to give Interior Electric up to and including July 14, 2020, in

22 which to file its response to the Objection;

23      WHEREAS, there are no other deadlines that are affected by this stipulation and proposed

24 order that are presently known to the parties; and

25      WHEREAS, Interior Electric's counsel represents that the request for additional time is not

26 for any improper purpose or delay;

27 / / /

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711  FAX: (702) 382-5816

THEREFORE, Interior Electric and TWC hereby stipulate and agree that Interior Electric has up through and including July 14, 2020 in which to file a Response to TWC's Objection to Special Master's Order Regarding Motion to Compel (ECF No. 234).

Dated this _7th_ day of July, 2020.

MARQUIS AURBACH COFFING

By:_/s/Cody S. Mounteer_
    Cody S. Mounteer, Esq.
    Nevada Bar No. 11220
    Chad F. Clement, Esq.
    Nevada Bar No. 12192
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    cmounteer@maclaw.com
    cclement@maclaw.com
    *Attorneys for Plaintiff*

Dated this 7th day of July, 2020.

GREEN INFUSO, LLP

By:_/s/ Michael Infuso_
    Michael Infuso, Esq.
    Keith Barlow, Esq.
    Sean Kirby, Esq.
    3030 S. Jones Blvd., #101
    Las Vegas, NV  89146
    minfuso@greeneinfusolaw.com
    kbarlow@greeneinfusolaw.com
    skirby@greeneinfusolaw.com
    *Attorneys for TWC Construction; Travelers Casualty and Surety Company of America; Matthew Ryba*

**IT IS SO ORDERED**:

_____
United States District Judge
Dated: July 9, 2020.

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816