Leon F. Mead II, Esq.
Nevada Bar No. 5719
eMail: leon@meadlawgroup.com
Sarah Mead Thomas, Esq.
Nevada Bar No. 13725
eMail: sarah@meadlawgroup.com
**MEAD LAW GROUP LLP**
7201 W Lake Mead Blvd., Suite 550
Las Vegas, Nevada 89128
Tel: 702.745.4800
Fax: 702.745.4805

*Attorneys for Defendant*
QED, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| INTERIOR ELECTRIC INCORPORATED NEVADA, a domestic corporation,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>T.W.C. CONSTRUCTION, INC., a Nevada corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation; MATTHEW RYBA, an individual; MARK WILMER, an individual; GUSTAVO BAQUERIZO, an individual; CLIFFORD ANDERSON, an individual; POWER UP ELECTRIC COMPANY, a Nevada corporation, dba POWER ON ELECTRIC COMPANY; BAMM ELECTRIC LLC, a Nevada limited liability company; PROLOGIS, L.P., a Delaware limited partnership; PHILCOR T.V. & ELECTRONIC LEASING, INC., a Nevada corporation, dba NEDCO; QED, INC., a Nevada corporation; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>　　　　　　Defendants.<br><br>T.W.C. CONSTRUCTION, INC., a Nevada corporation,<br><br>　　　　　　Counterclaimant, | Case No.: 2:18-cv-01118-JAD-VCF<br><br>**STIPULATION AND ORDER TO DISMISS COMPLAINT AGAINST DEFENDANT QED, INC. ONLY**<br><br>ECF No. 238 |

Mead Law Group LLP
7201 W Lake Mead Blvd.,
Suite 550
Las Vegas, NV 89128
T. 702 745.4800
F/. 702.745.4805

STIPULATION AND ORDER TO DISMISS - 1

vs.

INTERIOR ELECTRIC INCORPORATED NEVADA, a domestic corporation; INTERIOR ELECTRIC, INC., a California corporation; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,

                Counterdefendants.

Pursuant to FRCP 41, Plaintiff Interior Electric Incorporated Nevada ("Interior Electric") and Defendant QED, Inc. ("QED") (collectively referred to herein as the "Parties"), hereby stipulate and agree to dismiss QED only from this action with prejudice, as the Parties have reached a settlement, and the Court has deemed the settlement to be a good faith settlement. *See* [Doc. 237]. It is so stipulated.

| MARQUIS AURBACH COFFING | MEAD LAW GROUP LLP |
|---|---|
| */s/ Cody S. Mounteer*<br>Cody S. Mounteer, Esq.<br>Nevada Bar No. 11220<br>Chad F. Clement, Esq.<br>Nevada Bar No. 12192<br>Jared M. Moser, Esq.<br>Nevada Bar No. 13003<br>Collin M. Jayne, Esq.<br>Nevada Bar No. 13899<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>*Attorneys for Interior Electric Incorporated Nevada* | */s/ Sarah M. Thomas*<br>Leon F. Mead II, Esq.<br>Nevada Bar No. 5719<br>Sarah M. Thomas, Esq.<br>Nevada Bar No. 13725<br>7201 W Lake Mead Blvd., Suite 550<br>Las Vegas, Nevada 89128<br>*Attorneys for QED, Inc.* |

## ORDER

Based on the stipulation between Interior Electric Incorporated Nevada and QED, Inc. **[ECF No. 238]**, which I construe as a joint motion under Local Rule 7-1(c) because it was signed by fewer than all the parties or their attorneys, and with good cause appearing, IT IS HEREBY ORDERED that ALL CLAIMS AGAINST QED, Inc. are DISMISSED with prejudice, each side to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 13, 2020