Michael V. Infuso, Esq., Nevada Bar No. 7388
Keith W. Barlow, Esq., Nevada Bar No. 12689
Sean B. Kirby, Esq., Nevada Bar No. 14224
**GREENE INFUSO, LLP**
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146
Telephone: (702) 570-6000
Facsimile:  (702) 463-8401
E-mail:  minfuso@greeneinfusolaw.com
kbarlow@greeneinfusolaw.com
skirby@greeneinfusolaw.com
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| INTERIOR ELECTRIC INCORPORATED NEVADA, a domestic corporation,<br><br>Plaintiff,<br><br>v.<br><br>T.W.C. CONSTRUCTION, INC., a Nevada corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation; MATTHEW RYBA, an individual; GUSTAVO BAQUERIZO, an individual; CLIFFORD ANDERSON, an individual; POWER UP ELECTRIC COMPANY, a Nevada limited liability company; PROLOGIS, L.P., a Delaware limited partnership; AML PROPERTIES, INC., a Nevada corporation; AML DEVELOPMENT 3, LLC, a Nevada limited liability corporation; LAPOUR PARTNERS, INC., a Nevada Corporation; DON FISHER, an individual; PHILCOR T.V. & ELECTRONIC LEASING, INC., a Nevada corporation, dba NEDCO; QED, INC., a Nevada corporation; TURTLE & HUGHES, Inc., a New Jersey corporation; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:18-CV-01118-JAD-VCF<br><br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TWC CONSTRUCTION, INC., TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, MATTHEW RYBA, AND MARK WILMER TO FILE THEIR ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>**(First Request)**<br><br><br>ECF No. 246 |

GREENE INFUSO, LLP
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146
(702) 570-6000

1

Defendants T.W.C. Construction, Inc. ("TWC"), Travelers Casualty and Surety Company of America ("Travelers"), Matthew Ryba ("Ryba"), and Mark Wilmer ("Wilmer") (collectively referred to as "Defendants"), by and through their counsel of record, the law firm Greene Infuso, LLP, and Plaintiff Interior Electric Incorporated Nevada ("Interior Electric Nevada" or "Plaintiff"), by and through its counsel of record, the law firms of Marquis Aurbach Coffing and the Law Offices of Philip A. Kantor, P.C., hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed their Second Amended Complaint [ECF No. 188] on March 2, 2020;

WHEREAS, this Court's Order denying Defendants' Motion to Dismiss ("Order"), filed on October 8, 2020, stated that "Defendants have until October 22, 2020, to answer" Plaintiff's Second Amended Complaint [ECF No. 244];

WHEREAS, Plaintiff has agreed to give Defendants up through and including October 29, 2020, in which to file their Answer to Plaintiff's Second Amended Complaint;

WHEREAS, there are no other deadlines affected by this stipulation that are presently known to the parties; and

WHEREAS, Defendants' counsel represents that this request is not for any improper purpose or to delay;

\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\

GREENE INFUSO, LLP
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146
(702) 570-6000

1    THEREFORE, Plaintiff and Defendants hereby stipulate and agree that Defendants have up

2  through and including October 29, 2020, in which to file their Answer to Plaintiff's Second

3  Amended Complaint.

4    DATED this 22nd day of October, 2020.          DATED this 22nd day of October, 2020.

**GREENE INFUSO, LLP**                            **MARQUIS AURBACH COFFING**

/s/ Keith W. Barlow                               /s/ Cody S. Mounteer
Michael V. Infuso, Esq.,                          Cody S. Mounteer, Esq.,
Nevada Bar No. 7388                               Nevada Bar No. 11220
Keith W. Barlow, Esq.,                            Chad F. Clement, Esq.
Nevada Bar No. 12689                              Nevada Bar No. 12192
Sean B. Kirby, Esq.,                              10001 Park Run Drive
Nevada Bar No. 14224                              Las Vegas, Nevada 89145
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146                           **LAW OFFICES OF PHILIP A. KANTOR, P.C.**
                                                  Philip A. Kantor, Esq.
*Attorneys for T.W.C. Construction, Inc.,*        Nevada Bar No. 6701
*Travelers Casualty and Surety Company of*        1781 Village Center Circle, Suite 120
*America, Matthew Ryba, and Mark Wilmer*          Las Vegas, Nevada 89134

                                                  *Attorneys for Interior Electric*


                                **IT IS SO ORDERED:**

                                _____
                                UNITED STATES DISTRICT JUDGE


                                DATED: _____10/22/2020_____

3