FLOYD A. HALE, ESQ.
Nevada Bar No. 1873
3800 Howard Hughes Pkwy, 11th Fl.
Las Vegas, NV 89169
Ph: (702) 457-5267
Fax: (702) 437-5267
*Special Master*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

INTERIOR ELECTRIC INCORPORATED NEVADA, a domestic corporation;

Plaintiff,

vs.

T.W.C. CONSTRUCTION, INC., a Nevada corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation; MATTHEW RYBA, an individual; GUSTAVO BAQUERIZO, an individual; CLIFFORD ANDERSON, an individual POWER UP ELECTRIC COMPANY, a Nevada corporation, dba POWER ON ELECTRIC COMPANY; BAMM ELECTRIC, LLC, a Nevada limited liability company; PROLOGIS, L.P., a Delaware limited partnership; AML PROPERTIES, INC., a Nevada corporation; AML DEVELOPMENT 3, LLC; a Nevada limited liability company; LAPOUR PARTNERS, INC., a Nevada corporation; DON FISHER, an individual; PHILCOR T.V. & ELECTRONIC LEASING, INC. a Nevada corporation; dba NEDCO; QED, INC., a Nevada corporation; TURTLE & HUGHES, INC. a New Jersey corporation; DOES 1-X, inclusive, and ROE CORPORATIONS I-X, inclusive,

Defendants.

T.W.C. CONSTRUCTION, INC., a Nevada corporation,

Counterclaimant,

Case No. 2:18-cv-01118-JAD-VCF

**SPECIAL MASTER ORDER PARTIALLY GRANTING T.W.C. CONSTRUCTION, INC.'S REQUEST FOR PROTECTIVE ORDER TO PRECLUDE PLAINTIFF FROM SERVING SUBPOENAS ATTACHED TO THE INTERIOR ELECTRIC NOTICE OF INTENT TO ISSUE SUBPOENAS FOR DOCUMENTS SERVED ON DECEMBER 28, 2020**

vs.

INTERIOR ELECTRIC INCORPORATED NEVADA, a domestic corporation; INTERIOR ELECTRIC, INC., a California corporation; DOES 1-X, inclusive; and ROE CORPORATIONS 1-X, inclusive,

Counterdefendant.

**SPECIAL MASTER ORDER PARTIALLY GRANTING T.W.C. CONSTRUCTION, INC.'S REQUEST FOR PROTECTIVE ORDER TO PRECLUDE PLAINTIFF FROM SERVING SUBPOENAS ATTACHED TO THE INTERIOR ELECTRIC NOTICE OF INTENT TO ISSUE SUPBOENAS FOR DOCUMENTS SERVED ON DECEMBER 28, 2020**

This litigation involves claims for alleged breach of contract and claims for damages related to over 20 construction projects. Interior Electric is seeking contractual fees and damages related to breach of contract. Interior Electric is also seeking damages related to the alleged unauthorized use and infringement of Interior Electric's Copyrighted Template. In an effort to investigate the alleged use of the Interior Electric Copyrighted Template, that party issued Subpoenas on the local municipalities: Henderson; City of North Las Vegas; City of Las Vegas; and Clark County.

Although the numbers are somewhat in dispute, it is alleged that the Subpoenas seek extensive documents related to 78 construction projects when only approximately 25 are the subject of this litigation. The Special Master issued a briefing notice regarding this issue; briefs were received and a Special Master Hearing was conducted on February 24, 2021, to allow argument from counsel.

The Special Master determined that it would allow the requested discovery seeking the documents for the projects actually named in this lawsuit. Although the projects, or line items in the pleadings, were in dispute, counsel for Interior Electric and counsel for T.W.C. Construction agreed to confer to advise the Special Master if an agreement could be reached as to the projects that are the subject of the litigation. Although there is still some dispute existing, the parties have agreed to a

number of projects that are within this lawsuit.

IT IS ORDERED that T.W.C. Construction may proceed to issue the Subpoenas for documents to the local municipalities for the specific projects that are the subject of this lawsuit.

IT IS FURTHER ORDERED that following receipt of those documents, Interior Electric is not precluded from seeking authority from the Special Master to obtain additional documents based upon what was produced during this initial production.

DATED: March 17, 2021.

By: */s/ Floyd A. Hale*
FLOYD A. HALE, Special Master
Nevada Bar No. 1873
3800 Howard Hughes Pkwy. 11th Fl.
Las Vegas, NV 89169

CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2021, I served a true and correct copy of the foregoing Notice on parties by email, to:

Philip Kantor, Esq.
Las Offices of Philip Kantor
1781 Village Center Circle, Suite 120
Las Vegas, NV 89134
Attorneys for Interior Electric

Chad Clement, Esq.
Cody Mounteer, Esq.
Jared Moser, Esq.
Collin Jayne, Esq.
Marquis Aurbach Coffing
10001 Park Run Drive
Las Vegas, NV 89145
Attorneys for Interior Electric, Inc.

Michael Infuso, Esq.
Keith Barlow, Esq.
Sean Kirby, Esq.
Greene Infuso LLP
3030 South Jones Blvd., Suite 101
Las Vegas, NV 89146
Attorneys for TWC Construction, Inc.; Travelers Casualty & Surety Co. of America; Matt Ryba; Mark Wilmer

Kurt Bonds, Esq.
Adam Knecht, Esq.
Trevor Waite, Esq.
Alverson Taylor & Sanders
6605 Grand Montecito Parkway, Suite 200
Las Vegas, NV 89149
Attorneys for Gustavo Baquerizo

Robert Langford, Esq.
Matthew Rashbrook, Esq.
Robert L. Langford & Associates
616 South Eighth Street
Las Vegas, NV 89101
Attorneys for Gustavo Baquerizo

Dale A. Hayes, Jr., Esq.
Hayes Law Firm
4735 South Durango Drive
Las Vegas, NV 89147
Attorneys for BAMM Electric, LLC; Clifford Anderson

Leon Mead, Esq.
Sarah Mead Thomas, Esq.
Mead Law Group
7201 W. Lake Mead, Suite 550
Las Vegas, NV 89128
Attorneys for QED, Inc.

Aaron Shipley, Esq.
McDonald Carano
2300 West Sahara Ave., #1200
Las Vegas, NV 89102
Attorneys for Prologis, L.P.

John Henry Wright, Esq.
Christopher Phillips, Esq.
Philip Gerson, Esq.
Wright Law Group, P.C.
2340 Paseo Del Prado, Bldg. D, Suite 305
Las Vegas, NV 89102
Attorneys for Power Up Electric Company dba Power On Electric Company

By: */s/ Debbie Holloman*
Employee of JAMS