**Marquis Aurbach Coffing**
Cody S. Mounteer, Esq.
Nevada Bar No. 11220
Chad F. Clement, Esq.
Nevada Bar No. 12192
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
cmounteer@maclaw.com
cclement@maclaw.com

**Law Offices of Philip A. Kantor, P.C.**
Philip A. Kantor, Esq.
Nevada Bar No. 6701
1781 Village Center Circle, Suite 120
Las Vegas, Nevada 89134
Telephone: (702) 255-1300
Facsimile: (702) 256-6331
prsak@aya.yale.edu

*Attorneys for Interior Electric*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| INTERIOR ELECTRIC INCORPORATED NEVADA, a domestic corporation,<br><br>Plaintiff,<br><br>vs.<br><br>T.W.C. CONSTRUCTION, INC., a Nevada corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation; MATTHEW RYBA, an individual; GUSTAVO BAQUERIZO, an individual; CLIFFORD ANDERSON, an individual; POWER UP ELECTRIC COMPANY, a Nevada corporation, dba POWER ON ELECTRIC COMPANY; BAMM ELECTRIC LLC, a Nevada limited liability company; PROLOGIS, L.P., a Delaware limited partnership; AML PROPERTIES, INC., a Nevada corporation; AML DEVELOPMENT 3, LLC; a Nevada limited liability corporation; LAPOUR PARTNERS, INC., a Nevada corporation; DON FISHER, an individual; | Case Number: 2-18-cv-01118-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND OPPOSITION DEADLINE TO ECF. 259 TWC CONSTRUCTION'S MOTION TO DISQUALIFY COUNSEL** |

| | |
|---|---|
| 1 | PHILCOR T.V. & ELECTRONIC LEASING, |
| 2 | INC., a Nevada corporation, dba NEDCO; QED, INC., a Nevada corporation; TURTLE & |
| 3 | HUGHES, Inc., a New Jersey corporation; DOES I-X, inclusive; and ROE CORPORATIONS I-X, |
| 4 | inclusive, |

Defendants.

## STIPULATION AND ORDER TO EXTEND OPPOSITION DEADLINE TO ECF. 259 TWC CONSTRUCTION'S MOTION TO DISQUALIFY COUNSEL

It is hereby stipulated and agreed by and between Plaintiff and Counterdefendant Interior Electric Incorporated Nevada and Counterdefendant Interior Electric Incorporated, through the law firm of Marquis Aurbach Coffing and the Law Offices of Philip A. Kantor, P.C.; Defendant and Counterclaimant TWC Construction, Defendant Travelers Casualty and Surety Company of America, Defendant Matthew Ryba, and Defendant Mark Wilmer, through the law firm of Green Infuso, LLP; (collectively, "Parties"), hereby submit this joint stipulation to extend the deadline to file Interior Electric Incorporated Nevada's Opposition to TWC Construction, Inc.'s Motion to Disqualify Counsel.

Accordingly, the parties hereby stipulate and agree as follows:

1. Defendant TWC Construction's Motion to Disqualify Counsel was filed on May 10, 2021;

2. The deadline for Plaintiff Interior Electric Incorporated Nevada's Opposition to Defendant's Motion to Disqualify Counsel which is currently May 24th, 2021, shall be extended to and include June 1, 2021.

/ / /

/ / /

/ / /

/ / /

MAC:14814-001 4370849_1 5/21/2021 10:46 AM

3.  The deadline for TWC Construction's Reply in Support of Motion to Disqualify Counsel shall be due on June 8, 2021.

**IT IS SO STIPULATED.**

Dated this 21st day of May, 2021.

MARQUIS AURBACH COFFING

By: */s/Cody S. Mounteer*
 Cody S. Mounteer, Esq.
 Nevada Bar No. 11220
 Chad F. Clement, Esq.
 Nevada Bar No. 12192
 10001 Park Run Drive
 Las Vegas, Nevada 89145
 cmounteer@maclaw.com
 cclement@maclaw.com
 *Attorneys for Plaintiff*

Dated this 21st day of May, 2021.

GREEN INFUSO, LLP

By: */s/Michael V. Infuso*
 Michael Infuso, Esq.
 Keith Barlow, Esq.
 Sean Kirby, Esq.
 3030 S. Jones Blvd., #101
 Las Vegas, NV 89146
 minfuso@greeninfusolaw.com
 kbarlow@greeninfusolaw.com
 skirby@greeninfusolaw.com
 *Attorneys for TWC Construction; Travelers Casualty and Surety Company of America; Matthew Ryba*

**ORDER**

IT IS SO ORDERED:

_____

DATED: 5-24-2021

END OF STIPULATION AND ORDER