FLOYD A. HALE, ESQ.
Nevada Bar No. 1873
3800 Howard Hughes Pkwy, 11th Fl.
Las Vegas, NV 89169
Ph: (702) 457-5267
Fax: (702) 437-5267
*Special Master*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

INTERIOR ELECTRIC INCORPORATED NEVADA, a domestic corporation;

Plaintiff,

vs.

T.W.C. CONSTRUCTION, INC., a Nevada corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation; MATTHEW RYBA, an individual; GUSTAVO BAQUERIZO, an individual; CLIFFORD ANDERSON, an individual POWER UP ELECTRIC COMPANY, a Nevada corporation, dba POWER ON ELECTRIC COMPANY; BAMM ELECTRIC, LLC, a Nevada limited liability company; PROLOGIS, L.P., a Delaware limited partnership; AML PROPERTIES, INC., a Nevada corporation; AML DEVELOPMENT 3, LLC; a Nevada limited liability company; LAPOUR PARTNERS, INC., a Nevada corporation; DON FISHER, an individual; PHILCOR T.V. & ELECTRONIC LEASING, INC. a Nevada corporation; dba NEDCO; QED, INC., a Nevada corporation; TURTLE & HUGHES, INC. a New Jersey corporation; DOES 1-X, inclusive, and ROE CORPORATIONS I-X, inclusive,

Defendants.

---

T.W.C. CONSTRUCTION, INC., a Nevada corporation,

Counterclaimant,

Case No. 2:18-cv-01118-JAD-VCF

**SPECIAL MASTER ORDER**

| | |
|---|---|
| vs.<br><br>INTERIOR ELECTRIC INCORPORATED NEVADA, a domestic corporation; INTERIOR ELECTRIC, INC., a California corporation; DOES 1-X, inclusive; and ROE CORPORATIONS 1-X, inclusive,<br><br>Counterdefendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**SPECIAL MASTER ORDER**

Interior Electric provides electrical services, including design-build services as the electrical subcontractor on construction projects. The Interior Electric claims in this litigation include allegations that the Defendants infringed the copyrighted-protected electric designs created by Interior Electric. Interior Electric also alleges that the Defendants, in violation of copyright protection, shared Interior Electric work product with competitors.

Previously, Interior Electric subpoenaed documents from various governmental entities seeking electric plans submitted for projects by T.W.C. Construction. The documents were sought by Interior Electric to determine if the documents were evidence that T.W.C. Construction was infringing upon the copyrighted-protected designs of Interior Electric. In response to a Motion for Protective Order, a Special Master Order was entered on March 17, 2021, limiting the use of the Subpoenas to obtain documents for the specific projects that are the subject of this lawsuit. That Order, however, indicated:

> "IT IS FURTHER ORDERED that following receipt of those documents, Interior Electric is not precluded from seeking authority from the Special Master to obtain additional documents based upon what was produced during this initial production."

After receipt of the initial documents that were the subject of Subpoenas, Interior Electric sought the authority to seek documents through the use of Subpoenas for other construction projects involving T.W.C Construction. Interior Electric argued that the documents already produced show that T.W.C

Construction copied copyright-protected electric plans of Interior Electric or created derivative electrical plans from copyrighted-protected Interior Electric plans. Interior Electric did produce a number of electrical plans submitted by T.W.C. Construction that appeared to be copies of Interior Electric plans or derivative of Interior Electric plans with the Interior Electric logo missing.

It should be noted that the Special Master does not make any FINDING as to the validity of Interior Electric's claims as to copyright infringement. Interior Electric has made a sufficient showing that there may be additional electrical plans created or submitted for projects by T.W.C. Construction that are discoverable for review by Interior Electric. As argued by T.W.C. Construction, these electrical plans may just contain general electrical plans that are standard in the electrical industry and are not unique. I do FIND that these documents WHICH HAVE ALREADY BEEN PRODUCED BY THE GOVERNMENTAL ENTITIES should be available to all parties.

T.W.C. Construction argues that these documents are not relevant to the projects referenced in the Complaint and that it is too late to amend the Complaint. The subpoenas where served in December, 2020. The use was then subject to a Motion for Protective Order which required briefing by the Special Master. Then the Special Master Order only allowed the use of some of the documents related to projects reference in the Complaint. After reviewing those documents briefing was required to consider the authority of Interior Electric to seek the additional documents that are subject of this Special Master Order. The subpoenas were served six months before the close of discovery. Without a trial date there is no prejudice to the production at this time. Issues regarding additional discovery related to these documents will be considered by the Special Master, if necessary.

IT IS ORDERED THAT the documents produced by the third parties in response to the subpoenas at issue are to be provided to all parties;

IT IS FURTHER ORDERED THAT the parties shall have 30 days from the filing of this Special Master Order to submit objections to the District Court.

DATED: August 27, 2021.

By: */s/ Floyd A. Hale*
FLOYD A. HALE, Special Master
Nevada Bar No. 1873
3800 Howard Hughes Pkwy. 11th Fl.
Las Vegas, NV 89169

CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2021, I served a true and correct copy of the foregoing Notice and Order on parties listed below:

Chad Clement, Esq.
Cody Mounteer, Esq.
Jared Moser, Esq.
Collin Jayne, Esq.
Marquis Aurbach Coffing
10001 Park Run Drive
Las Vegas, NV 89145
Attorneys for Interior Electric, Inc.

Philip Kantor, Esq.
Las Offices of Philip Kantor
1781 Village Center Circle, Suite 120
Las Vegas, NV 89134
Attorneys for Interior Electric

Michael Infuso, Esq.
Keith Barlow, Esq.
Sean Kirby, Esq.
Greene Infuso LLP
3030 South Jones Blvd., Suite 101
Las Vegas, NV 89146
Attorneys for TWC Construction, Inc.; Travelers Casualty & Surety Co. of America; Matt Ryba; Mark Wilmer

Kurt Bonds, Esq.
Adam Knecht, Esq.
Trevor Waite, Esq.
Alverson Taylor & Sanders
6605 Grand Montecito Parkway, Suite 200
Las Vegas, NV 89149
Attorneys for Gustavo Baquerizo; BAMM Electric, LLC; Clifford Anderson

Leon Mead, Esq.
Sarah Mead Thomas, Esq.
Mead Law Group
7201 W. Lake Mead, Suite 550
Las Vegas, NV 89128
Attorneys for QED, Inc.

Aaron Shipley, Esq.
McDonald Carano
2300 West Sahara Ave., #1200
Las Vegas, NV 89102
Attorneys for Prologis, L.P.

Dale A. Hayes, Jr., Esq.
Hayes Law Firm
4735 South Durango Drive
Las Vegas, NV 89147
Attorneys for Clifford Anderson

John Henry Wright, Esq.
Christopher Phillips, Esq.
Philip Gerson, Esq.
Wright Law Group, P.C.
2340 Paseo Del Prado, Bldg. D, Suite 305
Las Vegas, NV 89102
Attorneys for Power Up Electric Company dba
Power On Electric Company

Brian Boschee, Esq.
Sean E. Story, Esq.
Holly Driggs Walch Fine Wray
Puzey & Thompson
400 South 4th Street, 3rd Floor
Las Vegas, NV 89101
Attorneys for PhilCor T.V. & Electronic
Leasing, Inc. dba NEDCO

By: */s/ Floyd A. Hale*
Floyd A. Hale
Special Master