**Marquis Aurbach Coffing**
Cody S. Mounteer, Esq.
Nevada Bar No. 11220
Chad F. Clement, Esq.
Nevada Bar No. 12192
Jared M. Moser, Esq.
Nevada Bar No. 13003
Collin M. Jayne, Esq.
Nevada Bar No. 13899
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
cmounteer@maclaw.com
cclement@maclaw.com
jmoser@maclaw.com
cjayne@maclaw.com

**Law Offices of Philip A. Kantor, P.C.**
Philip A. Kantor, Esq.
Nevada Bar No. 6701
1781 Village Center Circle, Suite 120
Las Vegas, Nevada 89134
Telephone: (702) 255-1300
Facsimile: (702) 256-6331
prsak@aya.yale.edu

*Attorneys for Interior Electric Incorporated Nevada and Interior Electric Incorporated*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| INTERIOR ELECTRIC INCORPORATED NEVADA, a domestic corporation,<br><br>                          Plaintiff,<br><br>     vs.<br><br>T.W.C. CONSTRUCTION, INC., a Nevada corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation; MATTHEW RYBA, an individual; GUSTAVO BAQUERIZO, an individual; CLIFFORD ANDERSON, an individual; POWER UP ELECTRIC COMPANY, a Nevada corporation, dba POWER ON ELECTRIC COMPANY; BAMM | Case No. 2:18-cv-01118-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE ON INTERIOR ELECTRIC'S RESPONSE TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>**[FIRST REQUEST]** |

Page 1

| | |
|---|---|
| ELECTRIC LLC, a Nevada limited liability company; PROLOGIS, L.P., a Delaware limited partnership; AML PROPERTIES, INC., a Nevada corporation; AML DEVELOPMENT 3, LLC; a Nevada limited liability corporation; LAPOUR PARTNERS, INC., a Nevada corporation; DON FISHER, an individual; PHILCOR T.V. & ELECTRONIC LEASING, INC., a Nevada corporation, dba NEDCO; QED, INC., a Nevada corporation; TURTLE & HUGHES, Inc., a New Jersey corporation; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive, | |
| Defendants. | |
| T.W.C. CONSTRUCTION, INC., a Nevada corporation, | |
| Counterclaimant, | |
| vs. | |
| INTERIOR ELECTRIC INCORPORATED NEVADA, a domestic corporation; INTERIOR ELECTRIC, INC., a California corporation; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive, | |
| Counterdefendants. | |

Plaintiff and Counterdefendant Interior Electric Incorporated Nevada and Counterdefendant Interior Electric Incorporated, through the law firm of Marquis Aurbach Coffing and the Law Offices of Philip A. Kantor, P.C., Defendant and Counterclaimant TWC Construction, Inc., Defendant Matthew Ryba, and Defendant Mark Wilmer, through the law firm of Green Infuso, LLP, (collectively, "Parties"), hereby stipulate and agree as follows:

1. Defendants TWC Construction, Inc., Matthew Ryba, and Mark Wilmer's Motion for Judgment on the Pleadings [ECF No. 275] was filed on November 2, 2021;

2. The deadline for Interior Electric to file a response to that motion [ECF No. 275], is currently November 16, 2021;

3. This is the first stipulation for an extension of time to respond to the motion for judgment on the pleadings [ECF No. 275];

Page 2

4. The requested extension is needed due to Interior Electric's counsel's illness and subsequent pre-planned business-related trip, both of which occurred during the opposition period.

5. Accordingly, the Parties stipulate and agree to extend the deadline for Interior Electric's response to Defendants' Motion for Judgment on the Pleadings to November 23, 2021.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

6.	This stipulation for extension is made in good faith and necessary to provide additional time for preparation of the response, and not for any improper purpose or to delay.

**IT IS SO STIPULATED.**

Dated this 15th day of November, 2021.  			Dated this 15th day of November, 2021.

MARQUIS AURBACH COFFING				GREEN INFUSO, LLP

By: */s/ Chad F. Clement*				By: */s/ Keith Barlow*
　　Cody S. Mounteer, Esq.				　　Michael Infuso, Esq.
　　Nevada Bar No. 11220				　　Keith Barlow, Esq.
　　Chad F. Clement, Esq.				　　Sean Kirby, Esq.
　　Nevada Bar No. 12192				　　3030 S. Jones Blvd., #101
　　Jared M. Moser, Esq.				　　Las Vegas, NV  89146
　　Nevada Bar No. 13003				　　minfuso@greeninfusolaw.com
　　Collin M. Jayne, Esq.				　　kbarlow@greeneinfusolaw.com
　　Nevada Bar No. 13899				　　skirby@greeneinfusolaw.com
　　10001 Park Run Drive				　　*Attorneys for TWC Construction; Travelers Casualty and Surety Company of America; Matthew Ryba*
　　Las Vegas, Nevada 89145

**Law Offices of Philip A. Kantor, P.C.**
Philip A. Kantor, Esq.
Nevada Bar No. 6701
1781 Village Center Circle, Suite 120
Las Vegas, Nevada 89134
Attorneys for Interior Electric Incorporated Nevada and Interior Electric Incorporated

**ORDER**

IT IS SO ORDERED:

_____
U.S. District Judge Jennifer A. Dorsey
Dated: November 17, 2021
Nunc pro tunc to 11/16/2021