1   Michael V. Infuso, Esq., Nevada Bar No. 7388
    Keith W. Barlow, Esq., Nevada Bar No. 12689
2   Sean B. Kirby, Esq., Nevada Bar No. 14224
    **GREENE INFUSO, LLP**
3   3030 South Jones Boulevard, Suite 101
    Las Vegas, Nevada 89146
4   Telephone: (702) 570-6000
    Facsimile: (702) 463-8401
5   E-mail: minfuso@greeneinfusolaw.com
    kbarlow@greeneinfusolaw.com
6   skirby@greeneinfusolaw.com
    Attorneys for Defendants
7

8                    **UNITED STATES DISTRICT COURT**

9                          **DISTRICT OF NEVADA**

10

11  INTERIOR ELECTRIC INCORPORATED          Case No. 2:18-CV-01118
    NEVADA, a domestic corporation,
12
                            Plaintiff,
13
    v.                                       **STIPULATION AND ORDER TO
14                                            EXTEND TIME FOR DEFENDANTS
    T.W.C. CONSTRUCTION, INC., a Nevada       TWC CONSTRUCTION, INC.,
15  corporation; TRAVELERS CASUALTY           MATTHEW RYBA, AND MARK
    AND    SURETY    COMPANY     OF           WILMER TO FILE A
16  AMERICA,   a  Connecticut  corporation;   REPLY IN SUPPORT OF THEIR
    MATTHEW     RYBA,    an   individual;     MOTION FOR JUDGMENT ON THE
17  GUSTAVO BAQUERIZO, an individual;         PLEADINGS**
    CLIFFORD  ANDERSON,   an  individual;
18  POWER UP ELECTRIC COMPANY, a              **(First Request)**
    Nevada   limited   liability   company;
19  PROLOGIS, L.P., a Delaware limited
    partnership; AML PROPERTIES, INC., a
20  Nevada       corporation;       AML       ECF No. 281
    DEVELOPMENT 3, LLC, a Nevada limited
21  liability    corporation;    LAPOUR
    PARTNERS, INC., a Nevada Corporation;
22  DON FISHER, an individual; PHILCOR
    T.V. & ELECTRONIC LEASING, INC., a
23  Nevada corporation, dba NEDCO; QED,
    INC., a Nevada corporation; TURTLE &
24  HUGHES, Inc., a New Jersey corporation;
    DOES    I-X,    inclusive;    and   ROE
25  CORPORATIONS I-X, inclusive,

26                          Defendants.

27

28

                                    1

1   Defendants T.W.C. Construction, Inc. ("TWC"), Matthew Ryba ("Ryba"), and Mark
2   Wilmer ("Wilmer") (collectively referred to as "Defendants"), by and through their counsel of
3   record, the law firm Greene Infuso, LLP, and Plaintiff Interior Electric Incorporated Nevada
4   ("Interior Electric Nevada" or "Plaintiff"), by and through its counsel of record, the law firms of
5   Marquis Aurbach Coffing and the Law Offices of Philip A. Kantor, P.C., hereby stipulate and agree
6   as follows:

7   WHEREAS, Defendants filed their Motion for Judgment on the Pleadings ("Motion") [ECF
8   No. 275] on November 2, 2021;

9   WHEREAS, Plaintiff and Defendants previously stipulated to extend the deadline for
10  Plaintiff's Response to the Motion ("Stipulation for Response") from November 16, 2021, to
11  November 23, 2021;

12  WHEREAS, the current deadline for Defendants to file their reply in support of the Motion
13  ("Reply") is November 30, 2021;

14  WHEREAS, Plaintiff has agreed to give Defendants up through and including December 7,
15  2021, in which to file their Reply;

16  WHEREAS, there are no other deadlines that are affected by this stipulation and proposed
17  order that are presently known to the parties; and

18  WHEREAS, this stipulation is not entered into for any improper purpose or to delay;

19  \ \ \
20  \ \ \
21  \ \ \
22  \ \ \
23  \ \ \
24  \ \ \
25  \ \ \
26  \ \ \
27  \ \ \
28  \ \ \

GREENE INFUSO, LLP
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146
(702) 570-6000

2

THEREFORE, Plaintiff and Defendants hereby stipulate and agree that Defendants have up through and including December 7, 2021in which to file their Reply in support of their Motion.

DATED this 23rd day of November, 2021.

**GREENE INFUSO, LLP**

/s Keith W. Barlow
Michael V. Infuso, Esq.,
Nevada Bar No. 7388
Keith W. Barlow, Esq.,
Nevada Bar No. 12689
Sean B. Kirby, Esq.,
Nevada Bar No. 14224
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146

*Attorneys for T.W.C. Construction, Inc.,
Travelers Casualty and Surety Company of
America, Matthew Ryba, and Mark Wilmer*

DATED this 23rd day of November, 2021.

**MARQUIS AURBACH COFFING**

/s/ Chad F. Clement
Cody S. Mounteer, Esq.,
Nevada Bar No. 11220
Chad F. Clement, Esq.
Nevada Bar No. 12192
Kathleen A. Wilde, Esq.
Nevada Bar No. 12522
10001 Park Run Drive
Las Vegas, Nevada 89145

**LAW OFFICES OF PHILIP A. KANTOR, P.C.**
Philip A. Kantor, Esq.
Nevada Bar No. 6701
1781 Village Center Circle, Suite 120
Las Vegas, Nevada 89134

*Attorneys for Interior Electric*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED:  December 13, 2021, nunc
pro tunc to November 30, 2021

GREENE INFUSO, LLP
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146
(702) 570-6000

3