FLOYD A. HALE, ESQ.
Nevada Bar No. 1873
7160 Rafael Rivera Way, Suite 400
Las Vegas, NV 89113
Ph: (702) 457-5267
Fax: (702) 437-5267
*Special Master*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

INTERIOR ELECTRIC INCORPORATED NEVADA, a domestic corporation;

Plaintiff,

vs.

T.W.C. CONSTRUCTION, INC., a Nevada corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation; MATTHEW RYBA, an individual; GUSTAVO BAQUERIZO, an individual; CLIFFORD ANDERSON, an individual POWER UP ELECTRIC COMPANY, a Nevada corporation, dba POWER ON ELECTRIC COMPANY; BAMM ELECTRIC, LLC, a Nevada limited liability company; PROLOGIS, L.P., a Delaware limited partnership; AML PROPERTIES, INC., a Nevada corporation; AML DEVELOPMENT 3, LLC; a Nevada limited liability company; LAPOUR PARTNERS, INC., a Nevada corporation; DON FISHER, an individual; PHILCOR T.V. & ELECTRONIC LEASING, INC. a Nevada corporation; dba NEDCO; QED, INC., a Nevada corporation; TURTLE & HUGHES, INC. a New Jersey corporation; DOES 1-X, inclusive, and ROE CORPORATIONS I-X, inclusive,

Defendants.

---

T.W.C. CONSTRUCTION, INC., a Nevada corporation,

Counterclaimant,

Case No. 2:18-cv-01118-JAD-VCF

**SPECIAL MASTER REPORT**

vs.

INTERIOR ELECTRIC INCORPORATED NEVADA, a domestic corporation; INTERIOR ELECTRIC, INC., a California corporation; DOES 1-X, inclusive; and ROE CORPORATIONS 1-X, inclusive,

Counterdefendant.

## SPECIAL MASTER REPORT

This litigation involves claims for alleged breach of contract and claims for damages related to over twenty construction projects. Interior Electric is seeking contractual fees and damages related to breach of contract. T.W.C. Construction, Inc. is contesting those claims and also pursuing damages related to an alleged wrongful or improper filing by Interior Electric with the Nevada State Contractor's Board.

A Special Master hearing was conducted on August 23, 2022. At that time discovery was on track pursuant to the Case Agenda, with rebuttal expert reports provided by August 19, 2022. The current discovery cut-off date is November 14, 2022. A Special Master hearing will be conducted in early October 2022 to again review the status of discovery.

DATED: August 23, 2022.

By: */s/ Floyd A. Hale*
FLOYD A. HALE, Special Master
Nevada Bar No. 1873
7160 Rafael Rivera Way, Suite 400.
Las Vegas, NV 89113

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2022, I served a true and correct copy of the foregoing Special Master Report on parties listed below by eservice in this litigation.:

Chad Clement, Esq.
Cody Mounteer, Esq.
Jared Moser, Esq.
Collin Jayne, Esq.
Marquis Aurbach Coffing
10001 Park Run Drive
Las Vegas, NV 89145
Attorneys for Interior Electric, Inc.

Philip Kantor, Esq.
Las Offices of Philip Kantor
1781 Village Center Circle, Suite 120
Las Vegas, NV 89134
Attorneys for Interior Electric

Michael Infuso, Esq.
Keith Barlow, Esq.
Sean Kirby, Esq.
Greene Infuso LLP
3030 South Jones Blvd., Suite 101
Las Vegas, NV 89146
Attorneys for TWC Construction, Inc.; Travelers Casualty & Surety Co. of America; Matt Ryba; Mark Wilmer

Adam Knecht, Esq.
Jessica Renneker, Esq
Lex Tecnica
10161 Park Run Drive, Suite 150
Las Vegas,NV 89144
Attorneys for Gustavo Baquerizo; BAMM Electric, LLC; Clifford Anderson

Chad Clement, Esq.
Aaron Shipley, Esq.
McDonald Carano
2300 West Sahara Ave., #1200
Las Vegas, NV 89102
Attorneys for Prologis, L.P.

Dale A. Hayes, Jr., Esq.
Hayes Law Firm
4735 South Durango Drive
Las Vegas, NV 89147
Attorneys for Clifford Anderson

By: */s/ Floyd A. Hale*
Floyd A. Hale