FLOYD A. HALE, ESQ.
Nevada Bar No. 1873
7160 Rafael Rivera Way, Suite 400
Las Vegas, NV 89113
Ph: (702) 457-5267
Fax: (702) 437-5267
*Special Master*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

INTERIOR ELECTRIC INCORPORATED NEVADA, a domestic corporation;

Plaintiff,

vs.

T.W.C. CONSTRUCTION, INC., a Nevada corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation; MATTHEW RYBA, an individual; GUSTAVO BAQUERIZO, an individual; CLIFFORD ANDERSON, an individual POWER UP ELECTRIC COMPANY, a Nevada corporation, dba POWER ON ELECTRIC COMPANY; BAMM ELECTRIC, LLC, a Nevada limited liability company; PROLOGIS, L.P., a Delaware limited partnership; AML PROPERTIES, INC., a Nevada corporation; AML DEVELOPMENT 3, LLC; a Nevada limited liability company; LAPOUR PARTNERS, INC., a Nevada corporation; DON FISHER, an individual; PHILCOR T.V. & ELECTRONIC LEASING, INC. a Nevada corporation; dba NEDCO; QED, INC., a Nevada corporation; TURTLE & HUGHES, INC. a New Jersey corporation; DOES 1-X, inclusive, and ROE CORPORATIONS I-X, inclusive,

Defendants.

T.W.C. CONSTRUCTION, INC., a Nevada corporation,

Case No. 2:18-cv-01118-JAD-MDC

**SPECIAL MASTER REPORT and SPECIAL MASTER ORDER**

Counterclaimant, )
)
vs. )
)
INTERIOR ELECTRIC INCORPORATED NEVADA, a domestic corporation; INTERIOR ELECTRIC, INC., a California corporation; DOES 1-X, inclusive; and ROE CORPORATIONS 1-X, inclusive, )
)
Counterdefendant. )

## SPECIAL MASTER REPORT and SPECIAL MASTER ORDER

This litigation involves claims for alleged breach of contract and claims for damages related to over twenty construction projects. Interior Electric is seeking contractual fees and damages related to breach of contract. T.W.C. Construction, Inc. is contesting those claims and also pursuing damages related to an alleged wrongful or improper filing by Interior Electric with the Nevada State Contractor's Board on July 29, 2022.

A Special Master Hearing was conducted on July 2, 2024, to review the status of discovery. The parties advised that discovery is not concluded regarding depositions. An individual representative and a "personal most knowledgeable" representative for Interior Electric has not been deposed. There is an additional witness for Interior Electric that also has to have a deposition concluded. Finally, a representative of Prologis, Fritz Wyler, has a deposition currently scheduled for July 31, 2024. For that reason, the Special Master is issuing an Order reopening discovery which will then be reviewed during the next Special Master Hearing. Finally, there is a pending issue regarding a Motion to Compel. That Motion is still in the process of being briefed and submitted to the Special Master which also requires an extension of the discovery cutoff date. The current briefing for that Motion proceeds through July 19, 2024, for a reply brief so the next Special Master wil probably be set in late July or early August, 2024.

IT IS ORDERED that:

1. The briefing for the pending discovery issue involving Interior Electric and TWC Construction is as follows: Opposition Brief due 7/12/24 and Reply Brief due July 19, 2024;

2. That due to the pending discovery issue and witness depositions scheduling, discovery is reopened until further Order of the Special Master.

DATED: July 2, 2024.

By: */s/ Floyd A. Hale*
FLOYD A. HALE, Special Master
Nevada Bar No. 1873
7160 Rafael Rivera Way, Suite 400.
Las Vegas, NV 89113

CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2024, I filed a true and correct copy of the foregoing Special Master Order, serving that Order on parties listed below:

Chad Clement, Esq.
Cody Mounteer, Esq.
Jared Moser, Esq.
Collin Jayne, Esq.
Marquis Aurbach Coffing
10001 Park Run Drive
Las Vegas, NV 89145
Attorneys for Interior Electric, Inc.

Philip Kantor, Esq.
Mark Beverly, Esq.
Las Offices of Philip Kantor
1781 Village Center Circle, Suite 120
Las Vegas, NV 89134
Attorneys for Interior Electric

Michael Infuso, Esq.
Keith Barlow, Esq.
Sean Kirby, Esq.
Greene Infuso LLP
3030 South Jones Blvd., Suite 101
Las Vegas, NV 89146

Adam Knecht, Esq.
Hall & Evans LLC
1160 North Town Center Drive
Las Vegas,NV 89144
Attorneys for Gustavo Baquerizo; BAMM Electric, LLC; Clifford Anderson

Kurt Bonds, Esq.
Trevor Waite, Esq.
Alverson Taylor & Sanders
6605 Grand Montecito Parkway, Suite 200
Las Vegas, NV 89149
Attorneys for Gustavo Baquerizo; BAMM Electric, LLC; Clifford Anderson

Aaron Shipley, Esq.
McDonald Carano
2300 West Sahara Ave., #1200
Las Vegas, NV 89102
Attorneys for Prologis, L.P.

Dale A. Hayes, Jr., Esq.
Hayes Law Firm
4735 South Durango Drive
Las Vegas, NV 89147
Attorneys for Clifford Anderson

By: */s/ Floyd A. Hale*
Floyd A. Hale, Special Master