FLOYD A. HALE, ESQ.
Nevada Bar No. 1873
7160 Rafael Rivera Way, #400.
Las Vegas, NV 89113
Ph: (702) 457-5267
*Special Master*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

INTERIOR ELECTRIC INCORPORATED NEVADA, a domestic corporation;

Plaintiff,

vs.

T.W.C. CONSTRUCTION, INC., a Nevada corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation; MATTHEW RYBA, an individual; GUSTAVO BAQUERIZO, an individual; CLIFFORD ANDERSON, an individual POWER UP ELECTRIC COMPANY, a Nevada corporation, dba POWER ON ELECTRIC COMPANY; BAMM ELECTRIC, LLC, a Nevada limited liability company; PROLOGIS, L.P., a Delaware limited partnership; AML PROPERTIES, INC., a Nevada corporation; AML DEVELOPMENT 3, LLC; a Nevada limited liability company; LAPOUR PARTNERS, INC., a Nevada corporation; DON FISHER, an individual; PHILCOR T.V. & ELECTRONIC LEASING, INC. a Nevada corporation; dba NEDCO; QED, INC., a Nevada corporation; TURTLE & HUGHES, INC. a New Jersey corporation; DOES 1-X, inclusive, and ROE CORPORATIONS I-X, inclusive,

Defendants.

T.W.C. CONSTRUCTION, INC., a Nevada corporation,

Counterclaimant,

Case No. 2:18-cv-01118-JAD-MDC

**SPECIAL MASTER REPORT AND ORDER GRANTING T.W.C. CONSTRUCTION'S MOTION TO COMPEL PLAINTIFF TO PROVIDE RESPONSES TO THE FIRST REQUESTS FOR PRODUCTION AND FIRST SET OF INTERROGATORIES**

vs.

INTERIOR ELECTRIC INCORPORATED NEVADA, a domestic corporation; INTERIOR ELECTRIC, INC., a California corporation; DOES 1-X, inclusive; and ROE CORPORATIONS 1-X, inclusive,

Counterdefendant.

**SPECIAL MASTER REPORT AND ORDER GRANTING T.W.C. CONSTRUCTION'S MOTION TO COMPEL PLAINTIFF TO PROVIDE RESPONSES TO THE FIRST REQUESTS FOR PRODUCTION AND FIRST SET OF INTERROGATORIES**

This litigation involves claims for damages, including counter-claims related to over 20 construction projects. Pursuant to request, and due to deposition scheduling, the Special Master extended the discovery cut-off period to May 31, 2024. Plaintiff has taken the position that the extension of the discovery period did not authorize T.W.C. Construction to serve written discovery requests to the Plaintiff. An August 13, 2024, Special Master Hearing was conducted regarding discovery issues and scheduling. Since there is no trial date assigned, the pending discovery requests to Plaintiff by T.W.C. will be allowed. After a review of those requests, and having heard argument from counsel, it is the opinion of the Special Master that the scope of the discovery requests are far beyond a reasonable limit.

The discovery requests were not in any way limited to the electrical scope of these various projects even though the Plaintiff's claims are related to alleged damages for violation of contract and copyright infringement **regarding the electrical plans of the projects.**

The Interrogatories request that Plaintiff identify the, **"total gross revenue,"** from each of the projects (Interrogatory No. 1). Similarly, the Requests for Production of Documents, at Requests No. 192 and 194, ask for documents to identify the gross revenue from the projects without limit to

electrical issues. The Plaintiff's claims are specifically related to damages as to alleged breach of contract and copyright infringement **concerning electrical issues only**. The Special Master will order Plaintiff to provide responses to the Interrogatories and the Requests for Production of Documents that reasonably relate to the Plaintiff's claims as to the electrical scope of the projects.

IT IS ORDERED that:

1. Plaintiff is required to respond within 30 days of the service of this Order to the Requests for Production of Documents and the Interrogatories served by T.W.C. Construction after the May 31, 2024, discovery cut-off date which was extended to allow deposition scheduling;

2. Although some general construction documents are required to be produced, Plaintiff may limit the Interrogatory responses and document production regarding damages to issues involving the electrical scope of the projects.

DATED: August 14, 2024.

By: */s/ Floyd A. Hale*
FLOYD A. HALE, Special Master
Nevada Bar No. 1873
7160 Rafael Rivera Way, #400
Vegas, NV 89113

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2024, I served a true and correct copy of the foregoing Notice on the parties listed below by electronic service:

Chad Clement, Esq.
Cody Mounteer, Esq.
Jared Moser, Esq.
Collin Jayne, Esq.
Marquis Aurbach Coffing
10001 Park Run Drive
Las Vegas, NV 89145
Attorneys for Interior Electric, Inc.

Philip Kantor, Esq.
Las Offices of Philip Kantor
1781 Village Center Circle, Suite 120
Las Vegas, NV 89134
Attorneys for Interior Electric

Michael Infuso, Esq.
Keith Barlow, Esq.
Sean Kirby, Esq.
Greene Infuso LLP
3030 South Jones Blvd., Suite 101
Las Vegas, NV 89146
Attorneys for TWC Construction, Inc.; Travelers Casualty & Surety Co. of America; Matt Ryba; Mark Wilmer

Adam Knecht, Esq.
Hall & Evans LLC
1160 North Town Center Drive, #330
Las Vegas, NV 89144
Attorneys for Gustavo Baquerizo; BAMM Electric, LLC; Clifford Anderson

Aaron Shipley, Esq.
McDonald Carano
2300 West Sahara Ave., #1200
Las Vegas, NV 89102
Attorneys for Prologis, L.P.

Dale A. Hayes, Jr., Esq.
Hayes Law Firm
4735 South Durango Drive
Las Vegas, NV 89147
Attorneys for Clifford Anderson

By: */s/ Floyd A. Hale*
Floyd A. Hale
Special Master