Michael V. Infuso, Esq., Nevada Bar No. 7388
Suzanne E. Carver, Esq., Nevada Bar No. 14689
Michael J. Sparr, Esq., Nevada Bar No. 16452
**GREENE INFUSO, LLP**
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146
Telephone: (702) 570-6000
Facsimile:  (702) 463-8401
E-mail: minfuso@greeneinfusolaw.com
          scarver@greeneinfusolaw.com
          msparr@greeneinfusolaw.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| INTERIOR ELECTRIC INCORPORATED NEVADA, a domestic corporation,<br><br>Plaintiff,<br><br>v.<br><br>T.W.C. CONSTRUCTION, INC., a Nevada corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation; MATTHEW RYBA, an individual; GUSTAVO BAQUERIZO, an individual; CLIFFORD ANDERSON, an individual; POWER UP ELECTRIC COMPANY, a Nevada limited liability company; PROLOGIS, L.P., a Delaware limited partnership; AML PROPERTIES, INC., a Nevada corporation; AML DEVELOPMENT 3, LLC, a Nevada limited liability corporation; LAPOUR PARTNERS, INC., a Nevada Corporation; DON FISHER, an individual; PHILCOR T.V. & ELECTRONIC LEASING, INC., a Nevada corporation, dba NEDCO; QED, INC., a Nevada corporation; TURTLE & HUGHES, Inc., a New Jersey corporation; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants | Case No. 2:18-CV-01118-JAD-MDC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TWC CONSTRUCTION, INC.TO RESPOND TO INTERIOR'S OBJECTION TO MODIFY SPECIAL MASTER REPORT AND ORDER**<br><br>(First Request) |

1

|   |   |
|---|---|
| 1 | T.W.C. CONSTRUCTION, INC., a Nevada corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation; MATTHEW RYBA, an individual; MARK WILMER, an individual; AML PROPERTIES, INC., a Nevada corporation; AML DEVELOPMENT 3, LLC, a Nevada limited liability corporation; LAPOUR PARTNERS, INC., a Nevada Corporation; DON FISHER, an individual, |
| 6 | Counterclaimants, |
| 7 | v. |
| 8 | INTERIOR ELECTRIC INCORPORATED NEVADA, a domestic corporation; INTERIOR ELECTRIC, INC., a California corporation; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive, |
| 11 | Counterdefendants. |

Defendants T.W.C. Construction, Inc. ("TWC"), by and through its counsel of record, the law firm Greene Infuso, LLP, and Plaintiff Interior Electric Incorporated Nevada ("Plaintiff"), by and through its counsel of record, the law firms of Marquis Aurbach Coffing and the Law Offices of Philip A. Kantor, P.C., hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed its Objection to and Motion to Modify Special Master Report and Order on September 4, 2024 ("Objection");

WHEREAS, the current deadline for TWC to respond to Plaintiff's Objection is September 18, 2024;

WHEREAS, Plaintiff has agreed to give Defendants up through and including September 25, 2024 to Respond to Plaintiff's Objection;

WHEREAS, there are no other deadlines that are affected by this stipulation and proposed order that are presently known to the parties; and

WHEREAS, this stipulation is not entered into for any improper purpose or to delay;

2

THEREFORE, Plaintiff and Defendant hereby stipulate and agree that Defendant has up through and including September 25, 2024, in which to file its response to Plaintiff's Objection.

DATED this 12 day of September 2024.

**GREENE INFUSO, LLP**

Michael V. Infuso, Esq.,
Nevada Bar No. 7388
Suzanee E. Carver, Esq.,
Nevada Bar No. 14689
Michael J. Sparr, Esq.,
Nevada Bar No. 16452
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146

*Attorneys for T.W.C. Construction, Inc., Travelers Casualty and Surety Company of America, Matthew Ryba, and Mark Wilmer*

DATED this 18 day of September 2024.

**MARQUIS AURBACH COFFING**

/s/ Chad F. Clement
Cody S. Mounteer, Esq.,
Nevada Bar No. 11220
Chad F. Clement, Esq.
Nevada Bar No. 12192
Kathleen A. Wilde, Esq.
Nevada Bar No. 12522
10001 Park Run Drive
Las Vegas, Nevada 89145

**LAW OFFICES OF PHILIP A. KANTOR, P.C.**
Philip A. Kantor, Esq.
Nevada Bar No. 6701
1781 Village Center Circle, Suite 120
Las Vegas, Nevada 89134

*Attorneys for Interior Electric*

IT IS SO ORDERED:

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge

DATED: 9/19/24