FLOYD A. HALE, ESQ.
Nevada Bar No. 1873
7160 Rafael Rivera Way, #400.
Las Vegas, NV 89113
Ph: (702) 457-5267
*Special Master*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| INTERIOR ELECTRIC INCORPORATED NEVADA, a domestic corporation;<br><br>Plaintiff,<br><br>vs.<br><br>T.W.C. CONSTRUCTION, INC., a Nevada corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation; MATTHEW RYBA, an individual; GUSTAVO BAQUERIZO, an individual; CLIFFORD ANDERSON, an individual POWER UP ELECTRIC COMPANY, a Nevada corporation, dba POWER ON ELECTRIC COMPANY; BAMM ELECTRIC, LLC, a Nevada limited liability company; PROLOGIS, L.P., a Delaware limited partnership; AML PROPERTIES, INC., a Nevada corporation; AML DEVELOPMENT 3, LLC; a Nevada limited liability company; LAPOUR PARTNERS, INC., a Nevada corporation; DON FISHER, an individual; PHILCOR T.V. & ELECTRONIC LEASING, INC. a Nevada corporation; dba NEDCO; QED, INC., a Nevada corporation; TURTLE & HUGHES, INC. a New Jersey corporation; DOES 1-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:18-cv-01118-JAD-MDC<br><br>**SPECIAL MASTER ORDER CONFIRMING AND REISSUING: ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DEFENDANT PROLOGIS, L.P. TO PRODUCE DOCUMENTS, PRIOR FILED DOCUMENT 370** |
| T.W.C. CONSTRUCTION, INC., a Nevada corporation,<br><br>Counterclaimant, | |

vs.

INTERIOR ELECTRIC INCORPORATED NEVADA, a domestic corporation; INTERIOR ELECTRIC, INC., a California corporation; DOES 1-X, inclusive; and ROE CORPORATIONS 1-X, inclusive,

Counterdefendant.

**SPECIAL MASTER ORDER ORDER CONFIRMING AND REISSUING: ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DEFENDANT PROLOGIS, L.P. TO PRODUCE DOCUMENTS, PRIOR FILED DOCUMENT 370**

This litigation involves claims for damages, including counter-claims related to over 20 construction projects. Two previous Special Master Orders were filed regarding discovery issues. Unfortunately, one of those orders, Document 349 had the movant and respondent names switched. A hearing was previously conducted before the Court and it was agreed that the Special Master would reissue the two discovery orders.

IT IS ORDERED that the previously filed, "ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DEFENDANT PROLOGIS, L.P. TO PRODUCE DOCUMENTS", Document 370, filed April 11, 2025, attached as Exhibit "A" is reissued without modification as of this date.

DATED this 8th day of May, 2025.

By: */s/ Floyd A. Hale*

FLOYD A. HALE, Special Master
Nevada Bar No. 1873
7160 Rafael Rivera Way, #400
Vegas, NV 89113

# CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2025, I served a true and correct copy of the foregoing Notice on the parties listed below by electronic service:

Chad Clement, Esq.
Cody Mounteer, Esq.
Jared Moser, Esq.
Collin Jayne, Esq.
Marquis Aurbach Coffing
10001 Park Run Drive
Las Vegas, NV 89145
Attorneys for Interior Electric, Inc.

Philip Kantor, Esq.
Las Offices of Philip Kantor
1781 Village Center Circle, Suite 120
Las Vegas, NV 89134
Attorneys for Interior Electric

Michael Infuso, Esq.
Keith Barlow, Esq.
Sean Kirby, Esq.
Greene Infuso LLP
3030 South Jones Blvd., Suite 101
Las Vegas, NV 89146
Attorneys for TWC Construction, Inc.; Travelers Casualty & Surety Co. of America; Matt Ryba; Mark Wilmer

Adam Knecht, Esq.
Hall & Evans LLC
1160 North Town Center Drive, #330
Las Vegas, NV 89144
Attorneys for Gustavo Baquerizo; BAMM Electric, LLC; Clifford Anderson

Aaron Shipley, Esq.
McDonald Carano
2300 West Sahara Ave., #1200
Las Vegas, NV 89102
Attorneys for Prologis, L.P.

Dale A. Hayes, Jr., Esq.
Hayes Law Firm
4735 South Durango Drive
Las Vegas, NV 89147
Attorneys for Clifford Anderson

By: /s/ *Debbie Holloman*
Employee of JAMS

EXHIBIT "A"

Case 2:18-cv-01118-JAD-MDC Document 3... Filed 04/11/25 Page 1 of 3

FLOYD A. HALE, ESQ.
Nevada Bar No. 1873
7160 Rafael Rivera Way, #400.
Las Vegas, NV 89113
Ph: (702) 457-5267
*Special Master*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

INTERIOR ELECTRIC INCORPORATED NEVADA, a domestic corporation;

Plaintiff,

vs.

