UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Interior Electric Incorporated Nevada,<br><br>Plaintiff,<br><br>vs.<br><br>T.W.C. Construction, Inc., *et al.*,<br><br>Defendant. | Case No. 2:18-cv-01118-JAD-MDC<br><br>**ORDER GRANTING MOTION TO SUBSTIUTE ATTORNEY (ECF NO. 395)** |

The Court has reviewed the *Motion to Substitute Attorney* (ECF No. 395) ("Motion"). The Motion was filed following the Court denying the *Motion to Remove Attorney* (ECF No. 390) and directing counsel for defendant Clifford Anderson to file a "Substitution of Counsel" to substitute Jack Juan, Esq. with John M. Marske, Esq. as counsel of record for defendant Anderson *ECF No. 394*. Finding good cause and because defendant Anderson, Mr. Juan, and Mr. Marske consent to the substitution, the Court **GRANTS** the Motion.

ACCORDINLY,

**IT IS ORDERED that:**

1. The *Motion to Substitute Attorney* (ECF No. 395) is **GRANTED**.

2. John M. Marske of the law firm Hayes Wakayama Juan shall be substituted in place of Mr. Juan as counsel of record and added from MC/ECF service in this matter. This means that Jack Juan, Esq. of the law firm Hayes Wakayama Juan shall be terminated as counsel of record for defendant Clifford Anderson and removed from CM/ECF service in this matter.

DATED: December 8, 2025.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge

1

# NOTICE

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985).

This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Pursuant to LR IA 3-1, the plaintiff must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party's attorney, or upon the opposing party if the party is unrepresented by counsel. Failure to comply with this rule may result in dismissal of the action.