**Marquis Aurbach**
Cody S. Mounteer, Esq.
Nevada Bar No. 11220
Chad F. Clement, Esq.
Nevada Bar No. 12192
Jared M. Moser, Esq.
Nevada Bar No. 13003
Collin M. Jayne, Esq.
Nevada Bar No. 13899
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
cmounteer@maclaw.com
cclement@maclaw.com
jmoser@maclaw.com
cjayne@maclaw.com

**Law Offices of Philip A. Kantor, P.C.**
Philip A. Kantor, Esq.
Nevada Bar No. 6701
1781 Village Center Circle, Suite 120
Las Vegas, Nevada 89134
Telephone: (702) 255-1300
Facsimile: (702) 256-6331
prsak@aya.yale.edu

*Attorneys for Interior Electric Incorporated
Nevada and Interior Electric Incorporated*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| INTERIOR ELECTRIC INCORPORATED NEVADA, a domestic corporation, | Case No. 2:18-cv-01118-JAD-VCF |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEADLINES ON BRIEFING SCHEDULE FOR MOTIONS FOR SUMMARY JUDGMENT** |
| vs. | |
| T.W.C. CONSTRUCTION, INC., a Nevada corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation; MATTHEW RYBA, an individual; GUSTAVO BAQUERIZO, an individual; CLIFFORD ANDERSON, an individual; POWER UP ELECTRIC COMPANY, a Nevada corporation, dba POWER | **[FIRST REQUEST]** ECF No. 398 |

|   |   |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9 | ON ELECTRIC COMPANY; BAMM ELECTRIC LLC, a Nevada limited liability company; PROLOGIS, L.P., a Delaware limited partnership; AML PROPERTIES, INC., a Nevada corporation; AML DEVELOPMENT 3, LLC; a Nevada limited liability corporation; LAPOUR PARTNERS, INC., a Nevada corporation; DON FISHER, an individual; PHILCOR T.V. & ELECTRONIC LEASING, INC., a Nevada corporation, dba NEDCO; QED, INC., a Nevada corporation; TURTLE & HUGHES, Inc., a New Jersey corporation; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br>                              Defendants. |
| 10<br>11<br>12 | T.W.C. CONSTRUCTION, INC., a Nevada corporation,<br>                              Counterclaimant,<br>vs. |
| 13<br>14<br>15<br>16 | INTERIOR ELECTRIC INCORPORATED NEVADA, a domestic corporation; INTERIOR ELECTRIC, INC., a California corporation; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br>                              Counterdefendants. |

The Parties to this action, each by and through their undersigned counsel of record, hereby stipulate and agree as follows:

1. Defendants TWC Construction, Inc., Travelers Casualty and Surety Company of America, Matthew Ryba and Mark Wilmer's Motion for Partial Summary Judgment [ECF No. 383] was filed on November 24, 2025;

2. Defendant Clifford Anderson filed a Joinder to TWC's Partial Motion for Summary Judgment [ECF No. 384] on November 24, 2025;

3. Defendant Prologis, L.P.'s Motion for Summary Judgment [ECF No. 385] was filed on November 24, 2025;

MAC: 14814-001 (#6174781.1)

4.    Plaintiffs Interior Electric Incorporated Nevada and Interior Electric Incorporated's Motion for Summary Judgment [ECF No. 387] was filed on November 24, 2025;

5.    Defendants Gustavo Baquerizo and BAMM, Electric, LLC's Joinder to TWC's Motion for Partial Summary Judgment and Motion for Partial Summary Judgment [ECF No. 388] was filed on November 24, 2025;

6.    Defendant Clifford Anderson filed a Joinder to Baquerizo's Motion for Partial Summary Judgment [ECF No. 389] on November 25, 2025;

7.    The TWC Defendants Filed a Joinder to Prologis's Motion for Summary Judgment [ECF No. 391] on December 1, 2025;

8.    Prologis filed a Joinder to the TWC Defendants' Motion for Partial Summary Judgment [ECF no. 392] on December 1, 2025;

9.    The deadline for the Parties to file response to the above motions and joinders is currently December 15, 2025, pursuant to LR 7-2(b);

10.   On account of the volume of the motions and joinders filed, the number of issues raised therein, the substantial importance of the motions on the case as a whole, and the Thanksgiving holiday occurring at the outset of the response window, the Parties collectively believe that an additional eight days should be permitted for responses to all of the above motions for summary judgment and joinders.

