Michael V. Infuso, Esq., Nevada Bar No. 7388
Sean B. Kirby, Esq., Nevada Bar No. 14224
**GREENE INFUSO, LLP**
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146
Telephone: (702) 570-6000
Facsimile: (702) 463-8401
E-mail: minfuso@greeneinfusolaw.com
skirby@greeneinfusolaw.com
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

INTERIOR ELECTRIC INCORPORATED NEVADA, a domestic corporation,

Plaintiff,

v.

T.W.C. CONSTRUCTION, INC., a Nevada corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation; MATTHEW RYBA, an individual; GUSTAVO BAQUERIZO, an individual; CLIFFORD ANDERSON, an individual; POWER UP ELECTRIC COMPANY, a Nevada limited liability company; PROLOGIS, L.P., a Delaware limited partnership; AML PROPERTIES, INC., a Nevada corporation; AML DEVELOPMENT 3, LLC, a Nevada limited liability corporation; LAPOUR PARTNERS, INC., a Nevada Corporation; DON FISHER, an individual; PHILCOR T.V. & ELECTRONIC LEASING, INC., a Nevada corporation, dba NEDCO; QED, INC., a Nevada corporation; TURTLE & HUGHES, Inc., a New Jersey corporation; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,

Defendants.

Case No. 2:18-CV-01118 -JAD-MDC

**STIPULATION AND ORDER TO EXTEND TIME FOR RESPONSES TO DISPOSITIVE MOTIONS**

**(Second Request)**

ECF No. 400

The Parties to this action, each by and through their undersigned counsel of record, hereby stipulate and agree as follows:

1

GREENE INFUSO, LLP
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146
(702) 570-6000

WHEREAS, Defendants TWC Construction, Inc., Travelers Casualty and Surety Company of America, Matthew Ryba and Mark Wilmer's Motion for Partial Summary Judgment [ECF No. 383] was filed on November 24, 2025;

WHEREAS, Defendant Clifford Anderson filed a Joinder to TWC's Partial Motion for Summary Judgment [ECF No. 384] on November 24, 2025;

WHEREAS, Defendant Prologis, L.P.'s Motion for Summary Judgment [ECF No. 385] was filed on November 24, 2025;

WHEREAS, Plaintiffs Interior Electric Incorporated Nevada and Interior Electric Incorporated's Motion for Summary Judgment [ECF No. 387] was filed on November 24, 2025;

WHEREAS, Defendants Gustavo Baquerizo and BAMM, Electric, LLC's Joinder to TWC's Motion for Partial Summary Judgment and Motion for Partial Summary Judgment [ECF No. 388] was filed on November 24, 2025;

WHEREAS, Defendant Clifford Anderson filed a Joinder to Baquerizo's Motion for Partial Summary Judgment [ECF No. 389] on November 25, 2025;

WHEREAS, the TWC Defendants Filed a Joinder to Prologis's Motion for Summary Judgment [ECF No. 391] on December 1, 2025;

WHEREAS, Prologis filed a Joinder to the TWC Defendants' Motion for Partial Summary Judgment [ECF no. 392] on December 1, 2025;

WHEREAS, the original deadline for the Parties to file responses to the above motions and joinders was December 15, 2025, pursuant to LR 7-2(b);

WHEREAS, the Parties previously stipulated to extend the responsive deadlines from December 15, 2025, to December 23, 2025, [ECF no. 398];

WHEREAS, the parties previously stipulated to extend the deadlines for replies in support of their respective motions for summary judgment one additional week beyond the 14 days provided in LR 7-2(b), to January 13, 2026;

WHEREAS, due to illness of counsel for TWC, the parties have agreed to extend the deadline for responses to the respective motions for summary judgment to January 7, 2026;

GREENE INFUSO, LLP
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146
(702) 570-6000

WHEREAS, the parties have additionally agreed to extend the deadline for replies in support of their respective motions for summary judgment one additional week beyond the 14 days provided in LR 7-2(b), to January 28, 2026;

WHEREAS, there are no other deadlines that are affected by this stipulation and proposed order that are presently known to the parties; and

WHEREAS, this stipulation is made in good faith, and not for any improper purpose or delay;

THEREFORE, all parties hereby stipulate and agree that all parties shall have up through and including January 7, 2026, in which to file their responses to the respective motions for summary judgment, and until January 28, 2026, to file their replies in support of their motions for summary judgment.

IT IS SO STIPULATED.

DATED this 22nd day of December, 2025.    DATED this 22nd day of December, 2025.

**GREENE INFUSO, LLP**                        **MARQUIS AURBACH, CHTD.,**

 /s/  Sean B. Kirby                            /s/ Cody Mounteer
Michael V. Infuso, Esq.,                       Cody S. Mounteer, Esq.
Nevada Bar No. 7388                            Nevada Bar No. 11220
Sean B. Kirby, Esq.,                           Chad F. Clement, Esq.
Nevada Bar No. 14224                           Nevada Bar No. 12192
3030 South Jones Boulevard, Suite 101          Jared M. Moser, Esq.
Las Vegas, Nevada 89146                        Nevada Bar No. 13003
*Attorneys for T.W.C. Construction, Inc.,*     Collin M. Jayne, Esq.
*Travelers Casualty and Surety Company of*     Nevada Bar No. 13899
*America, Matthew Ryba, and Mark Wilmer*       *Attorneys for Interior Electric*
                                               *Incorporated Nevada and Interior*
                                               *Electric Incorporated*

                                               DATED this 22nd day of December, 2025.

//

//

//

//

//

//

GREENE INFUSO, LLP
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146
(702) 570-6000

3

DATED this 22nd day of December, 2025.

**HALL & EVANS, LLC**

/s/ Tawnya Fraser
Adam R. Knecht, Esq.
Nevada Bar No. 13166
Tawnya Fraser, Esq. 13872
*Attorneys for Gustavo Baquerizo
and BAMM Electric, LLC.*

DATED this 22nd day of December, 2025.

**HAYES WAKAYAMA JUAN**

/s/ Dale Hayes
Dale A. Hayes, Jr, Esq.
Nevada Bar No. 9056
*Attorney for Clifford Anderson*

DATED this 22nd day of December, 2025.

**McDONALD CARANO LLP**

/s/ Aaron Shipley
Aaron D. Shipley, Esq.
Nevada Bar No. 8258
Rory T. Kay, Esq.
Nevada Bar No. 12416
**Faegre Drinker Biddle & Reath**
Louis T. Perry, Esq. (*pro hac vice*)
*Attorneys for Prologis, L.P.*

**ORDER**

The above Stipulation is hereby GRANTED.

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
12-28-25, nunc pro tunc to 12/23/25

Respectfully submitted by:

**GREENE INFUSO, LLP**

/s/  Sean B. Kirby
Michael V. Infuso, Esq., Nevada Bar No. 7388
Sean B. Kirby, Esq., Nevada Bar No. 14224
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146

*Attorneys for T.W.C. Construction, Inc.,
Travelers Casualty and Surety Company
of America, Matthew Ryba, and Mark Wilmer*

**GREENE INFUSO, LLP**
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146
(702) 570-6000

4