**Marquis Aurbach**
Cody S. Mounteer, Esq.
Nevada Bar No. 11220
Chad F. Clement, Esq.
Nevada Bar No. 12192
Jared M. Moser, Esq.
Nevada Bar No. 13003
Collin M. Jayne, Esq.
Nevada Bar No. 13899
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
cmounteer@maclaw.com
cclement@maclaw.com
jmoser@maclaw.com
cjayne@maclaw.com

**Law Offices of Philip A. Kantor, P.C.**
Philip A. Kantor, Esq.
Nevada Bar No. 6701
1781 Village Center Circle, Suite 120
Las Vegas, Nevada 89134
Telephone: (702) 255-1300
Facsimile: (702) 256-6331
prsak@aya.yale.edu

*Attorneys for Interior Electric Incorporated
Nevada and Interior Electric Incorporated*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| INTERIOR ELECTRIC INCORPORATED NEVADA, a domestic corporation,<br><br>                  Plaintiff,<br><br>      vs.<br><br>T.W.C. CONSTRUCTION, INC., a Nevada corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation; MATTHEW RYBA, an individual; GUSTAVO BAQUERIZO, an individual; CLIFFORD ANDERSON, an individual; POWER UP ELECTRIC COMPANY, a Nevada corporation, dba POWER ON ELECTRIC COMPANY; BAMM | Case Number: 2-18-cv-01118-JAD-MDC<br><br>**STIPULATION AND ORDER TO EXTEND TIME *NUNC PRO TUNC* FOR PLAINTIFF INTERIOR ELECTRIC INCORPORATED NEVADA'S TO FILE ITS OPPOSITION TO PROLOGIS, L.P.'S MOTION FOR SUMMARY JUDGMENT**<br><br>[ECF No. 409] |

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

**MARQUIS AURBACH**
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

ELECTRIC LLC, a Nevada limited liability company; PROLOGIS, L.P., a Delaware limited partnership; AML PROPERTIES, INC., a Nevada corporation; AML DEVELOPMENT 3, LLC; a Nevada limited liability corporation; LAPOUR PARTNERS, INC., a Nevada corporation; DON FISHER, an individual; PHILCOR T.V. & ELECTRONIC LEASING, INC., a Nevada corporation, dba NEDCO; QED, INC., a Nevada corporation; TURTLE & HUGHES, Inc., a New Jersey corporation; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,

Defendants.

T.W.C. CONSTRUCTION, INC., a Nevada corporation,

Counterclaimant,

vs.

INTERIOR ELECTRIC INCORPORATED NEVADA, a domestic corporation; INTERIOR ELECTRIC, INC., a California corporation; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,

Counterdefendants.

Plaintiff Interior Electric Incorporated Nevada ("IE-NV"), by and through its counsel of record, and Prologis, L.P., by and through its counsel of record, hereby stipulate and agree to the following:

1.      Prologis filed its Motion for Summary Judgment on November 24, 2024 (ECF No. 385).  IE-NV and other parties also filed dispositive motions on that day;

2.      The Court previously approved the parties' stipulations to extend the parties' deadlines to respond to the filed dispositive motions, including the deadline for IE-NV to file a response to Prologis's Motion for Summary Judgment until Wednesday, January 7, 2026, due in part to the illness of other counsel and the incidence of holidays during the original response window, for which IE-NV's counsel had previously scheduled travel plans (ECF No. 401);

MAC: 14814-001 (#6206807.1)

3.    In addition to Prologis' motion, two other substantive motions for summary judgment were filed at the same time by other defendants against IE-NV (ECF No. 388, ECF No. 396), as well as five joinders amongst the defendants to each other's motions (ECF No. 384, ECF No. 388, ECF No. 389, ECF No. 391, ECF No. 392), resulting in IE-NV's counsel being required to file three responses to motions for summary judgment on the same day;

4.    Unfortunately, IE-NV's lead counsel on this case, Chad Clement, Esq., became ill with the flu upon returning from travels on January 3, 2026;

5.    Despite the above complications and the complexity of each of the defendants' motions, on January 7, 2026, IE-NV's counsel was able to file its response to the BAMM and Mr. Baquerizo motion for summary judgment at approximately 4:30 PM (ECF No. 402) and its response to the TWC Defendants' motion for summary judgment at approximately 7:30 PM (ECF No. 405), but the filing of IE-NV's response to Prologis' motion for summary judgment was not completed until 12:23 AM on January 8, 2026 (ECF No. 407). Thus, IE-NV's response was 23 minutes late. As IE-NV's counsel's office was in the process of filing the response and many exhibits, as it became apparent that it was going to be filed shortly after midnight, IE-NV's counsel emailed Prologis' counsel explaining the circumstances and requested a short 23-minute extension, to which Prologis' counsel graciously agreed.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC: 14814-001 (#6206807.1)

6. Accordingly, IE-NV and Prologis hereby stipulate and agree that good cause exists to extend IE-NV's time to file a response to Prologis's Motion *nunc pro tunc* until 12:23 AM on January 8, 2026.

IT IS SO STIPULATED.

Dated this 9th day of January, 2026

MARQUIS AURBACH

By: /s/ Chad F. Clement
 Cody S. Mounteer, Esq.
 Nevada Bar No. 11220
 Chad F. Clement, Esq.
 Nevada Bar No. 12192
 Jared M. Moser, Esq.
 Nevada Bar No. 13003
 Collin M. Jayne, Esq.
 Nevada Bar No. 13899
 10001 Park Run Drive
 Las Vegas, Nevada 89145
 *Attorneys for Interior Electric Incorporated*
 *Nevada and Interior Electric Incorporated*

Dated this 9th day of January, 2026

McDONALD CARANO LLP

By: /s/ Aaron D. Shipley
 Aaron D. Shipley, Esq.
 Nevada Bar No. 8258
 Rory T. Kay, Esq.
 Nevada Bar No. 12416
 Faegre Drinker Biddle & Reath
 Louis T. Perry, Esq. (*pro hac vice*)
 *Attorneys for Prologis, L.P.*

## ORDER

The above Stipulation is hereby GRANTED. IE-NV's time to file a response to Prologis's Motion for Summary Judgement is extended *nunc pro tunc* until 12:23 AM on January 8, 2026.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: January 22, 2026 _____

MAC: 14814-001 (#6206807.1)

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816