Michael V. Infuso, Esq., Nevada Bar No. 7388
Sean B. Kirby, Esq., Nevada Bar No. 14224
Steven C. Isaacs, Esq., Nevada Bar No. 16553
**GREENE INFUSO, LLP**
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146
Telephone: (702) 570-6000
Facsimile: (702) 463-8401
E-mail: minfuso@greeneinfusolaw.com
skirby@greeneinfusolaw.com
sisaacs@greeneinfusolaw.com

*Attorneys for Defendants*

GREENE INFUSO, LLP
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146
(702) 570-6000

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| INTERIOR ELECTRIC INCORPORATED NEVADA, a domestic corporation,<br><br>Plaintiff,<br><br>v.<br><br>T.W.C. CONSTRUCTION, INC., a Nevada corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation; MATTHEW RYBA, an individual; GUSTAVO BAQUERIZO, an individual; CLIFFORD ANDERSON, an individual; POWER UP ELECTRIC COMPANY, a Nevada limited liability company; PROLOGIS, L.P., a Delaware limited partnership; AML PROPERTIES, INC., a Nevada corporation; AML DEVELOPMENT 3, LLC, a Nevada limited liability corporation; LAPOUR PARTNERS, INC., a Nevada Corporation; DON FISHER, an individual; PHILCOR T.V. & ELECTRONIC LEASING, INC., a Nevada corporation, dba NEDCO; QED, INC., a Nevada corporation; TURTLE & HUGHES, Inc., a New Jersey corporation; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants<br><br>T.W.C. CONSTRUCTION, INC., a Nevada corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation; MATTHEW RYBA, | Case No. 2:18-CV-01118 -JAD-MDC<br><br>**AMENDED STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE THEIR BILL OF COSTS AND REQUEST FOR ATTORNEY'S FEES**<br><br>**(First Amended Request)**<br><br>ECF No. 432 |

an individual; MARK WILMER, an individual; AML PROPERTIES, INC., a Nevada corporation; AML DEVELOPMENT 3, LLC, a Nevada limited liability corporation; LAPOUR PARTNERS, INC., a Nevada Corporation; DON FISHER, an individual,

Counterclaimants,

v.

INTERIOR ELECTRIC INCORPORATED NEVADA, a domestic corporation; INTERIOR ELECTRIC, INC., a California corporation; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,

Counterdefendants.

\\\\

\\\\

\\\\

\\\\

\\\\

\\\\

\\\\

\\\\

\\\\

\\\\

\\\\

\\\\

\\\\

\\\\

\\\\

GREENE INFUSO, LLP
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146
(702) 570-6000

GREENE INFUSO, LLP
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146
(702) 570-6000

**AMENDED STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE THEIR BILL OF COSTS AND REQUEST FOR ATTORNEY'S FEES**

Defendant T.W.C. Construction, Inc. ("TWC"), by and through its counsel of record, the law firm Greene Infuso, LLP, Defendant Prologis, L.P. ("Prologis") (collectively "Defendants"), by and through its attorney of record, the law firm of McDonald Carano, LLP and Faegre Drinker Biddle & Reath, and Plaintiff Interior Electric Incorporated Nevada ("Interior" or "Plaintiff"), by and through its counsel of record, the law firms of Marquis Aurbach Coffing and the Law Offices of Philip A. Kantor, P.C., hereby stipulate and agree as follows:

WHEREAS, the Court entered its Order Granting Defendants' Motion for Summary Judgment on Federal Claims and Dismissing Remaining Claims Without Prejudice to Refiling in State Court [Dkt. 426] on August 13, 2026 [Dkt. 427].

WHEREAS, Defendants' deadline to file their respective Bill of Costs and Request for Attorney's Fees ("Filings") is currently due on August 27, 2026.

WHEREAS, Interior has agreed to give Defendants up through and including September 10, 2026, in which to submit their respective Filings.

WHEREAS, all parties agree that this extension is necessary given the amount of time it will take to compile the required information and backup documentation.

WHEREAS, TWC inadvertently submitted a stipulation and order to the Court requesting the extension be set through September 7, 2026, rather than September 10, 2026 and the parties desire to correct this error;

WHEREAS, there are no other deadlines affected by this stipulation and proposed order.

WHEREAS, this stipulation is not entered into for any improper purpose or to delay;

NOW THEREFORE, Plaintiff and Defendants hereby stipulate and agree that Defendants have up through and including September 10, 2026, in which to file their respective Bill of Costs and Request for Attorney's Fees.

DATED this 31 day of August 2026.

**GREENE INFUSO, LLP**

/s/ Michael V. Infuso
Michael V. Infuso, Esq., NV Bar No. 7388
Sean B. Kirby, Esq., NV Bar No. 14224
Steven C. Isaacs, Esq., NV Bar No. 16553
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146

*Attorneys for T.W.C. Construction, Inc., Travelers Casualty and Surety Company of America, Matthew Ryba, and Mark Wilmer*

DATED this 31day of August 2026.

**MCDONALD CARANO, LLP**

/s/ Louis T. Perry
Aaron D. Shipley, Esq., NV Bar No. 8258
Rory T. Kay, Esq., NV Bar No. 12416
2300 West Sahara Ave., Suite 1200
Las Vegas, Nevada 89102

**FAEGRE DRINKER BIDDLE & REATH**
Louis T. Perry, Esq. (*pro hac vice*)
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204

*Attorneys for Prologis, LP*

DATED this 31day of August 2026.

**MARQUIS AURBACH COFFING**

/s/ Jared M.Moser
Cody S. Mounteer, Esq., NV Bar No. 11220
Chad F. Clement, Esq., NV Bar No. 12192
Kathleen A. Wilde, Esq., NV Bar No. 12522
Jared M. Moser. Esq. NV Bar No.013003
10001 Park Run Drive
Las Vegas, Nevada 89145

**LAW OFFICES OF PHILIP A. KANTOR, P.C.**
Philip A. Kantor, Esq., NV Bar No. 6701
1781 Village Center Circle, Suite 120
Las Vegas, Nevada 89134

*Attorneys for Interior Electric*

**ORDER**

IT IS SO ORDERED.

DATED: 9-3-26

UNITED STATES DISTRICT JUDGE

GREENE INFUSO, LLP
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146
(702) 570-6000