**Marquis Aurbach**
Cody S. Mounteer, Esq.
Nevada Bar No. 11220
Chad F. Clement, Esq.
Nevada Bar No. 12192
Jared M. Moser, Esq.
Nevada Bar No. 13003
Collin M. Jayne, Esq.
Nevada Bar No. 13899
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
cmounteer@maclaw.com
cclement@maclaw.com
jmoser@maclaw.com
cjayne@maclaw.com

**Law Offices of Philip A. Kantor, P.C.**
Philip A. Kantor, Esq.
Nevada Bar No. 6701
1781 Village Center Circle, Suite 120
Las Vegas, Nevada 89134
Telephone: (702) 255-1300
Facsimile: (702) 256-6331
prsak@aya.yale.edu

*Attorneys for Interior Electric Incorporated Nevada and Interior Electric Incorporated*

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| INTERIOR ELECTRIC INCORPORATED NEVADA, a domestic corporation,<br><br>Plaintiff,<br><br>vs.<br><br>T.W.C. CONSTRUCTION, INC., a Nevada corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation; MATTHEW RYBA, an individual; GUSTAVO BAQUERIZO, an individual; CLIFFORD ANDERSON, an individual; POWER UP ELECTRIC COMPANY, a Nevada corporation, dba POWER | Case No. 2:18-cv-01118-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES ON RESPONSES TO MOTIONS FOR ATTORNEYS' FEES AND BILLS OF COSTS [ECF NOS. 438, 439, 442, 443, AND 444]**<br><br>**[FIRST REQUEST]** |

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

ON ELECTRIC COMPANY; BAMM ELECTRIC LLC, a Nevada limited liability company; PROLOGIS, L.P., a Delaware limited partnership; AML PROPERTIES, INC., a Nevada corporation; AML DEVELOPMENT 3, LLC; a Nevada limited liability corporation; LAPOUR PARTNERS, INC., a Nevada corporation; DON FISHER, an individual; PHILCOR T.V. & ELECTRONIC LEASING, INC., a Nevada corporation, dba NEDCO; QED, INC., a Nevada corporation; TURTLE & HUGHES, Inc., a New Jersey corporation; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,

Defendants.

T.W.C. CONSTRUCTION, INC., a Nevada corporation,

Counterclaimant,

vs.

INTERIOR ELECTRIC INCORPORATED NEVADA, a domestic corporation; INTERIOR ELECTRIC, INC., a California corporation; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,

Counterdefendants.

Interior Electric Incorporated Nevada ("Interior Electric") T.W.C. Construction, Inc., Matthew Ryba ("Ryba"), Mark Wilmer ("Wilmer," and collectively with T.W.C. Construction, Inc. and Ryba, "TWC"), Prologis, L.P. ("Prologis"), and Clifford Anderson ("Anderson"), each by and through their undersigned counsel of record, hereby stipulate and agree as follows:

1. Anderson's Motion for Attorneys' Fees and Costs [ECF No. 438] was filed on September 10, 2026;

2. Prologis's Motion for Attorneys' Fees [ECF No. 439] was filed on September 10, 2026;

3. Prologis's Bill of Costs [ECF No. 442] was filed on September 10, 2026;

4. TWC's Bill of Costs [ECF No. 443] was filed on September 10, 2026;

5. TWC's Motion for Attorneys' Fees and Costs [ECF No. 444] was filed on September 10, 2026;[1]

6. Pursuant to LR 7-2(b) and FRCP 54, the deadline for Interior Electric to file responses to the above motions and bills of costs is currently September 24, 2026;

7. On account of the complexity of the issues in the motions filed and the volume of material that must be reviewed in constructing responses to those files—notably, about 750 pages of attorney invoices spanning nearly eight years of litigation at multiple law firms—and given that Interior Electric must respond to all of the above filings on the same time schedule, and in light of the substantial importance of the motions, the undersigned parties stipulate and agree that good cause exists to grant Interior Electric additional time to submit responses.

8. A prior stipulation was entered on September 3, 2026 [ECF No. 435] which extended only the deadlines for some or all of the defendants' fee and costs filings,[2] without any extension of the response deadlines. Thus, this is the first stipulation for an extension of time on the responses to the motions for attorneys' fees and costs.

9. Accordingly, the Parties stipulate and agree to extend the deadline for Interior Electric to file responses to the motions for attorneys' fees and bills of costs [ECF Nos. 438, 439, 442, 443, and 444] to October 8, 2026.

10. Additionally, for the same reasons concerning the complexity and importance of these motions, the parties stipulate and agree that good cause exists to extend the deadline for TWC, Prologis, and Anderson to file replies in support of their respective motions and bills of costs to October 29, 2026.

[1] TWC's Motion for Fees and Costs was filed on behalf of TWC Construction, Inc., with a footnote requesting that the Court construe the motion as also being made on behalf of Ryba and Wilmer to the extent the Court deems it necessary and/or appropriate. *See* ECF No. 444 at 2, n.1.

[2] Interior Electric's position is that only TWC and Prologis had been granted this extension, whereas Anderson has indicated his position that the stipulation also extended his own filing deadline. *See* ECF No. 438 at 2, n.1. Interior Electric is not waiving the timeliness issue by entering into this stipulation.

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

11. This stipulation is made in good faith, and not for any improper purpose or to delay, but rather to ensure that all parties are able to devote the appropriate time to submit thorough and well-written briefing for the Court's consideration.

**IT IS SO STIPULATED.**

Dated this 23rd day of September, 2026.

MARQUIS AURBACH

By: /s/ Chad F. Clement
Cody S. Mounteer, Esq.
Nevada Bar No. 11220
Chad F. Clement, Esq.
Nevada Bar No. 12192
Jared M. Moser, Esq.
Nevada Bar No. 13003
Collin M. Jayne, Esq.
Nevada Bar No. 13899
*Attorneys for Interior Electric Incorporated Nevada and Interior Electric Incorporated*

Dated this 23rd day of September, 2026.

GREEN INFUSO, LLP

By: /s/ Sean B. Kirby
Michael V. Infuso, Esq.
Nevada Bar No. 7388
Sean B. Kirby, Esq.
Nevada Bar No. 14224
Steven C. Isaacs, Esq.
Nevada Bar No. 16553
*Attorneys for TWC Construction, Inc., Travelers Casualty and Surety Company of America, Matthew Ryba and Mark Wilmer*

Dated this 23rd day of September, 2026.

HAYES WAKAYAMA JUAN

By: /s/ Dale A. Hayes, Jr.
Dale A. Hayes, Jr, Esq.
Nevada Bar No. 9056
Jeremy D. Holmes, Esq.
Nevada Bar No. 14379
John M. Marske, Esq.
Nevada Bar No. 16579
*Attorneys for Clifford Anderson*

Dated this 23rd day of September, 2026.

McDONALD CARANO LLP

By: /s/ Aaron D. Shipley
Aaron D. Shipley, Esq.
Nevada Bar No. 8258
Rory T. Kay, Esq.
Nevada Bar No. 12416
**Faegre Drinker Biddle & Reath**
Louis T. Perry, Esq. (*pro hac vice*)
*Attorneys for Prologis, L.P.*

**ORDER**

The above Stipulation is hereby GRANTED.

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT JUDGE

DATED: 10/5/2026





MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816