T.W.C. CONSTRUCTION, INC., a Nevada corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation; MATTHEW RYBA, an individual; GUSTAVO BAQUERIZO, an individual; CLIFFORD ANDERSON, an individual POWER UP ELECTRIC COMPANY, a Nevada corporation, dba POWER ON ELECTRIC COMPANY; BAMM ELECTRIC, LLC, a Nevada limited liability company; PROLOGIS, L.P., a Delaware limited partnership; AML PROPERTIES, INC., a Nevada corporation; AML DEVELOPMENT 3, LLC; a Nevada limited liability company; LAPOUR PARTNERS, INC., a Nevada corporation; DON FISHER, an individual; PHILCOR T.V. & ELECTRONIC LEASING, INC. a Nevada corporation; dba NEDCO; QED, INC., a Nevada corporation; TURTLE & HUGHES, INC. a New Jersey corporation; DOES 1-X, inclusive, and ROE CORPORATIONS I-X, inclusive,

Defendants.

T.W.C. CONSTRUCTION, INC., a Nevada corporation,

Counterclaimant,

Case No. 2:18-cv-01118-JAD-MDC

**ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DEFENDANT PROLOGIS, L.P. TO PRODUCE DOCUMENTS**

vs. )
)
INTERIOR ELECTRIC INCORPORATED )
NEVADA, a domestic corporation; INTERIOR )
ELECTRIC, INC., a California corporation; )
DOES 1-X, inclusive; and ROE CORPORATIONS )
1-X, inclusive, )
)
Counterdefendant. )
)

**ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DEFENDANT PROLOGIS, L.P. TO PRODUCE DOCUMENTS**

Interior Electric previously submitted a Motion to Compel Prologis to produce documents related to the use of material copyrighted by Interior Electric. The Special Master was of the opinion that the parties were still attempting to resolve this issue, however, it appears the parties have not reached an agreement.

Based upon the briefing submitted, the Special Master makes the following FINDINGS:

1. Although not totally binding, Prologis's responses to the Requests for Production were late and therefore technically waived any objections to those requests;

2. This case concerns alleged infringement of copyrighted work owned by Interior Electric. The cases cited by Prologis as opposing the production of the requested documents relate to **total gross revenue** as a company rather than the gross revenue related to the copyrighted materials that were the utilized for this project subject of this project;

3. Finally, there is no privilege that will apply here to explain why this financial information is not discoverable related to the alleged misuse of copyrighted materials.

IT IS ORDERED that Prologis must produce all documents within its possession, custody or control that are responsive to the Interior Electric's Request for Production of Documents, numbers:

Case 2:18-cv-01118-JAD-MDC Document 372 Filed 04/11/25 Page 3 of 3

4-13, served April 2024.

DATED: April 11, 2025

By: */s/ Floyd A. Hale*
FLOYD A. HALE, Special Master
Nevada Bar No. 1873
7160 Rafael Rivera Way, #400
Vegas, NV 89113

CERTIFICATE OF SERVICE

I hereby certify that on April 11, I served a true and correct copy of the foregoing Notice on the parties listed below by electronic service:

Chad Clement, Esq.
Cody Mounteer, Esq.
Jared Moser, Esq.
Collin Jayne, Esq.
Marquis Aurbach Coffing
10001 Park Run Drive
Las Vegas, NV 89145
Attorneys for Interior Electric, Inc.

Philip Kantor, Esq.
Las Offices of Philip Kantor
1781 Village Center Circle, Suite 120
Las Vegas, NV 89134
Attorneys for Interior Electric

Michael Infuso, Esq.
Keith Barlow, Esq.
Sean Kirby, Esq.
Greene Infuso LLP
3030 South Jones Blvd., Suite 101
Las Vegas, NV 89146
Attorneys for TWC Construction, Inc.; Travelers Casualty & Surety Co. of America; Matt Ryba; Mark Wilmer

Adam Knecht, Esq.
Hall & Evans LLC
1160 North Town Center Drive, #330
Las Vegas, NV 89144
Attorneys for Gustavo Baquerizo; BAMM Electric, LLC; Clifford Anderson

Aaron Shipley, Esq.
McDonald Carano
2300 West Sahara Ave., #1200
Las Vegas, NV 89102
Attorneys for Prologis, L.P.

Dale A. Hayes, Jr., Esq.
Hayes Law Firm
4735 South Durango Drive
Las Vegas, NV 89147
Attorneys for Clifford Anderson

By: */s/ Debbie Holloman*
Employee of JAMS