11.   In particular, Interior Electric must assess and prepare oppositions to three summary judgment motions and three joinders at the same time, which establishes good cause for an enlargement of the normal timeline.

12.   This is the first stipulation for an extension of time to respond to the motions for summary judgment [ECF Nos. 383, 385, 387 and 388].

13.   Accordingly, the Parties stipulate and agree to extend the deadline for responses to the motions for summary judgment [ECF Nos. 383, 385, 387 and 388] from December 15, 2025 to December 23, 2025.

MAC: 14814-001 (#6174781.1)

14. Additionally, for the same reasons concerning the volume and importance of these motions, and due to the incidence of additional holidays during the reply window, the Parties stipulate and agree to extend the deadline for all parties to file replies in support of their respective motions for summary judgment one additional week beyond the 14 days provided in LR 7-2(b), to January 13, 2026.

15. This stipulation is made in good faith, and not for any improper purpose or to delay, but rather to ensure that all parties are able to devote the appropriate time to submit thorough and well-written briefing for the Court's consideration.

**IT IS SO STIPULATED.**

Dated this 11th day of December, 2025.

MARQUIS AURBACH

By: __/s/ Chad F. Clement_____
   Cody S. Mounteer, Esq.
   Nevada Bar No. 11220
   Chad F. Clement, Esq.
   Nevada Bar No. 12192
   Jared M. Moser, Esq.
   Nevada Bar No. 13003
   Collin M. Jayne, Esq.
   Nevada Bar No. 13899
   *Attorneys for Interior Electric*
   *Incorporated Nevada and Interior*
   *Electric Incorporated*

Dated this 11th day of December, 2025.

GREEN INFUSO, LLP

By: __/s/ Michael V. Infuso_____
   Michael V. Infuso, Esq.
   Nevada Bar No. 7388
   Sean B. Kirby, Esq.
   Nevada Bar No. 14224
   Suzanne E. Carver, Esq.
   Nevada Bar No. 14689
   Steven C. Isaacs, Esq.
   Nevada Bar No. 16553
   *Attorneys for TWC*
   *Construction, Inc., Travelers Casualty*
   *and Surety Company of America,*
   *Matthew Ryba and Mark Wilmer*

Dated this 11th day of December, 2025.

HALL & EVANS, LLC

By: __/s/ Adam R. Knecht_____
   Adam R. Knecht, Esq.
   Nevada Bar No. 13166
   *Attorney for Gustavo*
   *Baquerizo and BAMM Electric, LLC.*

Dated this 11th day of December, 2025.

HAYES WAKAYAMA JUAN

By: __/s/ Dale A. Hayes, Jr._____
   Dale A. Hayes, Jr, Esq.
   Nevada Bar No. 9056
   *Attorneys for Clifford Anderson*

MAC: 14814-001 (#6174781.1)

Dated this 11th day of December, 2025.

McDONALD CARANO LLP

By: __/s/ Aaron D. Shipley_____
    Aaron D. Shipley, Esq.
    Nevada Bar No. 8258
    Rory T. Kay, Esq.
    Nevada Bar No. 12416
    **Faegre Drinker Biddle & Reath**
    Louis T. Perry, Esq. (*pro hac vice*)
    *Attorneys for Prologis, L.P.*

## ORDER

The above Stipulation is hereby GRANTED.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: __12-11-25_____

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND DEADLINE RESPONSES TO MOTIONS FOR SUMMARY JUDGMENT (FIRST REQUEST)** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 11th day of December, 2025.

☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☐ I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

N/A

  /s/ Lennie Fraga
An employee of Marquis Aurbach

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC: 14814-001 (#6174781.1)